# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# DENVER DIVISION

| | |
|---|---|
| **CRUSOE ENERGY SYSTEMS LLC,** | §§§ |
| *Plaintiff*, | §§ |
| v. | § **Civil Action No.** |
| **ALKANE MIDSTREAM LLC,** | § **Jury Trial Demanded** |
| *Defendant*. | §§§§§§ |

## PLAINTIFF CRUSOE ENERGY SYSTEMS LLC'S
## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Crusoe Energy Systems LLC ("Crusoe") hereby states that, as of August 22, 2022:

Crusoe's parent corporation is Crusoe Energy Holdings, Inc. ("CEHI"), a Delaware corporation. There are no public companies that own more than 10% of CEHI's stock.

Crusoe reserves the right to supplement this Corporate Disclosure Statement as needed.

| | |
|---|---|
| Dated: August 22, 2022 | NORTON ROSE FULBRIGHT US LLP |
| | |
| |   /s/ Brett C. Govett |
| | Brett C. Govett |
| |    brett.govett@nortonrosefulbright.com |
| | Taylor Shields |
| | taylor.shields@nortonrosefulbright.com |
| | NORTON ROSE FULBRIGHT US LLP |
| | 2200 Ross Avenue, Suite 3600 |
| | Dallas, TX  75201-7932 |
| | Telephone:    (214) 855-8120 |
| | Facsimile:     (214) 855-8200 |
| | |
| | Stephanie DeBrow |
| | stephanie.debrow@nortonrosefulbright.com |
| | Daniel Shuminer |
| | Colorado State Bar No. 53994 |
| | daniel.shumniner@nortonrosefulbright.com |
| | NORTON ROSE FULBRIGHT US LLP |
| | 98 San Jacinto Boulevard, Suite 1100 |
| | Austin, Texas 78701 |
| | Telephone:    (512) 563-3094 |
| | Facsimile:     (512) 536-4598 |
| | |
| | *Attorneys for Plaintiff Crusoe Energy Systems LLC* |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 22, 2022 all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system. Any other counsel of record will be served in accordance with the Federal Rules of Civil Procedure.

                                                    /s/ Brett C. Govett
                                                    Brett C. Govett