# Exhibit D

Crusoe Energy Systems Inc.: US10862307                                    PAGE 1 OF 29

| Claim | Claim Elements | Accused Product |
|-------|----------------|-----------------|
| 1 | 1(a). "A flare mitigation system comprising: an electrical power generation system comprising:" | Alkane has committed and continues to commit acts of infringement under 35 U.S.C. § 271 by making, using, selling, and offering to sell *a flare mitigation system*—which it refers to as a "Flare Gas Management" system—that includes *an electrical power generation system* that is comprised of one or more generators used to convert natural gas into electrical power, which is in turn used to power a distributed computing system. <br><br> The below image is from the title slide of a presentation given by Alkane on October 6, 2020[1], in which Alkane described its Flare Gas Management system. <br><br>  <br><br> *Energy Development and Transition Committee Meeting Minutes* (Oct 6, 2020), at app. D, slide 1. <br><br> The image below is a diagram from Alkane's October 6, 2020 presentation that depicts Alkane's Flare Gas Management system at a high-level.  The figure illustrates flare gas moving from the wellhead into Alkane's Flare Gas Management system.  The figure further illustrates a "Power Generation" sub-system, which is depicted by a lightbulb icon.  The figure also illustrates the electrical power generated by the Power Generation sub-system being used to power a distributed computing system used to conduct computing operations relating to "Financial Transactions" or "Cloud Computing."  A person of ordinary skill in the art would understand from this figure that the Power Generation sub-system in Alkane's Flare Gas Mitigation system includes one or more generators that convert the flare gas flowing from the wellhead into electrical power. |

[1] The title slide of Alkane's "Flare Gas Management and LNG Distribution" presentation is dated October 5, 2020. As per the Energy Development and Transition Committee meeting minutes, the presentation was delivered on October 6, 2020. *See Energy Development and Transition Committee Meeting Minutes* (Oct 6, 2020). The presentation will be referred to herein according to the date the presentation was given.



*Energy Development and Transition Committee Meeting Minutes* (Oct 6, 2020), at app. D, slide 6.

The photo below depicts a version of Alkane's Flare Gas Management systems installed at a site in Seminole, TX.  As shown in this photo, the system includes one or more generators (red arrow) that are used to generate electrical power, which is in turn used to power a distributed computing system (red box).

**Crusoe Energy Systems Inc.: US10862307**                    PAGE 3 OF 29



*Google Maps*, June 2020 (last visited: Aug. 16, 2022), Alkane Midstream Seminole, TX (placed by owner), available at: https://www.google.com/maps/place/Alkane+Midstream/@32.6528598,-102.8162514,3a,75y,90t/data=!3m8!1e2!3m6!1sAF1QipMZuo9AubVyF6n5RokTXcCUeicjX4KhAGfw pukv!2e10!3e12!6shttps:%2F%2Flh5.googleusercontent.com%2Fp%2FAF1QipMZuo9AubVyF6n5Rok TXcCUeicjX4KhAGfwpukv%3Dw203-h152-k- no!7i3968!8i2976!4m7!3m6!1s0x86fc899ec4647283:0xdcc54f7ac60124dd!8m2!3d32.6526757!4d- 102.8162529!14m1!1BCgIgARICEAE

| 1(b). "one or more power generation modules, each adapted to:" | Alkane's system includes *one or more power generation modules*.  Specifically, as explained above with respect to element 1(a), Alkane's system includes one or more generators that are used to convert natural gas into electrical power. |
| --- | --- |
| 1(c). "receive a fuel gas stream comprising a | Each of the generators in Alkane's system *receives a fuel gas stream comprising a fuel gas associated with a heat value of at least about 1,000 Btu/scf.* |

| | | |
|---|---|---|
| | fuel gas associated with a heat value of at least about 1,000 Btu/scf; and" | As shown in the three figures below, natural gas with a heat value of at least 1,000 BTU/scf flows into the Power Generation sub-system, which—as explained above with respect to elements 1(a) and 1(b)—includes *one or more power generation modules*.  Specifically, the first two figures included below illustrate that natural gas with a heat value of "1,200+ BTU" flows into the Power Generation sub-system.  Similarly, the third figure illustrates that natural gas with a heat value over 1,000 BTU—either 1,180 BTU or 1,050 VTU—flows into the Power Generation sub-system.<br><br><br><br>*Energy Development and Transition Committee Meeting Minutes* (Oct 6, 2020), at app. D, slide 6. |



*Energy Development and Transition Committee Meeting Minutes* (Oct 6, 2020), at app. D, slide 7.



*Energy Development and Transition Committee Meeting Minutes* (Oct 6, 2020), at app. D, slide 8.

The photo included below depicts a version of Alkane's Flare Gas Management systems installed at a site in Seminole, TX. As shown in the photo, the system includes a fuel gas stream in the form of liquid natural gas or compressed natural gas (identified by the red arrow) that flows to one or more generators (identified by the red box).

**Crusoe Energy Systems Inc.: US10862307**                    PAGE 6 OF 29



*Google Maps*, June 2020 (last visited: Aug. 16, 2022), Alkane Midstream Seminole, TX (placed by owner), available at: https://www.google.com/maps/place/Alkane+Midstream/@32.6528598,-102.8162514,3a,75y,90t/data=!3m8!1e2!3m6!1sAF1QipMZuo9AubVyF6n5RokTXcCUeicjX4KhAGfwpukv!2e10!3e12!6shttps:%2F%2Flh5.googleusercontent.com%2Fp%2FAF1QipMZuo9AubVyF6n5RokTXcCUeicjX4KhAGfwpukv%3Dw203-h152-k-no!7i3968!8i2976!4m7!3m6!1s0x86fc899ec4647283:0xdcc54f7ac60124dd!8m2!3d32.6526757!4d-102.8162529!14m1!1BCgIgARICEAE

| 1(d). "consume the fuel gas stream to generate a high- | Alkane's system uses generators that *consumes the fuel gas to generate a high-voltage electrical output associated with a first voltage*. |

| | |
|---|---|
| voltage electrical output associated with a first voltage; and" | As explained above with respect to elements 1(a) and 1(b), the Power Generation sub-system of Alkane's system includes one or more generators that convert natural gas into electrical power, which is in turn used to power a distributed computing system.  This is further illustrated in the figure included below, which depicts a fuel gas stream flowing into the Power Generation sub-system, which is then converted to electrical power that is output by the Power Generation sub-system.  A person of ordinary skill in the art would understand from this figure that the Power Generation sub-system *consumes the fuel gas stream to generate* electrical power. <br><br>  <br> *Energy Development and Transition Committee Meeting Minutes* (Oct 6, 2020), at app. D, slide 6. <br><br> The photo included below, which illustrates a version of Alkane's system installed at a site in Seminole, TX, depicts Taylor Power Systems® gas generators.  According to the specification for these generators, they generate an electrical power output between 400-450 kW, though the specific output voltage depends on the configuration in which the generators are being operated.  Alkane's product literature—an excerpt of which is also included below—indicates the generators used in Alkane's systems are configured to have an output volage of "480 VAC."  This is consistent with what the specification of the '307 Patent describes as *a high-voltage electrical output associated with a first voltage.*  Specifically, the specification describes "a high-voltage electrical output" as one that ranges "from about 70kW to about 2MW" and a "first voltage" associated with that output as one that ranges "from about 480 V to about 4.16 kV."  *See* '307 Patent at 3:22-28.  Thus, a person of ordinary skill in the art would understand the |

**Crusoe Energy Systems Inc.: US10862307**                    PAGE 8 OF 29

electrical output of the generators used by Alkane  to be *a high-voltage electrical output associated with a first voltage*.



*Google Maps*, June 2020 (last visited: Aug. 16, 2022), Alkane Midstream Seminole, TX (placed by owner), available at: https://www.google.com/maps/place/Alkane+Midstream/@32.6528598,-102.8162514,3a,75y,90t/data=!3m8!1e2!3m6!1sAF1QipMZuo9AubVyF6n5RokTXcCUeicjX4KhAGfw pukv!2e10!3e12!6shttps:%2F%2Flh5.googleusercontent.com%2Fp%2FAF1QipMZuo9AubVyF6n5Rok TXcCUeicjX4KhAGfwpukv%3Dw203-h152-k-no!7i3968!8i2976!4m7!3m6!1s0x86fc899ec4647283:0xdcc54f7ac60124dd!8m2!3d32.6526757!4d-102.8162529!14m1!1BCgIgARICEAE

| | | |
|---|---|---|
| | | **FLARE GAS POWER GENERATION DETAILS** |
| | | Well Pad — ○ Bakken flare gas ○ 2mmcf/d flare ○ Grid power not available ○ 6,500 BBL/d production ○ 4,500kW load for 7xESP pumps ○ 500kW Ancillary loads |
| | | Gas Distribution — ○ Liquid knock-out tank ○ Heat-traced / Insulated ○ 2" Gas distribution manifold |
| | | Flare Gas-fueled Generator Sets — ○ 13x400kW (Rated) trailer-mounted generator sets ○ 480VAC, 60Hz Output ○ N+1 Configuration |
| | | Power Distribution — ○ Paralleled generator sets ○ 3x Power distribution panels |
| | | Safety / Telemetry — ○ Remote monitor and control ○ Automatic alarm and dispatch ○ Automatic LPG switchover ○ Customer dashboard available |
| | | **ALKANE POWER - SUPPORT** |
| | | Support — ○ Dickinson and Tioga dispatch ○ Central remote monitoring |
| | | Support Team — ○ 15 Local Power Technicians ○ Full Genset O/H Capability ○ 24/7 Remote Monitoring Team |
| | | Alkane Midstream, Leaflet, *Power Profile Pad Power with Flare Gas*. |
| | 1(e). "a parallel panel in electrical communication with each of the power generation modules, the parallel panel adapted to: receive the high-voltage | Alkane's system includes *a parallel panel in electrical communication with each of the power generation modules, the parallel panel adapted to receive the high-voltage electrical output from each of the power generation modules; and combine and synchronize said high-voltage electrical outputs into a combined high-voltage electrical output.*<br><br>As explained above with respect to element 1(d), Alkane's system includes a Power Generation sub-system that includes one or more generators that generate a high-voltage electrical output (in the range of 400-450 kW) that is associated with a first voltage of about 480 V. Alkane's documentation indicates that those one or more generators are used in parallel sets. |

**Crusoe Energy Systems Inc.: US10862307**                    PAGE 10 OF 29

| | | |
|---|---|---|
| | electrical output from each of the power generation modules; and combine and synchronize said high-voltage electrical outputs into a combined high-voltage electrical output" | **Power Distribution**  ○ Paralleled generator sets   ○ 3x Power distribution panels<br><br>Alkane Midstream, Leaflet, *Power Profile Pad Power with Flare Gas*.<br><br>Because Alkane's Power Generation sub-system uses parallel sets of generators, in order to have a single power source to power a distributed computing system, it must—as a matter of necessity—include a parallel panel (or other component equivalent thereto) that receives the separate outputs from those generators, and combines and phase-synchronizes them into a single high-voltage electrical output.  This is so because the separate, un-synchronized outputs from the parallel generators could not be used to power the distributed computing system.<br><br>The photo below, which illustrates a version of Alkane's system installed at a site in Seminole, TX, shows a parallel panel (identified by the upward red arrow) disposed between and connected to the parallel sets of generators (identified by red box) and the distributed computing system (identified by downward arrow).  A person of ordinary skill in the art would understand, based on this photo, that the parallel panel receives the separate high-voltage electrical outputs from each of the generators.  In order for those electrical outputs to ultimately be used to power the distributed computing system, the parallel panel must necessarily combine and phase synchronize them into a single high-voltage electrical output. |



*Google Maps*, June 2020 (last visited: Aug. 16, 2022), Alkane Midstream Seminole, TX (placed by owner), available at: https://www.google.com/maps/place/Alkane+Midstream/@32.6528598,-102.8162514,3a,75y,90t/data=!3m8!1e2!3m6!1sAF1QipMZuo9AubVyF6n5RokTXcCUeicjX4KhAGfwpukv!2e10!3e12!6shttps:%2F%2Flh5.googleusercontent.com%2Fp%2FAF1QipMZuo9AubVyF6n5RokTXcCUeicjX4KhAGfwpukv%3Dw203-h152-k-no!7i3968!8i2976!4m7!3m6!1s0x86fc899ec4647283:0xdcc54f7ac60124dd!8m2!3d32.6526757!4d-102.8162529!14m1!1BCgIgARICEAE

| 1(f). "an electrical transformation module in electrical communication with the parallel | Alkane's system includes *an electrical transformation module in electrical communication with the parallel panel.*<br><br>The figures below from Alkane's October 6, 2020 presentation illustrate a transformer (outlined in red) that sits between the "Power Generation" sub-system and the distributed computing system, which in these figures is illustrated as being used for "Financial Transactions" and "Cloud Computing." |

| | |
|---|---|
| panel, the electrical transformation module adapted to: receive the combined high-voltage electrical output; and transform the combined high-voltage electrical output into a low-voltage electrical output associated with a second voltage that is lower than the first voltage;" | _Energy Development and Transition Committee Meeting Minutes_ (Oct 6, 2020), at app. D, slide 7.<br><br>_Energy Development and Transition Committee Meeting Minutes_ (Oct 6, 2020), at app. D, slide 6. |

| | | |
|---|---|---|
| | | A transformer (or equivalent component) must necessarily be included in order for the system to operate. As explained above with respect to element 1(e), Alkane's system includes a parallel panel that combines the separate high-voltage electrical outputs from each of the generators into a single high-voltage electrical output.  To do so, the parallel panel combines the magnitudes of the separate outputs from each generator, thus creating a combined high-voltage output that is at such a high voltage that passing it directly from the parallel panel to the distributed computing system would cause damage to the computing system. Thus, the combined high-voltage electrical output from the parallel panel must first pass through a transformer to step-down the voltage to a level that can be used to power the distributed computing system. |
| | 1(g). "a distributed computing system powered by the electrical power generation system, the distributed computing system comprising:" | Alkane's system includes *a distributed computing system powered by the electrical power generation system*.<br><br>As explained above with respect to elements 1(a)-(d), Alkane's system includes a Power Generation sub-system that generates electrical power that is used to power a distributed computing system.  The figures included below, which are excerpted from Alkane's October 6, 2020 presentation, illustrate both the Power Generation sub-system and the distributed computing system that it powers, which (in these figures) is used for computing operations relating to "Financial Transactions" and "Cloud Computing." |



*Energy Development and Transition Committee Meeting Minutes* (Oct 6, 2020), at app. D, slide 7.



*Energy Development and Transition Committee Meeting Minutes* (Oct 6, 2020), at app. D, slide 6.

The photo below, which illustrates a version of Alkane's system installed at a site in Seminole, TX, shows a distributed computing system (identified by a red arrow) in electrical connection with the Power

**Crusoe Energy Systems Inc.: US10862307**                              PAGE 15 OF 29

| | | Generation sub-system (identified by the red box).  Indeed, there is no other observable mechanism or sub-system in this installation that could supply power to the distributed computing system. |
|---|---|---|
| | |  |
| | | *Google Maps*, June 2020 (last visited: Aug. 16, 2022), Alkane Midstream Seminole, TX (placed by owner), available at: https://www.google.com/maps/place/Alkane+Midstream/@32.6528598,-102.8162514,3a,75y,90t/data=!3m8!1e2!3m6!1sAF1QipMZuo9AubVyF6n5RokTXcCUeicjX4KhAGfwpukv!2e10!3e12!6shttps:%2F%2Flh5.googleusercontent.com%2Fp%2FAF1QipMZuo9AubVyF6n5RokTXcCUeicjX4KhAGfwpukv%3Dw203-h152-k-no!7i3968!8i2976!4m7!3m6!1s0x86fc899ec4647283:0xdcc54f7ac60124dd!8m2!3d32.6526757!4d-102.8162529!14m1!1BCgIgARICEAE |
| | 1(h). "a communications system comprising one | The distributed computing system in Alkane's system includes *a communications system comprising one or more data satellite antennas adapted to provide a network*. |

| or more data satellite antennas, the communications system adapted to provide a network; and" | The figures included below from Alkane's October 6, 2020 presentation indicate that the distributed computing system included in Alkane's Flare Gas Management system is used to perform computing operations related to "Financial Transactions" and/or "Cloud Computing." <br><br>  <br><br> *Energy Development and Transition Committee Meeting Minutes* (Oct 6, 2020), at app. D, slide 7. <br><br>  |

*Energy Development and Transition Committee Meeting Minutes* (Oct 6, 2020), at app. D, slide 6.

In order to perform such computing operations, the distributed computing system must necessarily include a communications system that connects the distributed computing system to a communications network.[2]  Based on a review of Alkane's materials, most (if not all) of Alkane's systems are installed in remote locations where a broadband or other wired network connection would not be available.  Thus, the communications system would require data satellite antennas or an equivalent thereto to establish a network connection.

The photo below, which illustrates a version of Alkane's system installed at a site in Seminole, TX, shows data satellite antennas or their equivalent (indicated by the red arrow).



*Google Maps*, June 2020 (last visited: Aug. 16, 2022), Alkane Midstream Seminole, TX (placed by owner), available at: https://www.google.com/maps/place/Alkane+Midstream/@32.6528598,-102.8162514,3a,75y,90t/data=!3m8!1e2!3m6!1sAF1QipMZuo9AubVyF6n5RokTXcCUeicjX4KhAGfw

---

[2] The figures illustrating Alkane's system link the "Financial Transactions" performed by the distributed computing system to Bitcoin mining because the Bitcoin logo is depicted around "Financial Transactions."  The following two references state that Bitcoin mining operations require a network connection.  *See* Satoshi Nakamoto, Bitcoin: *A Peer-to-Peer Electronic Cash System*, 2–4 (2008); Arvind Narayanan et al., *Bitcoin and Cryptocurrency Technologies*, Princeton University Press (forthcoming 2016) (manuscript at 8).

| | | |
|---|---|---|
| | | pukv!2e10!3e12!6shttps:%2F%2Flh5.googleusercontent.com%2Fp%2FAF1QipMZuo9AubVyF6n5Rok TXcCUeicjX4KhAGfwpukv%3Dw203-h152-k- no!7i3968!8i2976!4m7!3m6!1s0x86fc899ec4647283:0xdcc54f7ac60124dd!8m2!3d32.6526757!4d- 102.8162529!14m1!1BCgIgARICEAE |
| | 1(i). "a first mobile data center comprising: an enclosure defining an interior space, a plurality of distributed computing units located within the interior space of the enclosure, each of the plurality of distributed computing units in communication with the network; and" | The distributed computing system of Alkane's system includes *a first mobile data center comprising: an enclosure defining an interior space* and *a plurality of distributed computing units located within the interior space of the enclosure, each of the plurality of distributed computing units in communication with the network*. As shown in the photo below, which illustrates a version of Alkane's system installed at a site in Seminole, TX, the data centers in Alkane's systems are housed in shipping containers (identified by the red arrow). These containers are enclosures that define an interior space.  *Google Maps*, June 2020 (last visited: Aug. 16, 2022), Alkane Midstream Seminole, TX (placed by owner), available at: https://www.google.com/maps/place/Alkane+Midstream/@32.6528598,- 102.8162514,3a,75y,90t/data=!3m8!1e2!3m6!1sAF1QipMZuo9AubVyF6n5RokTXcCUeicjX4KhAGfw pukv!2e10!3e12!6shttps:%2F%2Flh5.googleusercontent.com%2Fp%2FAF1QipMZuo9AubVyF6n5Rok TXcCUeicjX4KhAGfwpukv%3Dw203-h152-k- |

| | | no!7i3968!8i2976!4m7!3m6!1s0x86fc899ec4647283:0xdcc54f7ac60124dd!8m2!3d32.6526757!4d-102.8162529!14m1!1BCgIgARICEAE <br><br> As explained above with respect to elements 1(g)-(h), materials relating to Alkane's Flare Gas Management system indicate that the distributed computing system is used to perform computing operations related to Financial Transactions (such as Bitcoin mining) and Cloud Computing. Such operations would not be profitably performed with a single distributed computing unit, nor with a computing unit that has no network connection. Thus, Alkane's distributed computing system must necessarily include *a plurality of distributed computing units in communication with the network*. |
|---|---|---|
| | 1(j): "a power system located at least partially within the interior space of the enclosure, the power system in electrical communication with the electrical transformation module and the plurality of distributed computing units such that the power system receives the low-voltage electrical output and powers each | The first mobile data center of Alkane's system also includes *a power system located at least partially within the interior space of the enclosure.* Further, the power system is (a) *in electrical communication with the electrical transformation module and the plurality of distributed computing units*, and (b) *receives the low-voltage electrical output and powers each of the plurality of distributed computing units*. <br><br> As explained above with respect to element 1(f), Alkane's system includes a transformation module that steps-down the voltage of the high-voltage electrical output from the parallel panel to a second, lower voltage that can be used to power the distributed computing system. In order to power the distributed computing units within the mobile data center, that transformer must necessarily be in electrical communication with a power system within the mobile data center such that it receives the low-voltage output from the transformer. The power system in the mobile data center must in turn be in electrical communication with the distributed computing units such that it powers each of the distributing computing units using the low-voltage electrical output from the transformer. If these components of the system are not in electrical communication with one another, the system would not function. |

| | | |
|---|---|---|
| | of the plurality of distributed computing units." | |
| 2. | 2(a): "A system according to claim 1, wherein: at least one of the power generation modules comprises an engine-type generator;" | As explained above with respect to claim 1, Alkane's system includes multiple power generation modules (*i.e.*, generators). One or more of those generators is *an engine-type generator*.<br><br>The photo below, which illustrates a version of Alkane's system installed at a site in Seminole, TX, depicts Taylor Power Systems® gas generators, which are engine-type generators.<br><br><br><br>*Google Maps*, June 2020 (last visited: Aug. 16, 2022), Alkane Midstream Seminole, TX (placed by owner), available at: https://www.google.com/maps/place/Alkane+Midstream/@32.6528598,-102.8162514,3a,75y,90t/data=!3m8!1e2!3m6!1sAF1QipMZuo9AubVyF6n5RokTXcCUeicjX4KhAGfwpukv!2e10!3e12!6shttps:%2F%2Flh5.googleusercontent.com%2Fp%2FAF1QipMZuo9AubVyF6n5RokTXcCUeicjX4KhAGfwpukv%3Dw203-h152-k-no!7i3968!8i2976!4m7!3m6!1s0x86fc899ec4647283:0xdcc54f7ac60124dd!8m2!3d32.6526757!4d-102.8162529!14m1!1BCgIgARICEAE<br><br>Similarly, the figure below from Alkane's October 6, 2020 presentation indicates that the Taylor generators used in Alkane's system are engine-type generators.  Specifically, the figure includes a green |

line running through the middle and a notation indicating that the generators below the line—such as the Taylor generators—are "reciprocating engine" generators, while those above the line are "combustion turbine" generators.



*Energy Development and Transition Committee Meeting Minutes* (Oct 6, 2020), at app. D, slide 9.

| | | |
|---|---|---|
| | 2(b): "the high-voltage electrical output generated by the engine-type generator is from about 70 kW to about 2 MW; and "the first voltage is from about 480 V to about 4.16 kV." | The *high-voltage electrical output generated by the engine-type generator* of Alkane's system *is from about 70kW to about 2MW, and the first voltage is from about 480V to about 4.16kV.*<br><br>As explained above with respect to element 1(d), the generators used in Alkane's system generate an electrical output of 400-450 kW at a voltage of 480 VAC. |
| 3. | "A system according to claim 2, wherein the second voltage is from about 208 V to about 240 V." | In Alkane's system, the second voltage (*i.e.*, the voltage associated with the electrical output from the transformation module) is *from about 208 V to about 240 V.*<br><br>A person of skill in the art would understand the distributed computing units in Alkane's system to be standard, distributed computing units, which require an input voltage in the range of *from about 208 V to about 240 V.* Accordingly, the transformation module of Alkane's system, which steps-down the high-voltage output from the parallel panel, would necessarily be within the range of about 208 V to about 240 V. |
| 14. | "A system according to claim 1, further comprising a monitoring and control system in communication with the | Alkane's system includes *a monitoring and control system in communication with the distributed computing system via the network.*<br><br>Specifically, Alkane's product literature (excerpted below) demonstrates that Alkane's system includes remote monitoring and control capabilities. To enable **remote** monitoring and control, the monitoring and control system must be connected to a communications network, such as the one provided by the communications sub-system discussed above with respect to element 1(h). |

distributed computing system via the network."

## FLARE GAS POWER GENERATION DETAILS

| | |
|---|---|
| **Well Pad** | o  Bakken flare gas |
| | o  2mmcf/d flare |
| | o  Grid power not available |
| | o  6,500 BBL/d production |
| | o  4,500kW load for 7xESP pumps |
| | o  500kW Ancillary loads |
| **Gas Distribution** | o  Liquid knock-out tank |
| | o  Heat-traced / Insulated |
| | o  2" Gas distribution manifold |
| **Flare Gas-fueled Generator Sets** | o  13x400kW (Rated) trailer-mounted generator sets |
| | o  480VAC, 60Hz Output |
| | o  N+1 Configuration |
| **Power Distribution** | o  Paralleled generator sets |
| | o  3x Power distribution panels |
| **Safety / Telemetry** | o  Remote monitor and control |
| | o  Automatic alarm and dispatch |
| | o  Automatic LPG switchover |
| | o  Customer dashboard available |

## ALKANE POWER - SUPPORT

| | |
|---|---|
| **Support** | o  Dickinson and Tioga dispatch |
| | o  Central remote monitoring |
| **Support Team** | o  15 Local Power Technicians |
| | o  Full Genset O/H Capability |
| | o  24/7 Remote Monitoring Team |

Alkane Midstream, Leaflet, *Power Profile Pad Power with Flare Gas*.



Alkane Midstream, Leaflet, *Power Profile Pad Power with Flare Gas*.



*Energy Development and Transition Committee Meeting Minutes* (Oct 6, 2020), at app. D, slide 17.

| 15. | "A system according to claim 1, further comprising a natural gas processing system in communication with the electrical power generation system, the natural gas processing system adapted | Alkane's system includes *a natural gas processing system in communication with the electrical power generation system, the natural gas processing system adapted to process raw natural gas into the fuel gas.*<br><br>The figures below from Alkane's October 6, 2020 presentation illustrate a "Gas Processing" sub-system (outlined in red) that sits between and is physically connected to the "Power Generation" sub-system. The figure illustrates that an incoming stream of raw natural gas flows through the Gas Processing sub-system and the output of the Gas Processing sub-system flows to the Power Generation sub-system.  A person of ordinary skill in the art would understand that the output of the Gas Processing sub-system is a fuel gas stream, and thus that the Gas Processing sub-system processes raw natural gas into fuel gas that is delivered to the Power Generation sub-system. In light of the description in the '307 Patent's specification, a person of ordinary skill in the art would understand the Gas Processing sub-system and the Power Generation sub-system to be "in communication with" one another because they are physically connected such that a gas stream flows between them.  For example, when describing the embodiment |
|-----|-----|-----|

| | | |
|---|---|---|
| | to process raw natural gas into the fuel gas." | illustrated in Figure 3, the patent states that the "power generation module 311" is "in communication with a gas supply line such that it may receive fuel gas 302 therefrom."  *See* '307 Patent at 15:37-41.<br><br><br><br>*Energy Development and Transition Committee Meeting Minutes* (Oct 6, 2020), at app. D, slide 7. |

| | | |
|---|---|---|
| | |  *Energy Development and Transition Committee Meeting Minutes* (Oct 6, 2020), at app. D, slide 6. |
| 16. | "A system according to claim 1, wherein the plurality of distributed computing units are adapted to mine a cryptocurrency." | The distributed computing units of Alkane's system *are adapted to mine a cryptocurrency*.<br><br>The figures included below from Alkane's October 6, 2020 presentation illustrate that the distributed computing units of Alkane's system are used to perform computing operations relating to "Financial Transactions."  Further, the inclusion of the Bitcoin logo in and around the illustration of the computing equipment used for "Financial Transactions" indicates that the operations performed by those distributed computing units involve cryptocurrency mining. |

**Crusoe Energy Systems Inc.: US10862307**                                      PAGE 28 OF 29



*Energy Development and Transition Committee Meeting Minutes* (Oct 6, 2020), at app. D, slide 6.



*Energy Development and Transition Committee Meeting Minutes* (Oct 6, 2020), at app. D, slide 7.

**Crusoe Energy Systems Inc.: US10862307**                                    PAGE 29 OF 29

In addition, a LinkedIn user posted in August 2022 about a conversation she had with an Alkane representative about Alkane's cryptocurrency mining capabilities.



Alkane Midstream, LinkedIn (last visited: Aug 3, 2022), available at: https://www.linkedin.com/company/alkane.