EXHIBIT H

INTENTIONALLY LEFT BLANK