# EXHIBIT I

# INTENTIONALLY LEFT BLANK