# Exhibit M

APPENDIX D



# FLARE GAS MANAGEMENT AND LNG DISTRIBUTION

**OCTOBER 05, 2020**

# Alkane Midstream

Founded in 2014 as North Dakota LNG, we are a pioneer in alternative fuels delivering over 50 million gallons of Liquefied Natural Gas (LNG) in December 2019. We support our customers by using their gas wherever possible.



# Full Utilization of the Molecule

Gathering Line / Flare Gas Capture Producing:

- Fuel for Energy Generation
  - Electric: Data, Agri-, Aquaculture, Grid*
  - Thermal: Agri-, Aquaculture, Data Center Cooling
- Methane: Re-inject to pipeline, LNG
- LNG for: Oil & Gas, Industry, Communities

ALKANE MIDSTREAM

2

# Virtual Pipeline Solutions For Upstream and Downstream







**Flare Capture**

Year-round applications

Full utilitzation of flare stream.  4mmCFD of Flare produces 25,000 gallons per day of LNG and >30,000 gallons per day of NGLs

**Drilling & Completions**

Year-round LNG applications

Consumption averages 2,150 gallons per day on drilling rigs to 12,000 gallons per day on frac spreads

**Water Heating & Recycling**

Water heating is a Winter application only.

Water Recycling was piloted in August and is year-round.

Consumption averages 5,000 gallons per day

**Remote Power**

Short-term project based applications

Applications can range from 5,000 gallons per day to 40,000 gallons per day of LNG

**Off-Grid / Commercial / Community**

Permanent LNG applications

Consumption typically between 2,000-5,000 LNG gallons per day



3

# FLARE GAS MANAGEMENT SOLUTIONS

- ONE TEAM / ONE CALL
- LEVERAGING EXPERTISE
- WELL PADS < 3 MMCFD
- WELL PADS >3 MMCFD
- GATHERING LINES / PIPELINES

ALKANE MIDSTREAM

4

# Alkane Midstream – Flare Gas Management

Leveraging Expertise

### Power Generation



### Gas Processing



### Full Flare Management Solutions

**<3mmcfd Gas Flow**

- Raw flare gas utilization:
  - Recip gensets + Cloud computing

**>3mmcfd Gas Flow / Pipeline**

- Gas processing:
  - Methane to pipe or Operations
  - NGL's for turbine power
  - Power to grid or Cloud computing (via Alkane)



5

# Well Pads  <3 mmcfd

Limited / No Gas Takeaway

- Smaller gas flows limit economically viable solutions
- Decline curve further impacts decisions

Alkane Ecosystem Consisting of:

- Generator Sets and Cloud Computing
- Trailer-mounted for rapid deployment
- Requires gas connection and ground
- Potential gas revenue to Operator



**Alkane Flare Gas Management Ecosystem**

**1,200+ BTU Gas**

**Power Generation**

**Financial Transactions**

**Cloud Computing**



6

# Well Pads >3 mmcfd

Well Pads with >3mmcfd Gas Flow

- Numerous solutions exist to fully utilize gas including:
  - Methane to support operations
  - NGLs for power generation

Alkane Ecosystem Consisting of:

- 'All-In-One' Modular Gas Processing System
  - LNG / Methane as fuel for Operator
  - Power Generation and Cloud Computing from NGL's
- Trailer-mounted for rapid deployment
- Requires gas connection and ground
- Potential gas revenue to Operator



**Alkane Flare Gas Management Ecosystem**

Gas Processing

1,200+ BTU Gas

LNG for Operations

Power Generation

Cloud Computing

Indoor Agriculture



ALKANE MIDSTREAM

7




**Gas plants remove most NGLs**

1,180 BTU output to transport lines

  72% Methane

  20% Ethane

  8% Other

**Alkane Rich Gas Management Ecosystem**

**1,180 BTU**

**1,050 BTU**

92% Methane

7% Ethane

1% Nitrogen

**Interstate Gas Lines:**
1,100 BTU Limit

# Gathering / Transmission Pipe

Upstream

- 25% Flare reduction drives gas to pipe (11/20)
- BTU Limits (11/20)
- Ethane Restrictions
- No market for byproducts / reject

Downstream

- Gas Utilities require <1,100 BTU gas
- Demand for Electricity is mobile for data
- Organic / Local food is desired

**Gas Utilities Require:**

1,100 BTU or less

Ethane limits



ALKANE MIDSTREAM

8




# Flare Gas Management

## Methods and Technologies Appropriate to the Application and Location

Flare gas can be separated or directly utilized for power generation.

- Methane for Ops
- NGL's for power.

All-In-One System separates methane from the gas column

Mobile Power Generation for Rapid Deployment

Alkane Ecosystem to Fully Utilize Gas Stream





# LNG DISTRIBUTION IN NORTH DAKOTA

- AGRICULTURE

- INDUSTRY

- COMMUNITIES

10

# LNG – Stable Price v. Propane



## Two Feedstocks
- Propane tracks with oil.
- LNG tracks with Natural Gas.

|  | LNG LPG Equiv | Delivered LPG |  |
|---|---|---|---|
| $ | 1.031 | $ 1.252 | Avg. |
| $ | 0.949 | $ 0.871 | Lo |
| $ | 1.173 | $ 1.605 | Hi |
|  | 0.052 | 0.189 | Std Dev |

## Data
- 01/2017 – 03/2019
- #2: Mandan Rack + Transport
- LNG: Chicago City Gate + Fixed Liquefaction



# Agriculture

## LNG as Fuel for Drying Grain

LNG from Tioga, ND

- Liquefied and transported to site.
- Onsite Storage and Vaporization – Propane experience

What is Needed for Broader Adoption

- Awareness of LNG as a Fuel Source
- Propane to Natural Gas Conversion Kits





12

# Industry / Communities

## LNG – A Stable Priced Fuel

Industry – Looking for Stability

- Reduction in fuel price volatility
- Increase in fuel safety and availability
- Requires gas system replacement

Communities – Retaining / Recruiting Industry

- Virtual pipeline to off-pipe communities
- Business retention via stable energy pricing
- Migration patterns are favoring North Dakota
- 'Do you have natural gas?' is first relocation question
- Customer base can lead to pipeline to community









13

# INSTALLATION APPLICATIONS MONITORING DELIVERY

- **INSTALLATION EXAMPLES**
- **ON-SITE STORAGE**
- **REMOTE MONITORING**
- **COMPANY DRIVERS**
- **DRIVER TRACKING**

ALKANE
MIDSTREAM

14

# LNG In Use



## Drill Rigs

- 50+% diesel displacement with dual-fuel kits
- 100% LNG with hybrid generator set



## Water Recycling

IGF+: 10,000 BBL/d cleanup
FLASH: Up to 400BBL/d evaporation



## Grain Drying

- Stable price vs Propane
- Ignition risk reduction



## Community

- Stable price vs Propane
- Enables NewCo recruitment
- Lead-in for pipeline expansion



# LNG In Use

## Completions



- Dual Fuel Frac Spread
- Up to 70% diesel displacement
- 60+% displacement average
- Up to 20,000 LNG gpd
- Year-around operation

## Production



- LNG Fuel
- 100% Uptime
- 100% Genset Rating
- Lower Engine Maintenance



# Remote Monitoring, Delivery, Onsite Storage, Vaporization

**Remote Monitoring**



**LNG Delivery**



**Real-time Driver Tracking**



**Storage & Vaporization**





# THANK YOU

Ryan Blazei / Ed Woods 👤

(612) 466-0006 / (701) 300-3219 📱

Blazei@AlkaneNRG.com / Woods@AlkaneNRG.com ✉

www.AlkaneNRG.com 🔗

18