# Exhibit O

APPENDIX J

# ND ENERGY AND TRANSMISSION COMMITTEE

**NOVEMBER 14, 2019**



## About Us

Virtual pipeline solutions for natural gas in the Williston Basin. We provide turn-key alternative fuel, power, and stranded gas solutions helping customers save money and increase production while reducing their environmental impact.

**ALKANE** MIDSTREAM

## Background

Founded in 2014 as North Dakota LNG, we are a pioneer in alternative fuels delivering nearly 50 million gallons of Liquefied Natural Gas (LNG) through July 2019



■ Actual  ■ Projected

# Virtual Pipeline Solutions For Upstream and Downstream



ALKANE
MIDSTREAM

## Flare Capture



Year-round applications

Full utilitzation of flare stream. 4mmCFD of Flare produces 25,000 gallons per day of LNG and >30,000 gallons per day of NGLs

## Drilling & Completions



Year-round LNG applications

Consumption averages 2,150 gallons per day on drilling rigs to 12,000 gallons per day on frac spreads

## Water Heating & Recycling



Water heating is a Winter application only.

Water Recycling was piloted in August and is year-round.

Consumption averages 5,000 gallons per day

## Remote Power



Short-term project based applications

Applications can range from 5,000 gallons per day to 40,000 gallons per day of LNG

## Off-Grid / Commercial / Community

Permanent LNG applications

Consumption typically between 2,000-5,000 LNG gallons per day

3

# LNG Production Capabilities

Tioga facility built for redundancy with three production trains





## Plant 1

- 2-Train turbo expander plant with production capacity of 10,000 gallons per day
  - Train-A: 5,000 gallons per day
  - Train-B: 5,000 gallons per day



## Plant 2

- Single train ANGLE mixed refrigerant plant with production capacity of 80,000 gallons per day
  - Train-C: 80,000 gallons per day
  - Expansion to 100,000 gallons per day possible



## Storage

- 2-fixed storage 55,000 gallon horizontal bullet tanks at the Tioga facility
  - Transportation trailer fleet with 70,000 gallons of storage capacity
  - On-site customer storage vessels with 300,000 gallons of storage capacity

ALKANE
MIDSTREAM



# We work with the biggest names in the Bakken and Beyond:

## Oil & Gas










## Wholesale









## Remote / Off-Grid / Community Power







ALKANE MIDSTREAM

ALKANE
MIDSTREAM

6

# THE BUSINESS CASE FOR LNG

- ENVIRONMENTAL IMPACT
- SAFETY
- FUEL SAVINGS
- ECONOMIC BENEFITS



# LNG Emissions Benefits vs. Distillate Fuels and Propane

**30%**
Reduction in $CO_2$

Natural gas combustion produces 20-30% less CO2 than distillate fuels per unit of work delivered

**75%**
Reduction in NOx

Emissions of nitrogen oxides–a leading component in smog and ozone pollution–are reduced by 75% or more

**90%**
Reduction of Particulate Matter

Natural gas reduces particulate matter over 90%. When combustion fuel is switched from a distillate fuel to natural gas, emissions of sulfur oxides are reduced by 50% or more

ZERO risk of groundwater contamination with a SUPERIOR safety profile

ALKANE
MIDSTREAM

# LNG – Safety and Environmental Advantages

Liquefied Natural Gas  (LNG)

- Is colorless, odorless, non-toxic, non-corrosive cryogenic liquid that is produced by cooling natural gas until it condenses into a liquid (-250 °F)
- Looks like boiling water when placed into a beaker
- Leaves no contaminants, eliminating risk to ground water if released
  - When LNG comes into contact with any warmer surface such as water or air, it evaporates rapidly, returning to a gaseous state
- Low flammability range (5-15%)
- Cannot explode in open atmosphere
- Provides significant emissions benefits over fuels including:
  - Fuel oil, Diesel, Propane
- Provides increased operational reliability
- Reduces O&M costs on many applications

## Alkane Midstream LNG Composition



Composition

- Methane
- Ethane
- Inerts

92%

7%

1%



| | LBS | BTU | DGE | PGE | SCF |
|---|---|---|---|---|---|
| Per LNG Gallon | 3.55 | 82,644 | 1.68 | 1.10 | 80,707 |



ALKANE
MIDSTREAM

# LNG – Stable Price v. #2 Diesel Fuel

**ALKANE** MIDSTREAM

## Two Feedstocks

- #2 Diesel tracks with oil.
- LNG tracks with Natural Gas.

| | Feedstock (Nat Gas) | | LNG DGE | | Delivered Diesel | | |
|---|---|---|---|---|---|---|---|
| Avg | $ | 3.104 | $ | 1.775 | $ | 2.126 | |
| Lo | $ | 2.460 | $ | 1.686 | $ | 1.740 | |
| Hi | $ | 4.430 | $ | 1.959 | $ | 2.634 | |
| Std Dev | | 0.542 | | 0.0753 | | 0.2579 | |

* DGE = Diesel Gallon Equivalent

## Data

- 01/2017 – 03/2019
- #2: Mandan Rack + Transport
- LNG: Chicago City Gate + Fixed Liquefaction



Feedstock + Fixed Liquefaction (DGE)

LNG Savings   LNG Deficit   Del Diesel   Fixed Liquefaction

# Market Desire for LNG

OpEx Reduction. LNG is 15% to 25% lower in cost than diesel.

Flare Credits = Higher Profitability. One-for-one credit of LNG for Flare Gas facilitates increased oil production and profitability.

Emissions Reduction. One-third less $CO_2$ emissions support Oil & Gas Climate Initiative

**ALKANE** MIDSTREAM



## North Dakota Oil Production Flat As Operators "Self-Restrict"

North Dakota oil production remained relatively flat in May as operators "self-restricted" output as much as 25,000 BOPD to meet state gas flaring limits.

The ND Dept. of Mineral Resources said oil production rose to 1,393,284 BOPD, up only 799 BOPD over April, while gas production came in at 2,821,672 Mcf a day, down approximately 11,000 Mcf over April.

The state saw a record number of wells setting a new all-time high record at 15,698, with 94 coming on line in May, leaving 985 wells still to be completed. The inactive well count dropped by 69 down to 1,556.

### LNG DEMAND / CO2 REDUCTION / FLARE CREDITS / FLARE CREDIT BENEFIT

| Application (Gas Oil Ratio = 1) ($60 WTI, $29 Breakeven) | Qty. | GPD ea. (approx.) | Total GPD (approx.) | Fuel Cost Reduction ($) | CO2 Reduction (TPD) | Flare Credits (MCFD) | Flare Credit Benefit/day ($) |
|---|---|---|---|---|---|---|---|
| Drill Rigs (45% Diesel Substitution) | 6 | 5,018 | 30,109 | $ (3,831) | (18) | 405 | $ 11,198 |
| Frac Spread(s) (12 Trucks per) | 2 | 20,592 | 41,184 | $ (8,830) | (60) | 1,661 | $ 45,950 |
| Frac Water Heating (18 Wk Season) | 2 | 31,562 | 63,124 | $ (4,754) | (29) | 2,545 | $ 70,427 |
| Pad Power (100% LNG) | - | - | - | $ - | - | - | $ - |
| **Total (Daily):** | | | 134,418 | $ (17,414) | (107) | 4,611 | $ 127,575 |
| | | | Gal/Yr | Cost Red./Yr | Ton/Yr | MCF/Yr | $/Yr |
| **Total (Annual):** | | | 32,329,839 | $ (4,906,507) | (30,177) | 1,020,336 | $ 28,232,109 |

10

# Benefits to Bakken Operators and North Dakota Communities

Operators in the Bakken realize fuel cost, emissions and Flare Credit benefits when consuming LNG.

Flare Credits, when utilized, allow additional production of oil, resulting in additional profits for the operator and tax revenue for North Dakota.

ALKANE
MIDSTREAM

## North Dakota LNG - LNG Production Benefits Bakken Operators and North Dakota

| Year / Month | Avg Oil Price ($/BBL) | LNG Production (LNGg) | MCF Credit | Additional Oil Production (BBL)* | Additional Operator Profit* | Additional Production Tax* |
|---|---|---|---|---|---|---|
| 2018-10 | $ 70.16 | 732,800 | 59,097 | 59,097 | $2,196,036 | $ 207,311 |
| 2018-11 | $ 56.25 | 1,063,899 | 85,798 | 85,798 | $1,994,811 | $ 241,308 |
| 2018-12 | $ 49.16 | 1,510,987 | 121,854 | 121,854 | $1,969,157 | $ 299,517 |
| 2019-01 | $ 52.27 | 1,782,217 | 143,727 | 143,727 | $2,769,623 | $ 375,631 |
| 2019-02 | $ 54.98 | 1,567,712 | 126,428 | 126,428 | $2,778,896 | $ 347,552 |
| 2019-03 | $ 58.27 | 1,667,580 | 134,482 | 134,482 | $3,398,367 | $ 391,814 |

* Assumes additional oil production occurred in same month as credits acquired.

ALKANE
MIDSTREAM

12

# ALKANE PRODUCTS AND SERVICES

- FLARE MANAGEMENT
- PRODUCED WATER MANAGEMENT
- ENGINE FUEL CONVERSIONS
- HYBRID POWER SYSTEMS
- OFF-PIPELINE COMMUNITIES
- HYDROCARBON EXPORT

# Diversification

Innovative Solutions that
Solve Problems

**ALKANE** MIDSTREAM



## Our product and service offering includes:

- **Flare Management.** A mobile liquefaction plant called the Alkane-in-One (Ai1) which fully utilizes captured flare gas for additional LNG production and NGL capture

- **Dual-Fuel Kits.** We a distributor for American Power Group's (APG) dual-fuel engine conversion kit (highest ROI kit on maket today) to increase LNG consumption on drill rigs

- **Hybrid Gas Generator Set.** We are piloting a natural gas hybrid generator set with a leading drilling company using 100% gas and having diesel performance

- **Boilers.** We are partnering with the Miura Steam Boiler distributor to convert off-pipeline aged boilers to modern, safe, and efficient Miura products

- **Water Recycling.** We are the distributor for the first production water recycling system in the Bakken

- **Power Generation.** We have developed technology to use NGLs as fuel for power generation.

- **Data and Agriculture.** We are securing projects to consume power from NGLs including: Cloud computing, Agriculture and Aquaculture

- **Rail Export.** We are partnering with rail transportation groups to export LNG and Ethane by rail in ISO containers

- **Ethane.** We will be producing a refrigerant grade ethane product at our Tioga liquefaction plant for export and EOR



ALKANE
MIDSTREAM

## Single Solution for Complete Flare Management

**Located on Edge of Pad**
- Connected to Flare Line
- Fully Self-contained
- Manifold for NGL trailers
- Manifold for LNG trailers

**Key Components**
- Gas Generator Sets
- Electric Motor Driven Inlet Gas Compressor
- Amine $CO_2$ removal
- Mole Sieve Dehydration
- NGL Recovery
- LNG Liquefaction

**System Output (Ref. 3.8MMSCFD Flare)**
- NGL's – 38,000 gallons per day
- LNG – 21,000 gallons per day
- Fuel
  - For system power generation
  - For well pad power (artificial lift)



**LNG Production from Flare Gas**

Located on Pad, Gathering Line or Gas Plant

- Connected to Tailgas or Residue Line
- Fully Self-contained
- Manifold for LNG trailers or Skid Tank w/Pump

Key Components

- Gas Generator Set
- Gas Cleanup Skid
- Gas Liquefaction
- Manifold to Storage

System Input / Output

- Feed Gas: 900,000 cu ft/day
- LNG: 9,000 gallons per day

# Bi-Fuel Systems and Performance

MIDSTREAM

Diesel Connection on the frac pump
- Threaded into fuel tank
- Dry Disconnect Couplings
- Remote wireless connection to HMI

Natural Gas Connection on the frac pump







Substitution capability, pipeline gas (55 MN)

Above 60% for majority of load range

Drill rig majority load range

Load Factor %

Bi-Fuel Systems
- Displaces diesel with LNG / Natural gas
- Up to 70% diesel substitution
- Kits from OEM and Aftermarket

Applications
- Drill Rigs
- Frac Spreads

# PowerSys
# Hybrid Gas Generator Set

MIDSTREAM

100% Natural Gas Drill Rig Generator Set with Diesel Performance

- CAT G3516 generator set with integrated battery energy storage
- Uses existing gas generator set + hybrid module
- Electrical and Control connections same as existing rig gensets
- 0.5g NOx, 0g PM, Low methane slip
- 30% Less $CO_2$ than Diesel (in line with Oil & Gas Climate Initiative)

US Patent Protected: 7,67,187; 7,969,030; 8,222,756; 8,492,913; 8,829,698; 9,502,943; US & EU Patents Pending

POWERSYS

ENERGY OPTIMIZED

H&P Inc.

Fueled by:

ALKANE MIDSTREAM





CHOOSING THE BEST BOILER
FOR FLUCTUATING LOAD DEMANDS



## MIURA Boiler Installations

- Japan Corp. since 1927
- Manufacturing facilities in Asia, North America, South America, Europe
- Largest process steam boiler manufacturer in the world
- 140,000 units installed worldwide
- 2,000 units in North American markets
- 600 units in food processing facilities

## Muira Boilers

- Fast acting, modular, process steam boilers
- Clean burning, 85% high efficient, low NOx, reduced emissions
- Very low maintenance, push-button operations, adaptable
- Highest safety rating, reliable, N+1 redundancy
- Turn-key solutions

# Produced Water Recycling:  PureStream IGF+ with LNG

Produced Water Recycling: IGF+

Modular system – Scalable to application.  Portable.  Small footprint.

Produced and Frac Water Recycling.  10,000 BBL/day

98% suspended solids, iron and oil removed

No membranes or filters

Significantly reduces trucking and fluid disposal fees / fluid injected into disposal wells







Produced Water Evaporation: PureStream Flash with LNG

# Power Generation: On-Grid / Off-grid

MIDSTREAM



Gas Turbine Power Generation Providing Offgrid Power to Data Customers

- Trailer mounted for rapid deployment
- No gas treatment required
- Add units as required
- Feed Gas: 2,500,000 cu ft/day
- 10MW Power Generation
  (option for larger systems)

Power Demand is Standing By

- 6 – 8 Weeks to First Power

ALKANE
MIDSTREAM

22

- ON-SITE STORAGE
- REMOTE MONITORING
- COMPANY DRIVERS
- DRIVER TRACKING
- INSTALLATION EXAMPLES

INSTALLATION
APPLICATIONS
MONITORING
DELIVERY



# LNG In Use

## Water Heating



ALKANE
MIDSTREAM





## Drill Rigs





# LNG In Use

## Water Recycling



IGF+
- 10,000 BBL/d
- 98% Suspended Solids, Iron, Oil removal

FLASH
- Up to 400BBL/d Evaporation

## Dual-fuel Frac Spread



- Up to 70% diesel displacement
- Up to 20,000 LNG gpd
- Year-around operation







LNG Delivery with Real-Time Driver Tracking

# On-site Storage with Remote Monitoring

## Water Bath Vaporization



## Remote Monitoring






ALKANE
MIDSTREAM

## Ambient Vaporization



## Electric Vaporization





THANK YOU

Ryan Blazei / Ed Woods

(612) 466-0006 / (701) 300-3219

Blazei@AlkaneNRG.com / Woods@AlkaneNRG.com

www.AlkaneNRG.com

ALKANE
MIDSTREAM

27