# Exhibit R

APPENDIX I

# A New Technology for Flare Mitigation

Crusoe Energy Systems Inc.



# A Digital Flare Mitigation Solution




A NEW TECHNOLOGY IS AVAILABLE TO CONVERT WASTED NATURAL GAS INTO COMPUTING

- ❖ **Crusoe converts "stranded" natural gas into electricity for energy-intensive computing on the well site**
- ❖ **Digital Flare Mitigation (DFM) solves critical regulatory challenges for oil and gas companies by achieving beneficial use and reducing emissions**

**Crusoe's Objective**: help operators maintain and increase oil production by solving the regulatory and environmental challenges of associated gas







## Why Digital Flare Mitigation?

- ✔ **DFM is the most cost-effective solution in flare mitigation**
- ✔ **Modular design allows for rapid turnkey deployment and mobilization**
- ✔ **Highly scalable from 70 mscfd to multiple mmscfd**
- ✔ **High reliability with few failure points**

# Energy Intensive Computing




RAPID GROWTH IN DATA NEEDS




Source: Total Communications Technologies Power Forecast, Anders Andrae, Huawei Technologies, October 2017

# Digital Flare Mitigation




COMPONENTS OF A DIGITAL FLARE MITIGATION SYSTEM













- ❖ The Digital Flare Mitigation System is a mobile and modular assembly of power generation, computing and remote telecommunications systems optimized specifically for stranded gas resources
- ❖ Designed for portability, rapid commissioning, rugged oilfield conditions and modular scalability

# Easy Integration, Compact Footprint




DEPLOYMENTS COMPLETED IN AS FEW AS 4 DAYS






| Step 1: Connection Point | Step 2: Generator | Step 3: Compute Module | Step 4: Startup |
|---|---|---|---|
| Operator provides simple manifold and valve to existing gas line<br><br>Typically, manifold directly onto line leading to flare | Crusoe provides generator system, delivered on portable trailer or skid | Computing modules delivered by truck<br><br>Satellite antennae installed and aligned after delivery | Computers connected to generator<br><br>Generator start up<br><br>Flare becomes back-up gas plan |
| ***1-2 Days*** | ***1 Day*** | ***1-5 Days*** | ***1 Day*** |

# Digital Flare Mitigation Use Cases




ACHIEVE REGULATORY COMPLIANCE WITHOUT MIDSTREAM INFRASTRUCTURE





## Existing Flared Gas

*Superior gas-capture alternative for producing wells that are currently being flared*

**USE CASES**

- ✔ Producing wells without midstream infrastructure
- ✔ Delayed pipeline arrival
- ✔ Extended gas plant downtime
- ✔ Pipeline capacity challenges
- ✔ Joint Power Generation

## Development Flexibility

*Gas offtake plan for future wells to be drilled outside existing infrastructure*

**USE CASES**

- ✔ Drilling exploratory step-out wells ahead of pipeline build
- ✔ Satisfy expiring leases outside of existing infrastructure service areas
- ✔ Delineate acreage prior to formal midstream agreement, avoid minimum drilling commitments

# Case 1: ROW Issues

SOLUTION FOR GAS ON LONG-TERM STRANDED ACREAGE




**ROW Issues can leave wells without access to a market for associated gas**

## Topography

*Badlands and other natural features have caused midstream challenges for years*



*Severe topography has no impact on DFMS effectiveness*

## Surface Owner Challenges

*Inability to get Right-of-Way agreement executed by Surface Owner(s)*




*DFMS operates under existing Surface Use Agreement and does not typically require additional approvals*

**Digital Flare Mitigation Systems:**

- Remove the need to build out physical infrastructure
- Provide beneficial use for gas outside traditional markets

# Case 2: Offload Capacity




PRODUCING OIL WITH TAKEAWAY ISSUES

**Decreases in offload capacity can leave a well without gas takeaway for extended periods of time**

**Extended Gas Processing Plant Downtime**

**Interruptible Gas Contracts**

**Compressor Station Issues**

**Downstream Capacity Issues**



**Digital Flare Mitigation Systems:**

- Allows operator to continue oil production while addressing regulatory requirements
- Decouples well's run-time from downstream performance

# Case 3: Exploration Wells & Delineation




GAIN COMFORT IN DRILLING WELLS AHEAD OF INFRASTRUCTURE



**Digital Flare Mitigation Systems:**

- Facilitates regulatory compliance while evaluating performance of exploration wells
- Allows operator to continue to delineate acreage position before agreeing to midstream contract with minimum volume commitments
- Easy mobilization allow DFM to act as stop-gap prior to arrival of pipeline

# Case 4: Midstream Partnership

CRUSOE

BRIDGE SOLUTION FOR MIDSTREAM PROVIDERS



**Digital Flare Mitigation Systems:**

- Gas-capture tool for midstream partners prior to build-out completion
- Improve midstream economics by deferring capital expenditures until production levels warrant pipeline construction
- Stop-gap solution allows midstream partners to propose more competitive deal terms which delay implementation of minimum volume commitments

# Joint Power Generation




OPTIMIZE ON-SITE POWER GENERATION CAPACITY

## Crusoe as Power Provider

**Purchase electricity directly from Crusoe by the kWh at a fraction of the cost of renting generators directly**

- ✔ *Crusoe utilizes large volumes of stranded gas to power turbine generator, 1MMcfd+*
- ✔ *Operator pays only for electricity used to run ESPs or other well site needs by the kWh*
- ✔ *Remainder of power utilized for energy-intensive computing*

## Excess Power Gen Capacity

**Monetize consistently underutilized excess power generation capacity by selling electricity to Crusoe on the well site**

- ✔ *Large turbine generators like ones used for electric frac fleets consistently underutilize generation capacity*
- ✔ *Crusoe's trailer-mounted compute modules follow turbines and pay by the kWh*
- ✔ *Operator monetizes spare capacity while maintaining stable load regime*



# Crusoe's Background




OIL & GAS INDUSTRY OPERATIONS TEAM

- ✔ **Operating since 2018**
  - Digital Flare Mitigation Systems operating in Powder River Basin (WY), Williston Basin (ND) and DJ Basin (CO)
  - Ongoing simultaneous multi-basin operations
- ✔ **Excellent safety record: zero injuries to date**
- ✔ **Approved MSAs with multiple publicly traded oil and gas companies**
  - PEC and ISN third party verification of safety procedures and training policies
- ✔ **Crusoe consults with leading regulatory, permitting and public relations firms to ensure positive stakeholder management**
- ✔ **Operations & business development teams assembled from high-quality E&P and service companies:**

## THE CRUSOE TEAM

- ❖ **Chase Lochmiller, CEO**
  - Technology and cloud computing background
- ❖ **Cully Cavness, President**
  - E&P, midstream and power generation finance background
- ❖ **Ken Parker, VP Facilities Engineering, Operations & Safety Manager**
  - Lifetime safety record: EMR of 0.2 vs. industry average of ~0.6-2.0
  - 25 years of operational experience domestically and internationally
- ❖ **Andrew Likens, VP Business Development**
  - Former Land Manager, facilitated several multi-rig development programs
- ❖ **Nick Corredor, Field Operations Manager**
  - Field operational leadership roles within oilfield service companies








BG GROUP






# Key Points

TECHNOLOGY FEATURES




- ✔ **Facilitates flare mitigation and regulatory compliance**
  - Achieves a bona fide beneficial use and 3rd party gas offtake plan
  - Reduces flaring, waste and emissions of $NO_X$, $SO_X$ and VOCs (smog precursors)
- ✔ **No lengthy land acquisition, right-of-way negotiation or pipeline permitting process**
- ✔ **Modular, easily mobilized and scalable to match available gas resource**
  - 70 mcfpd up to multiple mmcfpd, can add or subtract modules as gas resource changes over time
- ✔ **Fast to implement**
  - Commissioned in days once components arrive on-site
  - System delivery lead time of several weeks to several months dependent on gas volumes
- ✔ **No minimum drilling commitments or onerous volume guarantees**
- ✔ **Fully interruptible**

# Appendix

Crusoe Energy Systems Inc.
September, 2019



# Site Diagram w/ Skid Generators

600 MCFD LAYOUT ILLUSTRATION






# Easy Integration, Compact Footprint




