IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
DENVER DIVISION

| | |
|---|---|
| **CRUSOE ENERGY SYSTEMS LLC,** § § § | |
| *Plaintiffs*, § | |
| § | **Civil Action No. 1:22-cv-2142** |
| v. § | **Jury Trial Demanded** |
| **ALKANE MIDSTREAM LLC,** § § § | |
| *Defendant*. § § | |

### [PROPOSED] ORDER GRANTING CRUSOE ENERGY SYSTEMS LLC'S MOTION FOR EXPEDITED DISCOVERY AND ENTERING EXPEDITED DISCOVERY SCHEDULE

On this day came on for consideration Plaintiff Crusoe Energy Systems LLC's Motion for Expedited Discovery. Upon reviewing Plaintiff's Motion, all responses and replies thereto (if any), the evidence offered, and the arguments of counsel, the Court hereby GRANTS Crusoe Energy Systems LLC's Motion for Expedited Discovery in all respects.

It is therefore ORDERED that within the next 10 days prior to a hearing on Crusoe's Motion for a Preliminary Injunction:

- Crusoe is permitted to take two (2) expedited depositions of Alkane's fact witnesses and one (1) expedited deposition of Alkane's corporate representative;

- Alkane is required to serve responses to Crusoe's written discovery requests and permit the request for inspection attached to the Motion for Expedited Discovery as Exhibits A – C; and

- Alkane is required to serve initial disclosures on Crusoe pursuant to Rule 26 of the Federal Rules of Civil Procedure.

It is further ORDERED that all such expedited discovery be conducted pursuant to the following Expedited Discovery Schedule:

**Expedited Discovery Schedule**

To facilitate the requested expedited discovery, the Court establishes the following orderly schedule for expedited discovery in anticipation of the temporary injunction or temporary restraining order hearing:

- **_____, 2022 [7 days after Date of Order Granting Expedited Discovery].** On or before this date, Defendant is ORDERED to: (1) respond to written discovery and permit entry onto land as requested in Exhibits A – C to Crusoe Energy Systems LLC's Motion for Expedited Discovery and produce documents responsive to those requests; and (2) serve initial disclosures pursuant to Rule 26 of the Federal Rules of Civil Procedure.

- **_____, 2022 [10 days after Date of Order Granting Expedited Discovery].** On or before this date, Defendant is ORDERED to present for deposition two (2) Alkane fact witnesses (to be selected by Crusoe Energy Systems Inc.) and one (1) Alkane corporate representative. The deposition of Alkane's corporate representative is limited to testimony on the topics listed in Exhibit D to Crusoe Energy Systems LLC's Motion for Expedited Discovery. Each of the three (3) depositions are hereby limited to no more than 3 on-the-record hours. Each of the three (3) depositions shall be conducted without any prejudice to the Parties' ability to conduct future depositions in the case pursuant to docket control orders and/or discovery rules governing depositions.

- **_____, 2022.** Hearing on Plaintiff's Motion for a Preliminary Injunction.

SIGNED on August ____, 2022.

_____
NINA Y. YANG
UNITED STATES DISTRICT JUDGE