# EXHIBIT D

RESTRICTED DOCUMENT – LEVEL 1

## **DEFINITIONS**

As used in these Deposition Topics, the following terms shall have the meaning(s) set forth below, regardless of whether the defined term is capitalized.

1) "**Accused Product**" means Alkane Midstream LLC's flare-gas powered distributed computing system.

2) "**Alkane**", "**Defendant**", "**You**", or "**Your**" means Alkane Midstream LLC.

3) "**Asserted Patents**" means, collectively, U.S. Patent No. 10,862,307 and U.S. Patent No. 10,862,309.

4) "**Complaint**" means Plaintiff's Original Complaint, filed as ECF No. 1 in the above-styled action on August 22, 2022.

5) "**Communication**" means, without limitation of its generality, statements, discussions, conversations, speeches, meetings, remarks, questions, answers, panel discussions and symposia, whether written or oral. The term includes, without limitation of its generality, both communications and statements which are face-to-face and those which are transmitted by media such as intercoms, telephones, television, e-mail, electronically or radio.

6) "**Crusoe**", or "**Plaintiff**" means Crusoe Energy Systems LLC.

7) "**Custody**," "**control**," or "**possession**" shall mean both in one's physical possession and custody, and when one has the right to secure the document or a copy thereof from another person, corporation, partnership, governmental agency, or entity having physical possession or custody thereof.

8) "**Customer**" means any business entity, well operator, or individual that purchases or agrees to purchase Alkane products.

9) "**Document**" or "**Documents**" means all documents and tangible things, in the broadest sense allowed by the Federal Rules of Civil Procedure, and includes, without limitation, electronically stored information, paper Documents of any kind, all drafts, correspondence, communications, records, memoranda, notes, diaries, statistics, letters, electronic mail, text messages, electronic files of any type or nature, all other forms of electronic communication, telegrams, minutes, contracts, reports, studies, surveys, text, statements, receipts, returns, summaries, pamphlets, books, prospectuses, inter-office and intra-office communications, offers, notations or recordings of any sort regarding conversations, telephone calls, meetings or other communications, bulletins, printed matters, computer printouts, teletypes, telefax, invoices, worksheets, and each and every electronic or paper draft, alteration, modification, change or amendment of any kind of the foregoing; graphic or aural records and oral representations of any kind, including, without limitation, photographs, charts, graphs, microfiche, microfilm, videotape, recordings, motion pictures; and electronic, magnetic, mechanical or electric records or representations of any kind, including, without limitation, tapes, cassettes, disks, computer generated or stored

information and recordings. A draft or non-identical copy of any document, whether due to the addition of notes or other change, is a separate document within the meaning of this term. Where the electronic and hard copy versions of any document are separate documents pursuant to this definition, both the electronic and hard copy versions shall be produced. The terms "**Document**" or "**Documents**" are inclusive of the term "Communication" and all electronically stored information, as referenced in Federal Rule of Civil Procedure 34.

10) "**Gondola**" means Gondola Resources, LLC.

11) "**Mentioning**," "**referring to**," "**relating to**," "**regarding**," and "**reflecting**" shall be interpreted in the broadest sense and shall mean and include, without limitations, the words pertaining to, concerning, referring to, relating to, regarding, reflecting, describing, supporting, opposing, disapproving, constituting, embodying, discussing, involving, memorializing, and dealing with, whether directly or indirectly, or to be otherwise factually, legally or logically connected to the subject matter of the particular request.

12) "**Modiin**" means Modiin Energy NPB, LLC.

13) "**Surprise 4 Pad**" means the well pad located in Jackson County, Colorado operated by Gondola Resources, LLC and Modiin Energy NPB, LLC.

## DEPOSITION TOPICS

1) The design and operation of the Accused Product, including knowledge of specifications, design documents, manuals, schematics, service manuals, test results, test reports, test protocols, presentations, training materials, marketing materials, regulatory submissions, and end-user documentation.

2) The creation and development of the Accused Product, including knowledge of specifications, design documents, manuals, schematics, service manuals, test results, test reports, test protocols, presentations, training materials, marketing materials, regulatory submissions, and end-user documentation.

3) Your building process, site design, or set-up of equipment comprising the Accused Product at any site in the United States (not only in Colorado, Texas, and/or North Dakota), including but not limited to the Surprise 4 Pad.

4) Knowledge of Documents and Communications evidencing, regarding, reflecting, or relating to any agreement between You and Gondola and/or Modiin.

5) Knowledge of Documents and Communications between You and any third party, including but not limited to Gondola and/or Modiin, regarding Crusoe.

6) Knowledge of Documents and Communications between You and any third party, including but not limited to Gondola and/or Modiin, regarding the Asserted Patents.

7) The Accused Product's use or employment of Natural Gas to generate electricity.

8)     Knowledge of how the electricity generated by the Accused Product(s) is used, including but not limited to how the electricity generated by the Accused Product(s) is used to power financial transactions and/or mine for cryptocurrency.

9)     Any change or modification to the design and/or operation of the Accused Product since November 1, 2019.

10)     Knowledge of the pricing and/or cost of Alkane's flare gas mitigation services.

Dated: August 22, 2022

By:  */s/ Brett C. Govett*
      Brett C. Govett

**Norton Rose Fulbright US LLP**
Brett C. Govett
  brett.govett@nortonrosefulbright.com
Taylor A. Shields
  taylor.shields@nortonrosefulbright.com
2200 Ross Avenue, Suite 3600
Dallas, Texas 75201
Telephone: (214) 855-8000
Facsimile: (214) 855-8200

Stephanie N. DeBrow
  stephanie.debrow@nortonrosefulbright.com
Daniel Shuminer
  Colorado Bar No. 53,994
  daniel.shuminer@nortonrosefulbright.com
98 San Jacinto Boulevard, Suite 1100
Austin, Texas 78701
Telephone: (512) 563-3094
Facsimile: (512) 536-4598

*Attorneys for Plaintiff Crusoe Energy Systems LLC*