**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
DENVER DIVISION**

| | |
|---|---|
| **CRUSOE ENERGY SYSTEMS LLC,** § § § *Plaintiffs*, § § v. § **Civil Action No.** § **ALKANE MIDSTREAM LLC,** § § § *Defendant*. § § | |

**[PROPOSED] ORDER GRANTING CRUSOE ENERGY SYSTEMS LLC'S
MOTION TO RESTRICT ACCESS**

On this day came on for consideration Plaintiff Crusoe Energy Systems LLC's Motion to Restrict Access. Upon reviewing Plaintiff's Motion, all responses and replies thereto (if any), the evidence offered, and the arguments of counsel, the Court hereby GRANTS Crusoe Energy Systems LLC's Motion to Restrict Access in all respects.

It is therefore ORDERED as follows:

1. That Exhibit 3, Exhibit 4, and Exhibit 5 to Plaintiff Crusoe Energy Systems LLC's Complaint and Demand for Jury Trial and Injunctive Relief [ECF No. 8, 8-1, 8-2] shall be maintained under Level 1 restriction as defined by D.C.COLO.LCivR 7.2(b); and

2. That Exhibit A to Plaintiff Crusoe Energy Systems LLC's Emergency Motion for a Temporary Restraining Order and Preliminary Injunction and Brief in Support [ECF No. 10] shall be maintained under Level 1 restriction as defined by D.C.COLO.LCivR 7.2(b);

3. That Exhibit A, Exhibit B, Exhibit C, and Exhibit D to Plaintiff Crusoe Energy Systems LLC's Motion for Expedited Discovery [ECF No. 12, 12-1, 12-2, 12-3] shall be maintained under Level 1 restriction as defined by D.C.COLO.LCivR 7.2(b); and

4. That this order shall be filed and maintained under Level 1 restriction as defined by D.C.COLO.LCivR 7.2(b).

SIGNED on August ____, 2022.

_____
NINA Y. YANG
UNITED STATES DISTRICT JUDGE