IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
DENVER DIVISION

| | |
|---|---|
| **CRUSOE ENERGY SYSTEMS LLC,** § § § | |
| *Plaintiffs*, § | |
| v. § | Civil Action No. 1:22-cv-2142 |
| § | Jury Trial Demanded |
| **ALKANE MIDSTREAM LLC,** § § § | |
| *Defendant*. § § | |

<u>**NOTICE OF APPEARANCE OF STEPHANIE N. DeBROW**</u>

Notice is hereby given that the undersigned attorney, Stephanie N. DeBrow, enters her appearance in this matter as counsel on behalf of Plaintiff Crusoe Energy Systems LLC, ("Plaintiff"). She is a member in good standing with the bar of this Court and is registered as a Filing User for its Electronic Filing System. She requests service of pleadings and orders in accordance with the Local Rules through the contact information as noted below.

Dated: August 22, 2022

Respectfully submitted,

By: <u>/s/ Stephanie N. DeBrow</u>
    Stephanie N. DeBrow
State Bar No. 24074119
**NORTON ROSE FULBRIGHT US LLP**
98 San Jacinto Boulevard, Suite 1100
Austin, TX 78701
Tel: 512.536.3094
Fax: 512.536.4598
Stephanie.debrow@nortonrosefulbright.com

Attorney for Plaintiff
**Crusoe Energy Systems LLC**

1

2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 22, 2022 all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system. Any other counsel of record will be served in accordance with the Federal Rules of Civil Procedure.

/s/ *Stephanie N. DeBrow*
Stephanie N. DeBrow