# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# DENVER DIVISION

| | |
|---|---|
| **CRUSOE ENERGY SYSTEMS LLC,** § | |
| § | |
| *Plaintiffs*, § | |
| § | Civil Action No. 1:22-cv-2142 |
| v. § | Jury Trial Demanded |
| **ALKANE MIDSTREAM LLC,** § | |
| § | |
| *Defendant*. § | |

## NOTICE OF APPEARANCE DANIEL S. SHUMINER

Notice is hereby given that the undersigned attorney, Daniel S. Shuminer, enters his appearance in this matter as counsel on behalf of Plaintiff Crusoe Energy Systems LLC, ("Plaintiff"). He is a member in good standing with the bar of this Court and is registered as a Filing User for its Electronic Filing System. He requests service of pleadings and orders in accordance with the Local Rules through the contact information as noted below.

Dated: August 22, 2022

Respectfully submitted,

By: /s/ Daniel S. Shuminer
 Daniel S. Shuminer
State Bar No. 24124688
**NORTON ROSE FULBRIGHT US LLP**
98 San Jacinto Boulevard, Suite 1100
Austin, TX 78701
Tel: 512.536.3094
Fax: 512.536.4598
daniel.shuminer@nortonrosefulbright.com

Attorney for Plaintiff
**Crusoe Energy Systems LLC**

1

2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 22, 2022 all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system. Any other counsel of record will be served in accordance with the Federal Rules of Civil Procedure.

*/s/ Daniel S. Shuminer*
Daniel S. Shuminer