IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
DENVER DIVISION

| | |
|---|---|
| **CRUSOE ENERGY SYSTEMS LLC,** § <br> § <br> *Plaintiffs*, § <br> § <br> v. § <br> § <br> **ALKANE MIDSTREAM LLC,** § <br> § <br> *Defendant*. § <br> § | § Civil Action No. 1:22-cv-2142 <br> § Jury Trial Demanded |

### NOTICE OF APPEARANCE TAYLOR A. SHIELDS

Notice is hereby given that the undersigned attorney, Taylor A. Shields, enters her appearance in this matter as counsel on behalf of Plaintiff Crusoe Energy Systems LLC, ("Plaintiff"). She is a member in good standing with the bar of this Court and is registered as a Filing User for its Electronic Filing System. She requests service of pleadings and orders in accordance with the Local Rules through the contact information as noted below.

Dated: August 22, 2022         Respectfully submitted,

By: /s/ Taylor A. Shields
    Taylor A. Shields
State Bar No. 24126440
**NORTON ROSE FULBRIGHT US LLP**
2200 Ross Avenue, Suite 3600
Dallas, Texas 75201
Tel: 214.855.8000
Fax: 214.855.8200
Taylor.shields@nortonrosefulright.com

Attorney for Plaintiff
**Crusoe Energy Systems LLC**

1

2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 22, 2022 all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system. Any other counsel of record will be served in accordance with the Federal Rules of Civil Procedure.

*/s/ Taylor A. Shields*
Taylor A. Shields
