IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
DENVER DIVISION

| | |
|---|---|
| **CRUSOE ENERGY SYSTEMS LLC,** § § § | |
| *Plaintiff*, § | |
| v. § § | **Civil Action No. 1:22-cv-2142-NYW** |
| **ALKANE MIDSTREAM LLC,** § § | **Jury Trial Demanded** |
| *Defendant.* § § § § § § | |

### PLAINTIFF CRUSOE ENERGY SYSTEMS LLC'S
### SUPPLEMENTAL CERTIFICATE OF CONFERENCE

Plaintiff Crusoe Energy Systems LLC's ("Crusoe") files this Supplemental Certificate of Conference to show compliance with its previous Certificate of Counsel.

On August 22, 2022, Crusoe filed it Emergency Motion for a Temporary Restraining Order and Preliminary Injunction and Brief in Support ("Motion"). Dkt. No. 9. As per D.C.COLO. LCivR 7.1, a Certificate of Counsel was submitted therewith, *Id*. at 28, which states:

Alkane was not informed prior to the filing of this action or Motion. Alkane has been served, or is in the process of being served, with the Complaint, this Motion, and all supporting documents. *See* D.C.COLO.LCivR 65.1(a)(2). Plaintiff does not know at this time who is representing Alkane in connection with this action.

Since the Motion's filing, Crusoe's counsel noticed Defendant Alkane Midstream LLC ("Alkane") as to the pendency of this action by emailing a copy of the Complaint which lists the Court where the Motion was filed and the Civil Action Number. *See* Ex. A at 2-3. Additionally, Alkane has been noticed to the pendency of the Motion at least by informing Alkane the Motion was filed and is pending. *See* Ex. A at 1-3. *See Westar Energy, Inc. v. Lake*, 552 F.3d 1215, 1230

Page 1

(10th Cir. 2009). The initial email to Alkane disclosed all of the above details, to which Alkane's President Ryan Blazei acknowledged receipt and subsequently referred this matter to its General Counsel Mr. Tom Cuthbert. *See* Ex. A at 1-2 (email from Alkane acknowledging receipt of Complaint and notice of pending Motion). Despite the invitation, Alkane's counsel (in-house or outside) has not contacted the undersigned at the time of this filing.

Dated:  August 23, 2022

NORTON ROSE FULBRIGHT US LLP

   */s/ Stephanie DeBrow*
Brett C. Govett
   brett.govett@nortonrosefulbright.com
Taylor Shields
taylor.shields@nortonrosefulbright.com
NORTON ROSE FULBRIGHT US LLP
2200 Ross Avenue, Suite 3600
Dallas, TX  75201-7932
Telephone:     (214) 855-8120
Facsimile:      (214) 855-8200

Stephanie DeBrow
stephanie.debrow@nortonrosefulbright.com
Daniel Shuminer
Colorado State Bar No. 53994
daniel.shumniner@nortonrosefulbright.com
NORTON ROSE FULBRIGHT US LLP
98 San Jacinto Boulevard, Suite 1100
Austin, Texas 78701
Telephone:     (512) 563-3094
Facsimile:      (512) 536-4598

*Attorneys for Plaintiff Crusoe Energy Systems LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 23, 2022 all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system. Any other counsel of record will be served in accordance with the Federal Rules of Civil Procedure.

/s/ *Stephanie DeBrow*
Stephanie DeBrow