# EXHIBIT A

**Daniel Shuminer**

| | |
|---|---|
| **From:** | Brett C. Govett |
| **Sent:** | Monday, August 22, 2022 6:50 PM |
| **To:** | Ryan Blazei; _Alkane Solutions; Edward Woods; Tom Cuthbert |
| **Cc:** | Stephanie DeBrow; Daniel Shuminer; Taylor Shields; Ann Franklin |
| **Subject:** | RE: Activity in Case 1:22-cv-02142 Crusoe Energy Systems, LLC v. Alkane Midstream LLC Complaint |

Mr. Blazei – thank you and confirmed – you have a great night as well.

Mr. Cuthbert – please let me know the outside counsel for Alkane as soon as possible. Thank you.

**Brett C. Govett** | Partner
Norton Rose Fulbright US LLP
2200 Ross Avenue, Suite 3600, Dallas, Texas  75201-7932, United States
Tel +1 214 855 8118 | Fax +1 214 855 8200
brett.govett@nortonrosefulbright.com

**NORTON ROSE FULBRIGHT**

*Law around the world*
nortonrosefulbright.com

---

**From:** Ryan Blazei <blazei@alkanenrg.com>
**Sent:** Monday, August 22, 2022 6:42 PM
**To:** Brett C. Govett <brett.govett@nortonrosefulbright.com>; _Alkane Solutions <solutions@alkanenrg.com>; Edward Woods <woods@alkanenrg.com>; Tom Cuthbert <cuthbert@alkanenrg.com>
**Cc:** Stephanie DeBrow <stephanie.debrow@nortonrosefulbright.com>; Daniel Shuminer <daniel.shuminer@nortonrosefulbright.com>; Taylor Shields <taylor.shields@nortonrosefulbright.com>; Ann Franklin <ann.franklin@nortonrosefulbright.com>
**Subject:** RE: Activity in Case 1:22-cv-02142 Crusoe Energy Systems, LLC v. Alkane Midstream LLC Complaint

Mr. Govett – Email received, please coordinate with Alkane General Counsel Tom Cuthbert (copied) – he will share contact details for outside counsel once conflicts are cleared.

Have a great night.



**Ryan Blazei**
President | Alkane Midstream



**Phone** 833-4-ALKANE | **Direct** 612-999-6396 | **Mobile** 612-466-0006
**Email** Blazei@AlkaneNRG.com | **Website** www.AlkaneNRG.com

1

**From:** Brett C. Govett <brett.govett@nortonrosefulbright.com>
**Sent:** Monday, August 22, 2022 6:27 PM
**To:** _Alkane Solutions <solutions@alkanenrg.com>; Ryan Blazei <blazei@alkanenrg.com>; Edward Woods <woods@alkanenrg.com>
**Cc:** Stephanie DeBrow <stephanie.debrow@nortonrosefulbright.com>; Daniel Shuminer <daniel.shuminer@nortonrosefulbright.com>; Taylor Shields <taylor.shields@nortonrosefulbright.com>; Ann Franklin <ann.franklin@nortonrosefulbright.com>
**Subject:** Re.: Activity in Case 1:22-cv-02142 Crusoe Energy Systems, LLC v. Alkane Midstream LLC Complaint

> You don't often get email from brett.govett@nortonrosefulbright.com. Learn why this is important

Alkane Midstream LLC, Mr. Blazei, and Mr. Woods:

I am counsel for Crusoe Energy Systems, LLC ("Crusoe"). Please take notice of the attached Complaint filed by Crusoe today against Alkane Midstream LLC in the United States District Court for the District of Colorado, Denver Division. Other court filings today include an Emergency Motion for Temporary Restraining Order and Preliminary Injunction, a Motion for Expedited Discovery, and a Motion to Restrict Access with respect to sealed documents. The filings are too voluminous to attach to this email. Please confirm receipt by email and have your outside counsel contact me first thing tomorrow morning. We are happy to provide your outside counsel with courtesy copies of all documents filed in the case. Documents filed under seal may only be provided to and accessed by outside counsel.

Please do not destroy or alter any evidence concerning this matter. That is part of the relief we seek from the Court on an expedited basis. If we learn that evidence was altered or destroyed, we have no choice but to bring this to the attention of the Court and seek appropriate relief.

Thank you.

**Brett C. Govett** | Partner
Norton Rose Fulbright US LLP
2200 Ross Avenue, Suite 3600, Dallas, Texas 75201-7932, United States
Tel +1 214 855 8118 | Fax +1 214 855 8200
brett.govett@nortonrosefulbright.com

**NORTON ROSE FULBRIGHT**

*Law around the world*
nortonrosefulbright.com


**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if**

receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court - District of Colorado

District of Colorado

## Notice of Electronic Filing

The following transaction was entered by Govett, Brett on 8/22/2022 at 11:43 AM MDT and filed on 8/22/2022
**Case Name:**    Crusoe Energy Systems, LLC v. Alkane Midstream LLC
**Case Number:**  1:22-cv-02142
**Filer:**        Crusoe Energy Systems, LLC
**Document Number:** 1
**Judge(s) Assigned:** None (please contact the court)

**Docket Text:**
**COMPLAINT *Crusoe Energy Systems LLC* against Alkane Midstream LLC (Filing fee $ 402,Receipt Number ACODC-8617324)Attorney Brett C. Govett added to party Crusoe Energy Systems, LLC(pty:pla), filed by Crusoe Energy Systems, LLC. (Attachments: # (1) Exhibit 1 - US 10,862,307, # (2) Exhibit 2 - US 10,862,309, # (3) Exhibit 6 - Crusoe-Alkane Meeting Minutes, # (4) Exhibit 7 - Q1 2020 TSG Agenda, # (5) Exhibit 8 - ND Energy and Trans Comm Minute, # (6) Exhibit 9 - Dr. Hilbert Declaration, # (7) Civil Cover Sheet)(Govett, Brett)**

**1:22-cv-02142 Notice has been electronically mailed to:**

Brett C. Govett     brett.govett@nortonrosefulbright.com

**1:22-cv-02142 Notice has been mailed by the filer to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1071006659 [Date=8/22/2022] [FileNumber=8762599-0
] [7cb62156038a4c74a998ea4fb2b0bf1ff07254b541bf899d089747a9d9e60e0a65c
a0e659a7af5302a670c8d8f850968dce3f4cd10cdbc0188a86a0b674036e1]]
**Document description:** Exhibit 1 - US 10,862,307
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1071006659 [Date=8/22/2022] [FileNumber=8762599-1
] [7272a067423daeff24ee74b5a28bae6b0f0d41f0ed37cbdd4d643267552e83ede28
6379368b17e93431e578e1413bbfd6df0c2f41cd174d0054d54cdc0ea4f67]]
**Document description:** Exhibit 2 - US 10,862,309
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1071006659 [Date=8/22/2022] [FileNumber=8762599-2
] [29189160100dea4e74cc3e90e4d8d5d4f206d77ad6286b87f82313d47308f8863b6

86e4db862fc0b88e37dcd90bb6b386d65a07734cce6da0df8b0b5c612dff2]]
**Document description:**Exhibit 6 - Crusoe-Alkane Meeting Minutes
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1071006659 [Date=8/22/2022] [FileNumber=8762599-3
] [36dd68977529dfa8e303ac87ce012104435a298bc36208b76e2ff14a50b89a8eac2
df050ac83570b79570d40b17078e8a8cc14dc2118b8ddefbb5da8350d6daa]]
**Document description:**Exhibit 7 - Q1 2020 TSG Agenda
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1071006659 [Date=8/22/2022] [FileNumber=8762599-4
] [3178162ca80eee0d8fcfcf0adab7152d9d8b32fb7d69b8db812eb7516d00d6013b7
89d22b91eae4d7ffb25c17e357c316c0bd7fba046a8db1cc726c445f5816c]]
**Document description:**Exhibit 8 - ND Energy and Trans Comm Minute
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1071006659 [Date=8/22/2022] [FileNumber=8762599-5
] [56b00071181368a02e6c9125679d1a608910c45623b990e74923d58638e4269d42f
94cf8f3ee98ccd026c4af30b8ee7666ac1524f139e62f1ee36d2a0ca67138]]
**Document description:**Exhibit 9 - Dr. Hilbert Declaration
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1071006659 [Date=8/22/2022] [FileNumber=8762599-6
] [1610c30f89f5a0645a94fc4486d55610ff0b420f85929eec6b5bb9149944e9ac744
412e6e9a794c5654acf8e83d3d3cffbae9609cf54236efc83411a2290d7d2]]
**Document description:**Civil Cover Sheet
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1071006659 [Date=8/22/2022] [FileNumber=8762599-7
] [1669110bfefe04b532e8a53048eb3729d088ecebc3b9a827c985ca74a5350564313
016ee956341ebce4cb30c287e860fde751b09fb8386b7586bac8a2df52046]]

**CONFIDENTIALITY NOTICE:** This email, including any attachments, is confidential and may be privileged. If you are not the intended recipient please notify the sender immediately, and please delete it; you should not copy it or use it for any purpose or disclose its contents to any other person. Norton Rose Fulbright entities reserve the right to monitor all email communications through their networks.

Norton Rose Fulbright Australia, Norton Rose Fulbright LLP, Norton Rose Fulbright Canada LLP, Norton Rose Fulbright South Africa Inc and Norton Rose Fulbright US LLP are separate legal entities and all of them are members of Norton Rose Fulbright Verein, a Swiss verein. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients. Details of each entity, with certain regulatory information, are available at nortonrosefulbright.com.