**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:22-cv-02142-NYW

CRUSOE ENERGY SYSTEMS LLC, a Delaware limited liability company,

    Plaintiff,

  v.

ALKANE MIDSTREAM LLC, a Delaware limited liability company,

    Defendant.

---

**NOTICE OF ENTRY OF APPEARANCE OF RYAN M. SUGDEN**

Ryan M. Sugden, of the law firm Stinson LLP, as a member in good standing of the bar of this Court, hereby enters his appearance on behalf of Alkane Midstream LLC ("Alkane") in the above-captioned action. Notwithstanding this entry of appearance, Alkane expressly reserves and does not waive any and all claims and defenses available to it.

Respectfully submitted this 23rd day of August, 2022.

          s/ *Ryan M. Sugden*
          Ryan M. Sugden
          STINSON LLP
          1144 Fifteenth St., Suite 2400
          Denver, Colorado 80202
          Phone:  303.376.8405
          Fax No.: 303.578.7985
          Email: ryan.sugden@stinson.com

          *Attorneys for Defendant Alkane Midstream LLC*