IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
DENVER DIVISION

| | | |
|---|---|---|
| CRUSOE ENERGY SYSTEMS LLC, | § § | |
| Plaintiff, | § § | Civil Action No. 1:22-CV-2142 |
| v. | § § | Jury Trial Demanded |
| ALKANE MIDSTREAM LLC, | § § § | |
| Defendant. | § | |

**NOTICE OF PARTIES' PROPOSALS CONCERNING A BRIEFING AND HEARING SCHEDULE FOR CRUSOE'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

Pursuant to the Court's August 29, 2022 Minute Order, the parties met and conferred to discuss, among other things, whether the parties could reach agreement on a schedule for (a) Alkane's response to the Complaint (Dkt. 1), (b) further briefing and a hearing on Crusoe's Motion for Temporary Restraining Order and Preliminary Injunction (Dkt. 9), and (c) the written discovery and depositions requested in Crusoe's Motion to Expedite Discovery (Dkt. 11).  The parties were unable to reach agreement on certain deadlines and thus respectfully submit the following competing proposals.

| Event | Agreed Deadline | Alkane's Proposal | Crusoe's Proposal |
| --- | --- | --- | --- |
| Alkane's Response to Crusoe's Motion for Temporary Restraining Order | September 7 | | |
| Alkane's Response to the Complaint | | October 5 | September 15[1] |
| Completion of Fact Discovery Relating to Crusoe's Motion for Preliminary Injunction | | November 4 | September 30 (Written Discovery)<br><br>October 7 (Depositions) |
| Crusoe's Supplemental Brief in Support of Motion for Preliminary Injunction | | November 18 | October 21 |
| Alkane's Opposition to Motion for Preliminary Injunction | | December 16 | November 4 |
| Crusoe's Reply in Support of Motion for Preliminary Injunction | | | November 11 |
| Preliminary Injunction Hearing | | January (pending court availability) | November-early December (pending court availability) |

---

[1] Crusoe would be amenable to the October 5, 2022 deadline proposed by Alkane for responding to the Complaint provided that extension does not delay fact discovery.

- 1 -

Dated: August 31, 2022

| | |
|---|---|
| STINSON LLP | NORTON ROSE FULBRIGHT US LLP |
| /s/ Ryan M. Sugden<br>Ryan M. Sugden<br>STINSON LLP<br>1144 Fifteenth Street, Suite 2400<br>Denver, CO 80202<br>ryan.sugden@stinson.com<br>303-376-8405<br><br>*Attorneys for Defendant Alkane Midstream LLC* | */s/* Brett C. Govett<br>Brett C. Govett<br>   brett.govett@nortonrosefulbright.com<br>Taylor Shields<br>taylor.shields@nortonrosefulbright.com<br>NORTON ROSE FULBRIGHT US LLP<br>2200 Ross Avenue, Suite 3600<br>Dallas, TX  75201-7932<br>Telephone:     (214) 855-8120<br>Facsimile:      (214) 855-8200<br><br>Stephanie DeBrow<br>stephanie.debrow@nortonrosefulbright.com<br>Daniel Shuminer<br>Colorado State Bar No. 53994<br>daniel.shumniner@nortonrosefulbright.com<br>NORTON ROSE FULBRIGHT US LLP<br>98 San Jacinto Boulevard, Suite 1100<br>Austin, Texas 78701<br>Telephone:     (512) 563-3094<br>Facsimile:      (512) 536-4598<br><br>*Attorneys for Plaintiff Crusoe Energy Systems LLC* |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 31, 2022 all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system. Any other counsel of record will be served in accordance with the Federal Rules of Civil Procedure.

/s/ Ryan M. Sugden
Ryan M. Sugden