IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE NINA Y. WANG**

| | |
|---|---|
| Civil Action:   22-cv-02142-NYW | Date: August 31, 2022 |
| Courtroom Deputy:   Emily Buchanan | Court Reporter: Darlene Martinez |

| *Parties* | *Attorney(s)* |
|---|---|
| CRUSOE ENERGY SYSTEMS, LLC,<br><br>　　　Plaintiff,<br><br>v.<br><br>ALKANE MIDSTREAM LLC,<br><br>　　　Defendant. | *Daniel Shuminer*<br>*Stephanie DeBrow*<br>*Taylor Shields*<br>*Brett Govett*<br><br><br>*Ryan Sugden*<br>*John Schroeder* |

## COURTROOM MINUTES/MINUTE ORDER

**TELEPHONIC STATUS CONFERENCE**

Court in session: 10:05 a.m.

Appearances of counsel.

Parties discuss the Notice of Parties' Proposals Concerning a Briefing and Hearing Schedule for Crusoe's Motion for a Temporary Restraining Order and Preliminary Injunction [22].

Parties seek a separate determination on the TRO versus the Preliminary Injunction.

**ORDERED:**   **Defendant shall respond to Plaintiff's Motion for Temporary Restraining Order [9] on or before September 7, 2022.  Any reply with respect to the Motion for Temporary Restraining Order is due no later than September 14, 2022.**

The Court will review the Parties' briefing and make a determination as to whether or not oral argument on the Temporary Restraining Order would be helpful for the Court.  If that is the case, the Court will issue an order setting oral argument.  If the Court finds that oral argument would not materially assist the Court's resolution of the TRO, then the Court will decide on the papers.

Parties discuss the need for a technology tutorial.  The Court will wait on the technology tutorial at this time, and counsel are welcome to meet and confer as to whether or not a voice over PowerPoint might be helpful to orient the Court.

**ORDERED:** **Defendant's Answer/Response to the Complaint is due no later than October 5, 2022.**

Parties discuss the date of anticipated deployment of the accused products and/or services and the length of time needed for a Preliminary Injunction Hearing.

Parties discuss Plaintiff's written discovery requests [12].

**ORDERED:** **A Telephonic Hearing on Plaintiff Crusoe Energy Systems LLC's Motion for Expedited Discovery [11] is set for September 8, 2022 at 1:00 p.m. MDT in Courtroom A-502 before Judge Nina Y. Wang.  Parties shall meet and confer about Plaintiff's written discovery requests [12].  Parties shall review the Court's Practice Standard III regarding discovery dispute procedures and email a chart to Wang_Chambers@cod.uscourts.gov no later than September 7, 2022 at 9:00 a.m. MDT.  If Defendant wants to file a response to the Motion for Expedited Discovery [11], the response is due no later than September 7, 2022 at 9:00 a.m. MDT.**

Parties discuss Plaintiff Crusoe Energy Systems LLC's Motion to Restrict Access [13].

**ORDERED:** **Parties shall meet and confer and Defendant shall file a Response to the Motion to Restrict Access [13] no later than September 2, 2022 at 9:00 a.m. MDT.  Any Motion for Protective Order, stipulated or otherwise, is due no later than September 2, 2022 at 9:00 a.m.**

Court will defer setting further deadlines until the hearing on September 8, 2022.

Court in recess:  10:48 a.m.          Hearing concluded.          Total time in Court: 00:43