**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Nina Y. Wang**

Civil Action No. 22-cv-02142-NYW

CRUSOE ENERGY SYSTEMS, LLC,

    Plaintiff,

v.

ALKANE MIDSTREAM LLC,

    Defendant.

## INTERIM PROTECTIVE ORDER

Pursuant to the Parties' Joint Stipulation for Entry of an Interim Protective Order, [Doc. 24], in order to facilitate the exchange of documents in the above-referenced action, the Court finds good cause under Rule 26(c) of the Federal Rules of Civil Procedure and enters the following Interim Protective Order, which shall govern until the entry of a final Protective Order:

Under this Interim Protective Order, if any document or information produced or served in this matter is deemed in good faith to be highly confidential and competitively sensitive by the producing party, the document shall be marked "**Confidential – Outside Attorneys' Eyes Only**" by the disclosing party and disclosure of the confidential document or information shall be limited to each party's outside attorney(s) of record and the employees of such outside attorney(s). At all times reasonably possible, the disclosing party shall utilize redactions so that information that is deemed highly confidential and competitively sensitive is redacted and the remainder of the document may be made available to the non-disclosing party's client representatives and inside counsel. If a non-disclosing party disagrees with any designation, it shall notify in writing the

disclosing party of such disagreement. If the parties are unable to resolve the disagreement, the non-disclosing party may seek relief from the Court.

The entry of this Interim Protective Order shall not be construed as a substantive determination that any particular document is entitled to protection under Rule 26(c)(1)(G). In addition, a designation under this Interim Protective Order shall not be construed as restricting any document and/or information from the public record. Any party seeking to restrict any information and/or document from the public record must satisfy the applicable case law and D.C.COLO.LCivR 7.2.

DATED:  September 2, 2022

BY THE COURT:

_____
Nina Y. Wang
United States District Judge