# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# DENVER DIVISION

| | |
|---|---|
| CRUSOE ENERGY SYSTEMS LLC, § § *Plaintiff*, § § v. § § ALKANE MIDSTREAM LLC, § § § *Defendant.* § § § § | Civil Action No. 1:22-cv-2142-NYW HONORABLE JUDGE NINA Y. WANG |

**PLAINTIFF CRUSOE ENERGY SYSTEMS LLC'S SUPPLEMENT TO ITS MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

Plaintiff Crusoe Energy Systems LLC's ("Crusoe") files this Supplement to its Motion for Temporary Restraining Order and Preliminary Injunction in connection with Crusoe's Amended Complaint and Expert Declaration.

On August 22, 2022, Crusoe filed an Emergency Motion for a Temporary Restraining Order and Preliminary Injunction ("Motion"). Dkt. No. 9. At the time of filing, U.S. Pat. No. 11,437,821 ("'821 Patent") had not issued. *See generally* Ex. A. The '821 Patent issued September 6, 2022, and thereafter Crusoe filed an Amended Complaint asserting the '821 Patent. Dkt. No. 27. Crusoe hereby supplements its Motion with evidence demonstrating the likelihood of success on its claims of infringement relating to the '821 Patent. *See* Ex. P2. Dr. Hilbert's September 6, 2022 Declaration (Ex. P2) replaces the corresponding exhibit to the originally filed Motion (Dkt. No. 9-15). Dr. Hilbert's opinions as to the other asserted patents remain unchanged. The only additions to his declaration concern the newly issued '821 Patent.

Dated: September 6, 2022

Respectfully submitted,

/s/ Brett C. Govett
Brett C. Govett

NORTON ROSE FULBRIGHT US LLP

Brett C. Govett
brett.govett@nortonrosefulbright.com
Taylor Shields
taylor.shields@nortonrosefulbright.com
NORTON ROSE FULBRIGHT US LLP
2200 Ross Avenue, Suite 3600
Dallas, TX  75201-7932
Telephone:	(214) 855-8120
Facsimile:	(214) 855-8200

Stephanie DeBrow
stephanie.debrow@nortonrosefulbright.com
Daniel Shuminer
Colorado State Bar No. 53994
daniel.shumniner@nortonrosefulbright.com
NORTON ROSE FULBRIGHT US LLP
98 San Jacinto Boulevard, Suite 1100
Austin, Texas 78701
Telephone:	(512) 563-3094
Facsimile:	(512) 536-4598

*Attorneys for Plaintiff Crusoe Energy Systems LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 6, 2022 all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system. Any other counsel of record will be served in accordance with the Federal Rules of Civil Procedure.

/s/ Brett C. Govett
Brett C. Govett