**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
DENVER DIVISION**

| | |
|---|---|
| **CRUSOE ENERGY SYSTEMS LLC,** § § § | |
| *Plaintiff*, § § | |
| v.                                                          § § § | **Civil Action No. 1:22-cv-2142-NYW** |
| **ALKANE MIDSTREAM LLC,** § § § § | **HONORABLE JUDGE NINA Y. WANG** |
| *Defendant*. § § § § | |

**PLAINTIFF CRUSOE ENERGY SYSTEMS LLC'S NOTICE OF FIRST AMENDED COMPLAINT**

Plaintiff Crusoe Energy Systems LLC ("Crusoe") files this Notice of First Amended Complaint in compliance with D.C.COLO.LCivR 15.1.

On September 6, 2022, Crusoe filed its First Amended Complaint pursuant to Federal Rule of Civil Procedure 15. Dkt. No. 27. Accordingly, Crusoe hereby submits Exhibit A in conformity with D.C.COLO.LCivR 15.1(a).  *See* Ex. A.

Dated: September 6, 2022

Respectfully submitted,

 /s/  Brett C. Govett
Brett C. Govett

NORTON ROSE FULBRIGHT US LLP

Brett C. Govett
brett.govett@nortonrosefulbright.com
Taylor Shields
taylor.shields@nortonrosefulbright.com
NORTON ROSE FULBRIGHT US LLP
2200 Ross Avenue, Suite 3600
Dallas, TX  75201-7932
Telephone:     (214) 855-8120
Facsimile:      (214) 855-8200

Stephanie DeBrow
stephanie.debrow@nortonrosefulbright.com
Daniel Shuminer
Colorado State Bar No. 53994
daniel.shumniner@nortonrosefulbright.com
NORTON ROSE FULBRIGHT US LLP
98 San Jacinto Boulevard, Suite 1100
Austin, Texas 78701
Telephone:     (512) 563-3094
Facsimile:      (512) 536-4598
*Attorneys for Plaintiff Crusoe Energy Systems LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 6, 2022 all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document  via the Court's CM/ECF system.  Any other counsel of record will be served in accordance with the Federal Rules of Civil Procedure.

/s/ Brett C. Govett
Brett C. Govett