**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:22-cv-02142-NYW

CRUSOE ENERGY SYSTEMS LLC, a Delaware limited liability company,

    Plaintiff,

v.

ALKANE MIDSTREAM LLC, a Delaware limited liability company,

    Defendant.

---

**DEFENDANT ALKANE MIDSTREAM LLC'S CORPORATE DISCLOSURE STATEMENT**

---

Alkane Midstream LLC is a Delaware limited liability company with no parent corporation and no publicly held corporation owning 10% or more of its stock.

Respectfully submitted this 7th day of September, 2022.

    s/ *Ryan M. Sugden*
    Ryan M. Sugden
    STINSON LLP
    1144 Fifteenth St., Suite 2400
    Denver, Colorado 80202
    Phone: 303.376.8405
    Fax No.: 303.578.7985
    Email: ryan.sugden@stinson.com

    *Attorneys for Defendant Alkane Midstream LLC*