# Exhibit 1



(https://digitalwildcatters.com)

# EMPOWER
## Energizing Bitcoin

March 30-31st, 2022 | Houston, TX

# Agenda

## March 30th | Day 1

▸ **Registration Opens ()**

▸ **Energy 101: Getting Schooled Up On Power Generation ()**

▸ **Keynote: Crusoe ()**

▸ **From Hash to Cash: The Economics of Bitcoin Mining ()**

▸ **Why Bitcoin Changes What We Know About Energy ()**

▸ **Why Texas will be the Bitcoin Mining Capital of the World ()**

▸ **What the Hell is Bitcoin? ()**

▸ **Gov. Abbott helping to make Texas Bitcoin Country ()**

▸ **Energizing Bitcoin: On grid vs. Off grid ()**

▸ **Bitcoin Mining for Dummies ()**

▾ **How Bitcoin Mining Solves the Oil and Gas Industry's Flaring Problem ()**

**Time:** 2:00 PM

**Where:** Beatles Stage

Privacy - Terms

**Where:** Beatles Stage

**Description:**

In late 2020, Kraken Oil and Gas and Crusoe Energy announced a partnership. Crusoe Energy started with deploying 18 Digital Flare Mitigation (DFM) modules between three different Kraken sites.

Kraken's DFM projects reduced natural gas flaring by millions of cubic feet per day, significantly curtailed emissions, and provided an innovative beneficial use for otherwise flared natural gas.

In this discussion, **Max Gagliardi** (https://digitalwildcatters.com/empower-energizing-bitcoin/max-gagliardi/) will talk to **Bruce Larsen** (https://digitalwildcatters.com/empower-energizing-bitcoin/bruce-larson-2/) and **Cully Cavness** (https://digitalwildcatters.com/empower-energizing-bitcoin/cully-cavness/) about their project and how they are pioneers in solving the oil and gas industry's flaring problem.

▸ **Go big or go home: Building North America's largest Bitcoin Mining Facility ()**

▸ **Deep Dive Into Mining Pools ()**

▸ **Legitimizing Bitcoin - The Political Landscape ()**

▸ **Bitcoin Mining: Making E&Ps Wildcatters Again ()**

▸ **From the Petrodollar to the Electrodollar: America, Money and the Grid ()**

# March 31st | Day 2

▸ **Registration Opens ()**

▸ **The Rise of Renewables ()**

▸ **Oil and Gas Asset Efficiency ()**

▸ **Demand Response: How Texas Miners Are Stabilizing the Grid ()**

▸ **Premiere: Into the Lives of JAI Energy by Compass Mining ()**

▸ **Risk Mitigation: Things that Keep Miners Up at Night ()**

▸ **How Bitcoin Advances America ()**

▸ **Scaling Swiftly: Financing Strategies ()**

- **Protecting Your Investment: Efficiency | Reliability | Power Quality ()**

- **Content is King: Leveraging Social Media to Build a Brand ()**

- **Keynote: Bitmain ()**

- **Stacking Sats: HODL'ing Bitcoin on the Balance Sheet ()**

- **From Containers to Data Center ()**

- **Keep Cool & Mine On: Liquid Immersion ()**

- **Not Your Gas, Not Your Power: Land and Mineral Royalties for Bitcoin Mining ()**

- **Demystifying Bitcoin Capital Markets ()**

- **Permit to Power Flow ()**

- **Too Much Power: The Need for Decentralization ()**

- **Lifecycle of Bitcoin Mining Equipment ()**

- **Keynote: Ted Cruz, US Senator ()**

- **Tent Parties and Bitcoin Pizza ()**

*SUBJECT TO CHANGE

© COPYRIGHT DIGITAL WILDCATTERS, INC 2022, ALL RIGHTS RESERVED  | WORK WITH US (HTTPS://DIGITALWILDCATTERS.COM/WORK-WITH-US/)