# Exhibit 2

## Technical Panel

# Synergies with O&G: Bitcoin Mining and How to Monetize Stranded or Wasted Energy Assets

Monday, 29 August 2022
3:40 pm–5:20 pm

George R. Brown Convention Center, General Assembly B

## Description

Everyone has probably heard about Bitcoin at this point, but we'll set a level playing field with a brief introduction to Bitcoin, touch on "crypto," and then delve into Bitcoin mining, what miners actually do, and the environmental impacts of Bitcoin's negligible energy consumption. That's when it gets exciting as we continue to dig into Bitcoin mining's unique processes that utilize stranded and flared gas sources to problem solve some of the challenges for both industries. Hopefully, you will learn how every midstream company, oil producer, and power generator

## Contacts

### Mallory Trumbore

Tel. +1 918 497 4630
Program Content Coordinator

mtrumbore@seg.org >>

Shanon Squires
Ann Elizabeth Christensen

Mark Cole

## Panelists

Griffin Haby
Jackie Price
Justin Ballard
Cully Cavness
Jackson Bowen



REGISTER

## Stay In The Know

Receive the latest News, updates, and information from IMAGE '22.

EMAIL

FIRST NAME            LAST NAME

JOB TITLE

COMPANY

CITY                  STATE/PROV

COUNTRY

**Follow AAPG**

    

**Follow SEG**

