# Exhibit 3

**From:** Edward Woods
**Sent:** Wednesday, July 27, 2022 10:46 AM
**To:** Andrew Likens <andrew@crusoeenergy.com>; Phillip Archer <parcher@crusoeenergy.com>
**Subject:** RE: Good seeing you

Good morning Phil,

Attached is a representative makeup of residue gas that will be fueling generator sets.

Let me know if you have any questions.



| Process Streams | | Combined Residue Gas |
|---|---|---|
| **Composition** | Status: | Solved |
| Phase: **Total** | From Block: | MIX-102 |
| | To Block: | -- |
| **Mole Fraction** | | % |
| Water | | 0.00134774 |
| Carbon Dioxide | | 2.07738 |
| H2S | | 0 |
| Nitrogen | | 0.542183 |
| Methane | | 83.1196 |
| Ethane | | 9.84491 |
| Propane | | 3.67585 |
| Isobutane | | 0.205121 |
| n-Butane | | 0.454967 |
| Isopentane | | 0.0380845 |
| n-Pentane | | 0.0333399 |
| Hexane | | 0.00717874 |
| Heptane | | 6.28957E-05 |

Cheers,

Ed



**Edward (Ed) Woods**
Vice President | Alkane Midstream



**Address** 100 Washington Ave S | Suite 1530 | Minneapolis | MN | 55401
**Phone** 833-4-ALKANE | **Mobile** 701-300-3219
**Email** Woods@AlkaneNRG.com | **Website** www.AlkaneNRG.com

**From:** Andrew Likens <andrew@crusoeenergy.com>
**Sent:** Tuesday, July 26, 2022 6:31 PM
**To:** Phillip Archer <parcher@crusoeenergy.com>
**Cc:** Edward Woods <woods@alkanenrg.com>
**Subject:** Re: Good seeing you

Hey Ed,

With the numbers Phil provided, let us know what you might require from a capacity standpoint for available residue gas at 1000 BTU.

Thanks,
Andrew

On Mon, Jul 25, 2022 at 3:55 PM Phillip Archer <parcher@crusoeenergy.com> wrote:

> Ed,
>
> Per your request.
> I've attached the data sheet for our 9394 gensets.
> I've attached our 2022 runtime data with analysis in a spreadsheet for Crusoe's North Park units illustrating our 98+% runtime.
>
> As far as genset performance, we would expect to be able to generate 1500 kW utilising approximately 370 mcfd with 1000 Btu/cf fuel.
>
> Thanks
> Phil
>
> On Fri, Jul 22, 2022 at 10:35 PM Edward Woods <woods@alkanenrg.com> wrote:
>
>> Gentlemen,
>>
>> It was good to see you this afternoon and discuss the North Park project.
>>
>> To determine the opportunity to deliver gas / have you consume gas we have committed to, I would like to ask for data on the following:

2

- Uptime for existing power generation equipment
- Outages on power generation equipment, duration of outage, reasons for outage

Also, could you provide a data sheet on the power generation equipment you have so we can determine requirements on delivering gas?  Gas available for power generation will be approximately 1000 BTU/cu ft.  Once I have the data sheets, I will then be able to determine how much power will be needed.

Let me know if you have any questions.

Also, I'm attaching a bi-directional NDA so we may communicate in confidence.

Cheers,

Ed



**Edward (Ed) Woods**

Vice President | Alkane Midstream

**Address** 100 Washington Ave S | Suite 1530 | Minneapolis | MN | 55401

**Phone** 833-4-ALKANE | **Mobile** 701-300-3219

**Email** Woods@AlkaneNRG.com | **Website** www.AlkaneNRG.com

--
Andrew Likens, CPL
VP of Business Development
Crusoe Energy Systems Inc.
949-422-9339 | www.crusoeenergy.com

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.



Edward Woods
**Sent:** Wednesday, July 27, 2022 2:22 PM
**To:** Phillip Archer <parcher@crusoeenergy.com>
**Cc:** Andrew Likens <andrew@crusoeenergy.com>
**Subject:** Re: Good seeing you

Hello Phil,

Give me a call at your convenience. I am on the road.

A question. Do you have an update on the NDA?

# Regards,

# Ed Woods

VP, Business Development
Alkane Midstream
701-300-3219 m
Woods@AlkaneNRG.com

Sent from my iPhone

On Jul 27, 2022, at 2:04 PM, Phillip Archer <parcher@crusoeenergy.com> wrote:

Ed,

My schedule just opened up for this afternoon, so I can talk at 1:30pm, 2pm or most times after that. Here's an unofficial (in house) Waukesha rating for your specific gas. Fuel use equates to 347 mcfd (241 scfm) at full load.

Thanks
Phil

On Wed, Jul 27, 2022 at 9:46 AM Edward Woods <woods@alkanenrg.com> wrote:

Good morning Phil,

Attached is a representative makeup of residue gas that will be fueling generator sets.

Let me know if you have any questions.

Cheers,

Ed

**Edward (Ed) Woods**

Vice President | Alkane Midstream

**Address** 100 Washington Ave S | Suite 1530 | Minneapolis | MN | 55401

**Phone** 833-4-ALKANE | **Mobile** 701-300-3219

**Email** Woods@AlkaneNRG.com | **Website** www.AlkaneNRG.com

**From:** Andrew Likens <andrew@crusoeenergy.com>
**Sent:** Tuesday, July 26, 2022 6:31 PM
**To:** Phillip Archer <parcher@crusoeenergy.com>
**Cc:** Edward Woods <woods@alkanenrg.com>
**Subject:** Re: Good seeing you

Hey Ed,

With the numbers Phil provided, let us know what you might require from a capacity standpoint for available residue gas at 1000 BTU.

Thanks,

Andrew

On Mon, Jul 25, 2022 at 3:55 PM Phillip Archer <parcher@crusoeenergy.com> wrote:

> Ed,
>
> Per your request.
>
> I've attached the data sheet for our 9394 gensets.
>
> I've attached our 2022 runtime data with analysis in a spreadsheet for Crusoe's North Park units illustrating our 98+% runtime.
>
> As far as genset performance, we would expect to be able to generate 1500 kW utilising approximately 370 mcfd with 1000 Btu/cf fuel.
>
> Thanks
>
> Phil

3

On Fri, Jul 22, 2022 at 10:35 PM Edward Woods <woods@alkanenrg.com> wrote:

Gentlemen,

It was good to see you this afternoon and discuss the North Park project.

To determine the opportunity to deliver gas / have you consume gas we have committed to, I would like to ask for data on the following:

- Uptime for existing power generation equipment
- Outages on power generation equipment, duration of outage, reasons for outage

Also, could you provide a data sheet on the power generation equipment you have so we can determine requirements on delivering gas?  Gas available for power generation will be approximately 1000 BTU/cu ft.  Once I have the data sheets, I will then be able to determine how much power will be needed.

Let me know if you have any questions.

Also, I'm attaching a bi-directional NDA so we may communicate in confidence.

Cheers,

Ed

**Edward (Ed) Woods**

Vice President | Alkane Midstream

4

**Address** 100 Washington Ave S | Suite 1530 | Minneapolis | MN | 55401

**Phone** 833-4-ALKANE | **Mobile** 701-300-3219

**Email** Woods@AlkaneNRG.com | **Website** www.AlkaneNRG.com

--

Andrew Likens, CPL

VP of Business Development

Crusoe Energy Systems Inc.

949-422-9339 | www.crusoeenergy.com

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.



**From:** Edward Woods
**Sent:** Tuesday, August 2, 2022 8:45 PM
**To:** Phillip Archer <parcher@crusoeenergy.com>
**Subject:** Re: Surprise 4 pad extension with 3 Crusoe modules

Phil,

Thank you.

# Regards,

# Ed Woods
VP, Business Development
Alkane Midstream
701-300-3219 m
Woods@AlkaneNRG.com

Sent from my iPhone

> On Aug 2, 2022, at 3:53 PM, Phillip Archer <parcher@crusoeenergy.com> wrote:
>
> Ed,

1

I've attached the old Surprise 4 pad southern extension PDF that we were previously working from. I've shown 3 Crusoe modules which would consume nominally 1000 mcfd.

Let me know where you would like them placed. The modules are 75' wide x 125' long each. Ideally we would place them side by side for a 225' wide x 125' long total dimension with the 125' dimension oriented in the direction of the prevailing wind, due to blowing snow in this area.

The red X's represent the two possible common fuel and drain line connection points. We can work with the fuel and drain connections being on either side of our equipment (either X).

Thanks
Phil


**Phillip Archer, PE**
Director of Project Engineering | Crusoe Energy
(303) 819-2059 | **parcher@crusoeenergy.com**



**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

2



**From:** Edward Woods
**Sent:** Friday, August 5, 2022 1:10 PM
**To:** parcher@crusoeenergy.com; Andrew Likens <andrew@crusoeenergy.com>
**Subject:** NDA - Status

Good afternoon Gentlemen,

A quick note to check status on the NDA.

Please advise.

Cheers,

Ed



**Edward (Ed) Woods**
Vice President | Alkane Midstream



**Address** 100 Washington Ave S | Suite 1530 | Minneapolis | MN | 55401
**Phone** 833-4-ALKANE | **Mobile** 701-300-3219
**Email** Woods@AlkaneNRG.com | **Website** www.AlkaneNRG.com

1