Exhibit 9



Register Now!

# Engineered for Success

Flare Mining decentralizes the access to energy resources with a vanguard energy efficient design. It solves an enormous environmental problem with a high profitability business.



### Compact Modular Design

A modular design means simplified planning and engineering making possible the right size design for every case. It features quick deploy times and quick scalability even with uncertain growth plans.



### Solving a Big Industry Problem

Our technology empowers oil companies, by turning unprofitable associated natural gas into a profitable business. This is really the cheapest and greenest energy source available.



### Remote Connectivity

Internet connection is ensured with breakthrough and widely available satellite Internet. Together with 4G redundant connection, this guarantees our FlarePod's connectivity is always available even in offshore facilities.



### Up to 24hr uptime

It generates power from raw natural gas with high efficiency. Unlike solar powered mining, flare mining can ensure up to 24 hr continuous, cheap energy production.

# Decentralizing Energy Production



149 billion cubic meters of natural gas are flared annually worldwide. It's being extracted way beyond the needs of gas reinjection, and even beyond the needs of energy consumption in the production well and surrounding areas. Altogether, is enough to produce 750 TWh of Energy, otherwise wasted because of insufficient electricity or gas distribution networks.

Cryptocurrency Mining is completely geographically independent. It doesn't matter where you are if you are mining. This is the perfect match for the ubiquitous inconvenience of flaring and venting which affects the oil & gas industry.

# Fixing Blockchain & Energy Industry Problems

## Mining Disruption

A portable mining unit allows us to choose the location of the mining systems based entirely on the local cost of electricity. It is all about doing arbitrage. Mining itself is looking for the cheapest sources of energy.

Decreasing local energy availability and escalating government bans for miners increase the risks for mining.

There is no other cheaper energy than already existing flare gas, and our technology allows us to provide clean methane utilization without capital-intensive gas clean-up.

## Solving state regulation compliance

Oil extraction licenses include requirements for associated gas utilization. Site-specific fines for flaring are getting higher. Monitoring and metering of flared volumes are used to enforce these requirements.

Mandatory technical guidelines are being issued in virtually every country for the maximization on the use of Associated Petroleum Gas.

The strict compliance scenario seriously threatens oil producers with fines and even license cancellations. This is the perfect incentive for massive oil companies to use our technology and join the crypto business.

# Massive Environmental Impact

*"If you see a smoking flare that's not complete combustion. If it's not completed, you get a smorgasbord of chemicals."*

Regulators fail to distinguish between flaring and venting in their public production databases, making it impossible to know precisely how bad the impacts of the pollution might be. Due to poor enforcement, sometimes the gas is simply released unburned directly into the atmosphere. Given the very high global warming potential of methane, this practice has a huge impact on climate change.

We are turning wasteful combustion into an efficient and completely combusted source of energy that gets transformed into a store of value.

Get Access to the Whitepape

# Everyone on board

Flare Mining decentralizes the access to energy resources with a vanguard energy efficient design. It tackles an enormous environmental problem with a high profitability business.



Big oil companies



Regulatory Agencies


Crypto Investors


Environmentalists

Oil & Gas companies are investing hundreds of millions of dollars annually in their efforts to reduce gas flaring. It's the perfect opportunity to quickly deploy our innovative solution. North Dakota drillers, or Gulf of Mexico offshore producers are losing over $100 million a month by flaring natural gas instead of recovering it.

The interest from government agencies is a great boost for scaling Flare Mining. Regulators are faced with overwhelming challenges as exploration and development of new gas supply sources from the inland and offshore basins needs to be actively encouraged. Government's vision for the sector will continue to be the protection of the environment.

Investors can feel comfortable when investing in a project developed by knowledgeable oil & gas experts, with several cryptocurrency projects since 2014. Also, we are launching an ICO completely backed by hardware, where token holders are the 100% beneficiary of the earnings of proprietary operations. Under this model, token holders will be entitled to dividends derived from the profits of the company.

For years the gas industry has advertised "clean, reliable natural gas" as a boon for the environment and a viable alternative to coal when it comes to reducing greenhouse gases from the generation of electricity. Recent studies show that flaring and venting undermine these benefits. Methane escaping throughout the natural gas life cycle, which includes storage and transportation is now possible to recover, independently of gas distribution networks.

## The Flarepod®

Portable mining facilities are groundbreaking because we take advantage of virtually free remotely located energy sources. The FlarePod® proprietary solution takes advantage of state of the art mining hardware and high-efficiency energy generation for onshore and offshore mining.

## Become an Early Investor

Register now to participate in the early investor rounds we are offering, which starts in May.

# Register Now to become an Early Investor and get all the Pre-ICO Benefits!

## Sign up!

**Email**

[                    ]

Register

Contact us to get early access to our **Whitepaper**, or to get an early quote on our **Flarepod®** Units.

We will be soon announcing the **ICO Proposal** to invest in the Flare Mining Token. To be the first to find out how, please email us now.

Email Us

## Follow Us

– BitcoinTalk
– Facebook
– Twitter
– Instagram
– Medium
– LinkedIn

© 2018 Flaremining. All Rights Reserved.