# Exhibit 10

 _(/) 



(https://servedbyadbutler.com/redirect.spark?MID=171207&plid=1781361&setID=370990&channelID=0&CID=652777&banID=520660084&PID=0&textadID midstream-sees-path-10-million-earnings-%2F&hc=cc1fb0de60b6869378a99c354d3e6389cdb920be&location=)

**Digital Oilfield (/section/digital-oilfield/)**   **Markets & Investment (/section/markets-investments/)**   **Oil & Gas (/section/oil-gas/)**

# Tidewater Midstream sees a path to $10 million in earnings from crypto mining

By **JWN staff (/author/jwn-staff/)**   Thursday, March 22, 2018, 3:44 PM MDT

Tidewater Midstream expects to generate approximately $1 million over the next 30 days with zero capital investment by getting in on crypto mining.

The company, which operates in natural gas liquids processing and transportation, said on Thursday that it has seen significant demand for low cost power and is responding by contracting tolls for small scale industrial power supply related to computer processing.



(https://servedbyad MID=171207&plid= midstream-sees- path-10-million-

Subject to significant future contingencies, the company said it may grow this opportunity to $5 million to $10 million of annualized earnings over the next 12 to 18 months without investing capital. It will also consider future equity ownership "given significant upside potential."

"We view Tidewater trying to provide creative solutions to natural gas producers by connecting them with crypto mining operations positively," analysts with GMP FirstEnergy wrote in a research note.

"However, investors may be hesitant on Tidewater Midstream taking equity stakes in crypto mining operations given it is outside of its core operations, and that most investors will be focused on Tidewater Midstream due to it being a growth oriented pipeline and processing company."

Indeed, on Thursday Tidewater also announced new definitive agreements with TransAlta, Kelt Exploration and "an investment grade counterparty" for NGL processing.

earnings-%2F&hc=a4930885

## ADVOCACY & OPINION (/SECTION/ADVOCACY-OPINION/)

**World Petroleum 'Pivot' Congress? (/article/2022/7/4/world-petroleum-pivot-congress/)**

You've heard of the WPC: the World Petroleum Congress? What about its counterpart, the WPPC — the World Petroleum "Pivot"…

## U.S. & INTERNATIONAL (/SECTION/US-INTERNATIONAL/)

**Repsol sells $3.4 billion stake in shift from fossil fuels (/article/2022/9/7/repsol-sells-34-billion-stake-in-shift-from-fossil/)**

Spanish oil and gas giant Repsol

gas giant Repsol SA is selling a quarter of its exploration and production division for $3.4 billion…

# RENEWABLES (/SECTION/REN

## G-20 countries reach Bali Compact to ramp up renewable energy (/article/2022/9/2/g-20-countries-reach-bali-compact-to-ramp-up-renew/)

Energy ministers of the world's largest economies agreed on the Bali Compact to quicken the energy transition, while geopolitical rifts…

# SPECIAL REPORT



(https://www2.evaluat

energy-upstream-MA-deals-Q22022-22billion)

**Infographic: Upstream M&A Q2 2022 (https://www2.e energy-upstream-MA-deals-Q22022-22billion)**



(https://servedbyad MID=171207&pJid= midstream-sees-path-10-million-

earnings-%2F&hc=b656f120



(https://servedbyadbutler.com/redirect.spark?MID=171207&plid=1844805&setID=371826&channelID=9185&CID=679008&banID=520728325&PID=0&t midstream-sees-path-10-million-earnings-%2F&hc=ba8a40b5d854ab6401a2a6768a1e79949510c5b9&location=)

## RELATED ARTICLES



**Hut 8 cuts power deal with Medicine**



**Oil fluctuates as Russia threatens**



**OPEC+ agrees to modest increase**



**Oil's OPEC+ rally ends with China**



**The value proposition of**



**Oil's rough week ends with demand**



(/)
About us
(https://www.geologic.com/geologic-

**OTHER WEBSITES IN OUR NETWORK**

geoLOGIC systems ltd.
(https://www.geologic.com/)

Rig Locator
(https://www.riglocator.ca/)

POST Report
(https://www.postreport.ca/)

Evaluate Energy
(https://www.evaluateenergy.com)

acquires-jwn/)

Contact us (/contact/)

Advertise (https://www.jwnenergy.com/advertise/)

Daily Oil Bulletin (https://www.dailyoilbulletin.com/)

Canoils (https://www.canoils.com/)

f (https://www.facebook.com/JuneWarren-Nickles-Energy-Group-92980312678)

(https://twitter.com/jwnenergy)

in (https://www.linkedin.com/company/jwn)

© JWN Media, a geoLOGIC company. All rights reserved.

Terms & Policies (/policies)