# Exhibit 11

HOME   MAIL   NEWS   FINANCE   SPORTS   ENTERTAINMENT   LIFE   SEARCH   SHOPPING   YAHOO PLUS   MORE...

yahoo/finance   Search for news, symbols or companies   Sign in   Mail

Finance   Watchlists   My Portfolio   Cryptocurrencies   Yahoo Finance Plus   Screeners   Markets   News   Personal Finance



U.S. markets closed

S&P 500  3,979.87  +71.58 (+1.83%)
Dow 30  31,581.28  +435.98 (+1.40%)
Nasdaq  11,791.90  +246.99 (+2.14%)
Russell 2000  1,832.00  +39.68 (+2.21%)
Crude Oil  81.91  -0.03 (-0.04%)

ACCESSWIRE




# Puissant Industries Inc. (OTC Pink: PSSS) Announces Expansion of its Energy Operations

January 30, 2018

**Preparations Have Progressed for Cryptocurrency Mining Farm Operations**

**LONDON, KY / ACCESSWIRE / January 30, 2018 /** Puissant Industries, Inc. (OTC PINK: PSSS) ("Puissant") (Corporate Website: psss.co), a publicly traded energy rich company that uses its resources to develop or acquire high growth companies in industries where maximum profitability can be generated, announces that it has added five new wells and 4 miles of pipeline to its operations. The added wells bring Puissant's total wells to 41 producing wells and expand its production and potential revenue for its oil and gas operations.

The Company is pleased to also announce that its wholly-owned subsidiary, American Crypto Mining, Inc., has



Quote Lookup

**Recently Viewed** >

| Symbol | Last Price | Change | % Change |
|---|---|---|---|
| BTC-USD  Bitcoin USD | 19,380.46 | +396.58 | +2.09% |

**TRENDING**

1. Apple's iPhone 14: Why some people shouldn't bother to upgrade now

2. Gilead's Trodelvy extends breast cancer survival by 3.2 months -study

HOME   MAIL   NEWS   FINANCE   SPORTS   ENTERTAINMENT   LIFE   SEARCH   SHOPPING   YAHOO PLUS   MORE...

Sign in   Mail

Finance   Watchlists   My Portfolio   Cryptocurrencies   Yahoo Finance Plus   Screeners   Markets   News   Personal Finance

- Completing the electrical components in the Farm.

- 35% of the Miners (Cryptocurrency Mining computers) are in inventory and more Miners have been ordered.

- We anticipate mining on a limited basis by March 2018

Mark Holbrook commented, "We are pleased to expand our oil and gas operations and the progress we have made with Cryptocurrency Mining. We look forward to our first Farm becoming fully operational and fulfilling our plans to reinvest our Farm revenue in additional Farms."

**About Puissant Industries, Inc.**

Puissant Industries is a multifaceted energy company that utilizes energy produced from a variety of energy sources to generate the maximum profitability of its assets. The Company seeks to expand into selective fast growing industries where the benefits of its multiple energy resources can make a significant impact on short and long term growth. This includes American Crypto and other industries under evaluation.

**About American Crypto Mining, Inc.**

American Crypto Mining, Inc. (a Kentucky corporation) is Puissant Industries' wholly owned subsidiary. Currently constructing and equipping its first Cryptocurrency Mining Farm, American Crypto plans to pursue the construction and operation of multiple farms through revenue reinvestment and excess electrical capacity.

**Contact:**

James Painter, Emerging Markets Consulting LLC

(407) 340-0226

**Disclaimer:**

This press release contains forward-looking statements. The words or phrases "would be," "will allow," "intends to," "will likely result," "are expected to," "will continue," "is

HOME   MAIL   NEWS   FINANCE   SPORTS   ENTERTAINMENT   LIFE   SEARCH   SHOPPING   YAHOO PLUS   MORE...

yahoo/finance

Sign in   Mail

Finance   Watchlists   My Portfolio   Cryptocurrencies   Yahoo Finance Plus   Screeners   Markets   News   Personal Finance

above. Cryptocurrency is subject to numerous risks, including price volatility. The information contained in this press release should not be construed as an indication in any way whatsoever of the future value of the Company's common stock, future revenues or our present or future financial condition. Statements made herein are as of the date of this press release and should not be relied upon as of any subsequent date. The Company cautions readers not to place reliance on such statements. Unless otherwise required by applicable law, we do not undertake, and we specifically disclaim any obligation, to update any forward-looking statements to reflect occurrences, developments, unanticipated events or circumstances after the date of such statement.

**SOURCE:** Puissant Industries, Inc.

AD

Diagnosed with Non-Hodgkin's Lymphoma or CLL?

Select Justice

READ MORE



---

### RECOMMENDED STORIES

**MoneyWise**

**'Get out of these distorted markets': Mohamed El-Erian just issued a dire warning to stock and bond investors — but also offered 1 shockproof asset for safety**

Is this the ultimate safe haven?

HOME          MAIL          NEWS          FINANCE          SPORTS          ENTERTAINMENT          LIFE          SEARCH          SHOPPING          YAHOO PLUS          MORE...

Yahoo/finance                    Search for news, symbols or companies                                    Sign in          Mail

Finance    Watchlists    My Portfolio    Cryptocurrencies    Yahoo Finance Plus    Screeners    Markets    News    Personal Finance


$799...
Apple on Wednesday debuted its new...
4h ago


Ad • Guardio
**Remove Malware Hiding on Your Computer**
Most Edge users don't know this one security tip. Run a Free Scan (Do it Now)


Motley Fool
**Cathie Wood Goes Bargain Hunting: 3 Stocks She Just Bought**
Cathie Wood is finding it hard to catch 2020 in a bottle again. The growth investor who became a market icon as the co-founder and CEO of the popular Ark Invest exchange-...
8h ago


Zacks
**Verizon (VZ) Hikes Dividend on Solid Balance Sheet Strength**
A steady dividend payout with periodic increase is part of Verizon's (VZ) long-term strategy to provide attractive risk-adjusted returns to its stockholders.
8h ago


Yahoo Finance
**Apple debuts $799 Apple Watch Ultra to take on Garmin**
Apple (AAPL) debuted its new Apple Watch Ultra at its Far Out event on Sept. 7. Available beginning on Sept. 23, the Apple Watch Pro starts at $799.
4h ago


Ad • SmartAsset
**The Worst Way to Withdraw From Retirement Accounts**
Have you considered how you'll withdraw your retirement income? These simple mistakes could cost you thousands of dollars.

Zacks
**Bet on These 3 Hot Tech Stocks Instead of NVIDIA (NVDA)**
We pick three technology stocks that are better buys than NVIDIA (NVDA), given its gloomy near-term prospects amid declining demand for gaming chips, supply-chain issues and...
9h ago

Yahoo Finance Video
**Markets rally in first week of September, crude oil prices dip**
Yahoo Finance's Seana Smith breaks down how markets and commodities are trading early on in the historically volatile

HOME   MAIL   NEWS   FINANCE   SPORTS   ENTERTAINMENT   LIFE   SEARCH   SHOPPING   YAHOO PLUS   MORE...

yahoo/finance    Search for news, symbols or companies    Sign in    Mail

Finance   Watchlists   My Portfolio   Cryptocurrencies   Yahoo Finance Plus   Screeners   Markets   News   Personal Finance


Clean energy stocks are rising today, and som...
2h ago


Ad • veomive
**Tiger Woods Faces A Greater Challenge**
Tiger Woods is an American professional golfer. Now He faces a greater challenge


Investor's Business Daily
**Apple's New iPhone Gets The Worst Reception Since iPhone 6S**
Apple is the most important stock in the S&P 500 — and the iPhone is its key product. So investors should pay attention to a new release.
10h ago


Yahoo Finance Video
**Apple unveils the new iPhone 14 and Apple Watch Series 8**
Yahoo Finance's Allie Garfinkle breaks down Apple's new product lineup announced at its annual event.
3h ago

Bloomberg
**Oil Boom Falls Flat in Region With a Fifth of World's Reserves**
(Bloomberg) -- From Saudi Arabia to West Texas, drillers are pumping more oil to cash in on a scorching price rally. But a region that's home to a fifth of the world's crude reserves i...
5h ago


Ad • Fisher Investments
**7 Ways to Retire Comfortably With $500k**
How long will your portfolio last in retirement? For those with a $500k portfolio, get this guide and ongoing insights.


SmartAsset
**This Is How Much Money Schwab Says You Need to Retire**
A thousand workers told Schwab that they need an average of $1.7 million in savings to pay for retirement. But inflation, monthly expenses, stock market volatility and other...
9h ago

Fortune
**Famed investor Mark Mobius says in dire warning, 'It's going to get worse from here' for stocks—and Michael Burry of 'The Big Short' agrees**
"I still think it's going to get worse," Mobius said. "No, we

HOME   MAIL   NEWS   FINANCE   SPORTS   ENTERTAINMENT   LIFE   SEARCH   SHOPPING   YAHOO PLUS   MORE...



Sign in   Mail

Finance   Watchlists   My Portfolio   Cryptocurrencies   Yahoo Finance Plus   Screeners   Markets   News   Personal Finance

Oil prices have tumbled back to levels last seen...

8h ago



Ad • Ask Solar

**Kansas City: Do This Before Buying Expensive Solar**

Thinking about going solar? Don't do anything until you read this first. Massive savings available if you live in any of these zip codes.



**CNW Group**

**Great Panther Mining Provides Corporate Update**

Great Panther Mining Limited (TSX: GPR) (NYSE-A: GPL) ("Great Panther" or the "Company"), reports a corporate update following the announcement on September 6, 2022,...

11h ago



**Yahoo Finance Video**

**Elon Musk allowed to amend Twitter countersuit but not delay trial**

Yahoo Finance's Alexis Keenan joins the Live show to discuss the outcome from Tuesday's hearing on the Musk-Twitter case.

7h ago



**Yahoo Finance Video**

**UiPath stock plunges on outlook, Coupa stock pops on earnings**

Yahoo Finance Live anchors discuss quarterly earnings for UiPath and Coupa.

7h ago



Ad • The Wallet Watcher

**9 Discounts Seniors Get Only If They Ask**

Born Before 1965? Remember To Claim This

**The Telegraph**

**iPhone 14 release live: Apple hikes prices by £150 for UK customers**

New iPhone 14 Pro is £150 more expensive than the iPhone 13 Pro on launch Satellite connectivity for iPhone with emergency SOS text feature Apple reveals four...

2h ago

**MarketWatch**

**If there's one U.S. company that Americans should root for, it's Intel**

A few months ago, I started buying stock in Intel, betting that the company would become a monopoly chip

HOME MAIL NEWS FINANCE SPORTS ENTERTAINMENT LIFE SEARCH SHOPPING YAHOO PLUS MORE...

yahoo/finance

Search for news, symbols or companies

Sign in    Mail

Finance   Watchlists   My Portfolio   Cryptocurrencies   Yahoo Finance Plus   Screeners   Markets   News   Personal Finance

Unfortunately for some shareholders, th...
12h ago