IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:22-cv-02142-NYW

CRUSOE ENERGY SYSTEMS LLC, a Delaware limited liability company,

    Plaintiff,

v.

ALKANE MIDSTREAM LLC, a Delaware limited liability company,

    Defendant.

## DECLARATION OF RYAN SUGDEN

I, Ryan Sugden, declare as follows:

1. I am an attorney with the law firm of Stinson, LLP, counsel for Alkane Midstream LLC. I am admitted to practice in the District of Colorado.

2. This declaration relates to certain supporting documents referred to in Alkane's Opposition to Plaintiff Crusoe Energy Systems LLC's Motion for a Temporary Restraining Order, which were attached to the Opposition.

3. Attached as **Exhibit 4** to the Opposition is a true and correct copy of U.S. Pat. App. Pub. No. 2020/0051184.

4. Attached as **Exhibit 5** to the Opposition is a true and correct copy of an article titled "Natural gas venting: How Bitcoin solved a 160 year old problem," published June 16, 2019 in which Upstream Data introduced the Ohmm Combo mining datacenter in 2017, available at https://blog.upstreamdata.ca/natural-gas-venting-how-bitcoin-solved-a-160-year-old-problem/.

5. Attached as **Exhibit 6** to the Opposition is a true and correct copy of an article titled "Cryptocurrency Mining Operation Launched by Oil and Gas Producer Iron Bridge Resources," published January 22, 2018, which introduces the Iron Chain Technology Corp.'s pilot cryptocurrency mining and hosting plant, available at https://www.globenewswire.com/news-release/2018/01/22/1298376/0/en/Cryptocurrency-Mining-Operation-Launched-by-Oil-and-Gas-Producer-Iron-Bridge-Resources.html.

6. Attached as **Exhibit 7** to the Opposition is a true and correct copy of June 6, 2018 meeting minutes from the Three Affiliated Tribes Tribal Business Council, NRC – Oil & Gas Committee, during which the conversion of flare gas to mine Bitcoin and other cryptocurrencies was discussed, available at https://static1.squarespace.com/static/5a5fab0832601e33d9f68fde/t/5daf5065ec8b0c18a5011c57/1571770471035/2018-06-06+NRC+O%26G+Minutes+Without+Closed+Session+Certified.pdf.

7. Attached as **Exhibit 8** to the Opposition is a true and correct copy of an article titled "Texas' natural gas problem could be a boon for bitcoin," published October 8, 2018, discussing using natural gas flares to mine bitcoin in Texas, available at https://cryptoinsider.media/texas-natural-gas-problem-bitcoin/.

8. Attached as **Exhibit 9** to the Opposition is a true and correct copy of an informational webpage about The Flarepod®, described as a "proprietary solution" that "takes advantage of state of the art mining hardware and high-efficiency energy generation for onshore and offshore mining, which utilizes flare gas as the energy source, published August 6, 2018, available at https://web.archive.org/web/20180806225918/http://flaremining.com/.

9. Attached as **Exhibit 10** to the Opposition is a true and correct copy of an article titled "Tidewater Midstream sees a path to $10 million in earnings from crypto mining," published March 22, 2018, available at https://www.jwnenergy.com/article/2018/3/22/tidewater-midstream-sees-path-10-million-earnings-/#:~:text=Investment%20Oil%20%26%20Gas-,%E2%80%8BTidewater%20Midstream%20sees%20a%20path%20to,in%20earnings%20from%20crypto%20mining&text=Tidewater%20Midstream%20expects%20to%20generate,getting%20in%20on%20crypto%20mining.

10. Attached as **Exhibit 11** to the Opposition is a true and correct copy of an article titled "Puissant Industries Inc. (OTC Pink: PSSS) Announces Expansion of its Energy Operations," published January 30, 2018, available at https://finance.yahoo.com/news/puissant-industries-inc-otc-pink-120100781.html?guccounter=1.

11. Attached as **Exhibit 12** to the Opposition is a true and correct copy of an article titled "Texas Oil Producers Could Channel Excess Gas into Bitcoin Mining Operations," in which a Bernstein team of analysts discusses flaring natural gas at the Permain Basin in Texas to power Bitcoin and other cryptocurrency mining operations, published April 21, 2018, available at https://crypto.news/texas-oil-producers-could-channel-excess-gas-into-bitcoin-mining-operations/#:~:text=A%20handful%20of%20forward-thinking%20Wall%20Street%20analysts%20have,and%20other%20cryptocurrencies.%20Gas%20Flaring%20to%20Bitcoin%20Mining.

12. Attached as **Exhibit 13** Opposition is a true and correct copy of an article titled "When and How to Design Parallel Generators," providing insights into designing parallel generators to "ensure that generators and the building electrical systems that they support are

appropriate for the specific application," published June 21, 2018 at https://www.csemag.com/articles/when-and-how-to-design-parallel-generators.

I declare under penalty of perjury that the foregoing is true and correct to the best of my information and knowledge.

Executed on September 7, 2022.

s/ *Ryan M. Sugden*
Ryan M. Sugden
STINSON LLP
1144 Fifteenth St., Suite 2400
Denver, Colorado 80202
Phone:  303.376.8405
Fax No.: 303.578.7985
Email: ryan.sugden@stinson.com

*Attorneys for Defendant Alkane Midstream LLC*
