**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:22-cv-02142-NYW

CRUSOE ENERGY SYSTEMS LLC, a Delaware limited liability company,

    Plaintiff,

v.

ALKANE MIDSTREAM LLC, a Delaware limited liability company,

    Defendants.

---

**NOTICE OF ENTRY OF APPEARANCE OF JOHN R. SCHROEDER**

John R. Schroeder, of the law firm Stinson LLP, as a member in good standing of the bar of this Court, hereby enters his appearance on behalf of Alkane Midstream LLC ("Alkane") in the above-captioned action. Notwithstanding this entry of appearance, Alkane expressly reserves and does not waive any and all claims and defenses available to it.

Respectfully submitted this 12th day of September, 2022.

    */s/ John R. Schroeder*
    John R. Schroeder
    STINSON LLP
    7700 Forsyth Boulevard, Suite 1100
    St. Louis, Missouri 63105
    Phone: 314-345-7023
    Fax No.: 314-863-9388
    Email: john.schroeder@stinson.com

    *Attorneys for Defendant Alkane Midstream LLC*

CORE/3517695.0017/176831825.1