IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE NINA Y. WANG**

| | | |
|---|---|---|
| Civil Action: | 22-cv-02142-NYW | Date: September 8, 2022 |
| Courtroom Deputy: | Leigh Roberson | Court Reporter: Darlene Martinez |

| Parties | Attorney(s) |
|---|---|
| CRUSOE ENERGY SYSTEMS, LLC,<br><br>Plaintiff, | *Daniel Shuminer*<br>*Stephanie DeBrow*<br>*Brett Govett* |
| v. | |
| ALKANE MIDSTREAM LLC,<br><br>Defendant. | *Ryan Sugden*<br>*John Schroeder* |

**COURTROOM MINUTES/MINUTE ORDER**

**TELEPHONIC DISCOVERY HEARING**

Court in session: 1:05 p.m.

Appearances of counsel. Also present on the line are Jamey Seeley and Kyle Zeller, client representatives for the plaintiff.

Parties discuss Plaintiff's written discovery requests [12] and the issues outlined in the written discovery dispute chart submitted directly to Chambers.

The Court raises Plaintiff's Motion for Leave to Restrict [13] for argument.

**ORDERED:** **Plaintiff's Motion for Leave to Restrict [13] is granted in part and denied in part as stated on the record. Restricted Document [8] shall be produced to defendant. Restricted Documents [12], [12-1], [12-2], [12-3], and [8-2] shall be unrestricted. Counsel for both sides shall meet and confer regarding proposed redactions to Restricted Documents [8], [8-1], and [10]. No later than close of business Friday, September 9, 2022, Plaintiff shall file proposed redacted versions of those documents with proper reference to the original docket entry numbers.**

The Court raises Plaintiff's Motion to Expedite Discovery [11] for argument.

**ORDERED:** **Plaintiff Crusoe Energy Systems LLC's Motion for Expedited Discovery [11] is granted in part and denied in part consistent with the rulings on the record today and the Court's instructions to the parties with respect to all disputed issues except for the issue of fact witnesses. The Court will review the declarations submitted and issue a separate minute order addressing the availability of a fact witness deposition in addition to any 30(b)(6) deposition and tailored by the topics discussed today.**

**ORDERED:** **Counsel shall initiate a joint call to chambers to obtain dates for a two-day preliminary injunction hearing. Once the dates have been selected, the parties shall file a written stipulation to set relevant deadlines. Should the parties be unable to reach an agreement on deadlines, they should so indicate, and the Court will take the matter up at that time.**

Court in recess: 2:47 p.m.        Hearing concluded.        Total time in Court: 1:42