**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**DENVER DIVISION**

| | |
|---|---|
| CRUSOE ENERGY SYSTEMS LLC, § | |
| § | |
| Plaintiff, § | |
| § | Civil Action No. 1:22-CV-2142 |
| v. § | Jury Trial Demanded |
| § | |
| ALKANE MIDSTREAM LLC, § | |
| § | |
| Defendant. § | |

**JOINT STIPULATION FOR EXTENSION OF TIME TO RESPOND**

Plaintiff Crusoe Energy Systems LLC intends to file a Motion for Leave to File a Second Amended Complaint. The parties had an initial meet and conferred regarding the Motion on October 4, 2022. To allow Defendant Alkane Midstream LLC adequate time to consider its position on the Motion, the parties hereby jointly stipulate that the deadline for Defendant to respond to Crusoe's First Amended Complaint is extended from October 5, 2022 to October 7, 2022.

1

Dated: October 5, 2022

| | |
|---|---|
| STINSON LLP | NORTON ROSE FULBRIGHT US LLP |
| /s/ Ryan M. Sugden<br>Ryan M. Sugden<br>STINSON LLP<br>1144 Fifteenth Street, Suite 2400<br>Denver, CO 80202<br>ryan.sugden@stinson.com<br>Telephone: (303) 376-8405<br><br>*Attorneys for Defendant Alkane Midstream LLC* | /s/ Brett C. Govett<br>Brett C. Govett<br>   brett.govett@nortonrosefulbright.com<br>Taylor Shields<br>taylor.shields@nortonrosefulbright.com<br>NORTON ROSE FULBRIGHT US LLP<br>2200 Ross Avenue, Suite 3600<br>Dallas, TX  75201-7932<br>Telephone:    (214) 855-8120<br>Facsimile:      (214) 855-8200<br><br>Stephanie DeBrow<br>stephanie.debrow@nortonrosefulbright.com<br>Daniel Shuminer<br>Colorado State Bar No. 53994<br>daniel.shuminer@nortonrosefulbright.com<br>NORTON ROSE FULBRIGHT US LLP<br>98 San Jacinto Boulevard, Suite 1100<br>Austin, Texas 78701<br>Telephone:    (512) 563-3094<br>Facsimile:      (512) 536-4598<br><br>*Attorneys for Plaintiff Crusoe Energy Systems LLC* |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 5, 2022 all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.  Any other counsel of record will be served in accordance with the Federal Rules of Civil Procedure.

/s/ Brett C. Govett<br>
Brett C. Govett
