### Claim 1 of U.S. Patent No. 10,862,307:

1. A flare mitigation system comprising:

**an electrical power generation system** comprising:

**one or more power generation modules, each adapted to**: receive a fuel gas stream comprising a fuel gas associated with a heat value of at least about 1,000 Btu/scf; and **consume the fuel gas stream to generate a high-voltage electrical output** associated with a first voltage; and

**a parallel panel** in electrical communication with each of the power generation modules, the parallel panel **adapted to**:

receive the high-voltage electrical output from each of the power generation modules; and combine and synchronize said high-voltage electrical outputs into a combined high-voltage electrical output; and an electrical transformation module in electrical communication with the parallel panel, **the electrical transformation module adapted to**: receive the combined high-voltage electrical output; and transform the combined high-voltage electrical output into a low-voltage electrical output associated with a second voltage that is lower than the first voltage; and

**a distributed computing system powered by the electrical power generation system**, the distributed computing system comprising:

a communications system comprising one or more data satellite antennas, the **communications system adapted to** provide a network; and a first mobile data center comprising: an enclosure defining an interior space; a plurality of distributed computing units located within the interior space of the enclosure, each of the plurality of distributed computing units in communication with the network; and a power system located at least partially within the interior space of the enclosure, **the power system in electrical communication** with the electrical transformation module and the plurality of distributed computing units **such that** the power system **receives the low-voltage electrical output and powers each of the plurality of distributed computing units**.

'307 Patent, 28:1-49 (emphasis added).

CORE/3517695.0017/177462889.1

### Claim 1 of U.S. Patent No. 10,862,309:

A flare mitigation system comprising:

**an electrical power generation system** comprising:

**a power generation module adapted to**:

receive a fuel gas stream comprising a fuel gas associated with a gas profile, the fuel gas having a heat value of at least about 1,000 Btu/scf; and **consume the fuel gas stream to generate a high-voltage electrical output** associated with a first voltage; and

**an electrical transformation module** in electrical communication with the power generation module, the electrical transformation module **adapted to**:

receive the high-voltage electrical output generated by the power generation module; and transform the high-voltage electrical output into a low-voltage electrical output associated with a second voltage that is lower than the first voltage;

**a distributed computing system powered by the electrical power generation system,** the distributed computing system comprising:

a communications system comprising one or more data satellite antennas, the **communications system adapted to** provide a network; and a first mobile data center comprising: an enclosure defining an interior space; a plurality of distributed computing units located within the interior space of the enclosure, each of the plurality of distributed computing units in communication with the network; and a power system located at least partially within the interior space of the enclosure, **the power system in electrical communication** with the electrical transformation module and the plurality of distributed computing units **such that** the power system **receives the low-voltage electrical output and powers each of the plurality of distributed computing units**; and

a monitoring and control system in communication with the electrical power generation system and the distributed computing system via the network, **the monitoring and control system adapted to**:

monitor the gas profile of the fuel gas received by the electrical power generation system; and upon determining a change in the gas profile, automatically modulate an electrical load of the distributed computing system.

'309 Patent, 28:1-49 (emphasis added).

### Claim 1 of U.S. Patent No. 11,437,821:

1. A flare mitigation system comprising:

**an electrical power generation system** comprising:

a plurality of power generation modules, each **adapted to**:

receive a fuel gas stream comprising a fuel gas associated with a heat value of at least about 1,000 Btu/scf; and **consume the fuel gas to generate a high-voltage electrical output** associated with a first voltage;

**a parallel panel** in electrical communication with each of the power generation modules, the parallel panel **adapted to**:

receive the high-voltage electrical output from each of the power generation modules; and combine and synchronize said high-voltage electrical outputs into a combined high-voltage electrical output; and an electrical transformation module in electrical communication with the parallel panel, **the electrical transformation module adapted to**: receive the combined high-voltage electrical output; and transform the combined high-voltage electrical output into a low-voltage electrical output associated with a second voltage that is lower than the first voltage; and

**a distributed computing system powered by the electrical power generation system**, the distributed computing system comprising:

a plurality of distributed computing units; and a **power system in electrical communication** with the electrical transformation module and the plurality of distributed computing units **such that** the power system **receives the low-voltage electrical output and powers each of the plurality of distributed computing units**.

'821 Patent, 28:8-43 (emphasis added).