# Exhibit D

| | |
|---|---|
| **From:** | Brett C. Govett |
| **Sent:** | Friday, October 7, 2022 1:13 PM |
| **To:** | Sugden, Ryan |
| **Cc:** | Stephanie DeBrow; Schroeder, John R.; Daniel Shuminer; Taylor Shields |
| **Subject:** | Re: Crusoe v. Alkane--Motion for leave to file second amended complaint |

Ryan:

We are opposed.  I trust any Rule 12 Motion will take into account the Crusoe filings to date.  Thank you.

Brett

Brett C. Govett
Norton Rose Fulbright US LLP
214-855-8118


> On Oct 7, 2022, at 12:52 PM, Sugden, Ryan <Ryan.Sugden@stinson.com> wrote:
>
> Brett:
>
> Sorry for the delay. Alkane opposes the motion to amend because we are moving to dismiss your patent infringement claims. As such, we believe any amendment to your existing amended complaint is futile, including the addition of a similar patent. We will be filing an answer to your client's tortious interference claims. Pursuant to Judge Wang's local rules, we are conferring to get your position on the motion to dismiss. I assume you oppose. Please confirm.
>
> Thank you,
>
>
> **Ryan M. Sugden**
> Partner
>
> STINSON LLP
> 1144 Fifteenth Street, Suite 2400
> Denver, CO 80202
> Direct: 303.376.8405 \ Bio
>
> Assistant: DEN.LSSTeam@stinson.com \ 303.376.8426
>
> **STINSON.COM**
>
> **From:** Brett C. Govett <brett.govett@nortonrosefulbright.com>
> **Sent:** Thursday, October 06, 2022 3:46 PM
> **To:** Stephanie DeBrow <stephanie.debrow@nortonrosefulbright.com>; Sugden, Ryan <Ryan.Sugden@stinson.com>
> **Cc:** Schroeder, John R. <john.schroeder@stinson.com>; Daniel Shuminer <daniel.shuminer@nortonrosefulbright.com>; Taylor Shields <taylor.shields@nortonrosefulbright.com>
> **Subject:** RE: Crusoe v. Alkane--Motion for leave to file second amended complaint

1

Ryan:

Please let us know where things stand on this.  Thank you.

Brett

**Brett C. Govett** | Partner
Norton Rose Fulbright US LLP
2200 Ross Avenue, Suite 3600, Dallas, Texas  75201-7932, United States
Tel +1 214 855 8118 | Fax +1 214 855 8200
brett.govett@nortonrosefulbright.com

**NORTON ROSE FULBRIGHT**

*Law around the world*
nortonrosefulbright.com

---

**From:** Stephanie DeBrow <stephanie.debrow@nortonrosefulbright.com>
**Sent:** Wednesday, October 5, 2022 10:02 AM
**To:** Sugden, Ryan <Ryan.Sugden@stinson.com>
**Cc:** Schroeder, John R. <john.schroeder@stinson.com>; Daniel Shuminer <daniel.shuminer@nortonrosefulbright.com>; Taylor Shields <taylor.shields@nortonrosefulbright.com>; Brett C. Govett <brett.govett@nortonrosefulbright.com>
**Subject:** RE: Crusoe v. Alkane--Motion for leave to file second amended complaint

Ryan,

Per our discussion yesterday, we've attached a draft of the Second Amended Complaint (and infringement charts) that we plan to seek leave to file.  Please let us know your position on Crusoe's Motion for Leave.  Please also let us know whether we have your approval to file the joint stipulation to extend the deadline for Alkane to respond to the First Amended Complaint from 10/5 to 10/7 (which I sent yesterday evening).

Also, as an FYI, I will be out of the office beginning this afternoon and returning on Monday, 10/17.  To ensure a timely response from our team during that time, please be sure to copy Brett, Daniel, and Taylor on all case-related communications.

Thanks,

**Stephanie DeBrow** | Partner
Norton Rose Fulbright US LLP
Tel +1 512 536 3094
stephanie.debrow@nortonrosefulbright.com

**NORTON ROSE FULBRIGHT**

---

**From:** Stephanie DeBrow
**Sent:** Tuesday, October 4, 2022 7:26 PM
**To:** Sugden, Ryan Ryan.Sugden@stinson.com

**Cc:** Schroeder, John R. john.schroeder@stinson.com; Daniel Shuminer daniel.shuminer@nortonrosefulbright.com; Taylor Shields taylor.shields@nortonrosefulbright.com; Brett C. Govett <brett.govett@nortonrosefulbright.com>
**Subject:** RE: Crusoe v. Alkane--Motion for leave to file second amended complaint

Ryan,

Per our discussion today, we've prepared a joint stipulation to extend the deadline for Alkane to respond to the First Amended Complaint from 10/5 to 10/7.  Please let us know if we have your approval to file.

Thanks,

**Stephanie DeBrow** | Partner
Norton Rose Fulbright US LLP
Tel +1 512 536 3094
stephanie.debrow@nortonrosefulbright.com

**NORTON ROSE FULBRIGHT**


**From:** Sugden, Ryan <Ryan.Sugden@stinson.com>
**Sent:** Tuesday, October 4, 2022 2:38 PM
**To:** Stephanie DeBrow <stephanie.debrow@nortonrosefulbright.com>
**Cc:** Schroeder, John R. <john.schroeder@stinson.com>; Daniel Shuminer <daniel.shuminer@nortonrosefulbright.com>; Taylor Shields <taylor.shields@nortonrosefulbright.com>; Brett C. Govett <brett.govett@nortonrosefulbright.com>
**Subject:** RE: Crusoe v. Alkane--Motion for leave to file second amended complaint

Stephanie:

We would like to better understand how you intend to amend the pleadings "in light of additional information that Alkane has provided." We can discuss this afternoon. Please circulate call-in information.

Thanks,

**Ryan M. Sugden**
Partner

STINSON LLP
1144 Fifteenth Street, Suite 2400
Denver, CO 80202
Direct: 303.376.8405  \  Bio

**From:** Stephanie DeBrow <stephanie.debrow@nortonrosefulbright.com>
**Sent:** Tuesday, October 04, 2022 11:35 AM
**To:** Sugden, Ryan <Ryan.Sugden@stinson.com>
**Cc:** Schroeder, John R. <john.schroeder@stinson.com>; Daniel Shuminer <daniel.shuminer@nortonrosefulbright.com>; Taylor Shields <taylor.shields@nortonrosefulbright.com>; Brett C. Govett <brett.govett@nortonrosefulbright.com>
**Subject:** Crusoe v. Alkane--Motion for leave to file second amended complaint

**External Email – Use Caution**

Ryan,

Crusoe plans to file motion seeking leave to file a second amended complaint that (a) adds an infringement claim for newly issued U.S. Patent No. 11,451,059, and (b) amends the pleadings for the other asserted patents in light of additional information that Alkane has provided in its filings in this case. Please let us know if Alkane will oppose the motion for leave. If you would like to discuss, we are available to do so this afternoon or tomorrow morning.

Thanks,

**Stephanie DeBrow** | Partner
Norton Rose Fulbright US LLP
Tel +1 512 536 3094
stephanie.debrow@nortonrosefulbright.com

**NORTON ROSE FULBRIGHT**

**CONFIDENTIALITY NOTICE:** This email, including any attachments, is confidential and may be privileged. If you are not the intended recipient please notify the sender immediately, and please delete it; you should not copy it or use it for any purpose or disclose its contents to any other person. Norton Rose Fulbright entities reserve the right to monitor all email communications through their networks.

Norton Rose Fulbright Australia, Norton Rose Fulbright LLP, Norton Rose Fulbright Canada LLP, Norton Rose Fulbright South Africa Inc and Norton Rose Fulbright US LLP are separate legal entities and all of them are members of Norton Rose Fulbright Verein, a Swiss verein. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients. Details of each entity, with certain regulatory information, are available at nortonrosefulbright.com.