IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
DENVER DIVISION

| | |
|---|---|
| **CRUSOE ENERGY SYSTEMS LLC,** § § § | |
| *Plaintiff*, § § | |
| v. § § | **Civil Action No. 1:22-cv-2142-NYW** |
| **ALKANE MIDSTREAM LLC,** § § | **Jury Trial Demanded** |
| *Defendant.* § § § § § § § | **HONORABLE JUDGE NINA Y. WANG** |

## [PROPOSED] ORDER

Before the Court is Plaintiff Crusoe Energy Systems LLC's ("Crusoe's") Motion for Leave to File its Second Amended Complaint ("Motion"). ECF 59. Crusoe moves the Court to grant leave to file an amended complaint.

After consideration, the Court **GRANTS** the Motion. Accordingly, it is **ORDERED** that Crusoe shall file its amended complaint within seven days of the date of this Order.

**SIGNED** on October \_\_\_\_, 2022.

_____
**NINA Y. YANG
UNITED STATES DISTRICT JUDGE**