**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
DENVER DIVISION**

| | | |
|---|---|---|
| CRUSOE ENERGY SYSTEMS LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 1:22-CV-2142 |
| v. | § | Jury Trial Demanded |
| | § | |
| ALKANE MIDSTREAM LLC, | § | |
| | § | |
| Defendant. | § | |

**PLAINTIFF CRUSOE ENERGY SYSTEMS LLC'S NOTICE WITHDRAWING ITS EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

On August 22, 2022, Plaintiff Crusoe Energy Systems LLC ("Crusoe") filed an Emergency Motion for Temporary Restraining Order and Preliminary Injunction ("Motion") (ECF 9) seeking to restrain and enjoin Alkane Midstream LLC ("Alkane") from infringing Crusoe's patents by using infringing systems in the United States, including at the Colorado Well Pad of the Colorado Producers. Thereafter, on October 14, 2022, Alkane stated in response to written discovery that "Alkane is not aware of any third-party currently using Alkane-generated electricity for a distributed computing system." In addition, on October 17, 2022, Crusoe reached an agreement with the Colorado Producers, under which Crusoe will provide flare mitigation services at the Colorado Well Pad. Because these subsequent events negate the imminent nature of further irreparable harm to Crusoe as a result of Alkane's infringing conduct, Crusoe hereby withdraws its Motion.

1

Dated: October 18, 2022

    NORTON ROSE FULBRIGHT US LLP

    /s/ Brett C. Govett
    Brett C. Govett
    brett.govett@nortonrosefulbright.com
    Taylor Shields
    taylor.shields@nortonrosefulbright.com
    NORTON ROSE FULBRIGHT US LLP
    2200 Ross Avenue, Suite 3600
    Dallas, TX  75201-7932
    Telephone:     (214) 855-8120
    Facsimile:       (214) 855-8200

    Stephanie DeBrow
    stephanie.debrow@nortonrosefulbright.com
    Daniel Shuminer
    Colorado State Bar No. 53994
    daniel.shuminer@nortonrosefulbright.com
    NORTON ROSE FULBRIGHT US LLP
    98 San Jacinto Boulevard, Suite 1100
    Austin, Texas 78701
    Telephone:     (512) 563-3094
    Facsimile:       (512) 536-4598

    *Attorneys for Plaintiff Crusoe Energy Systems LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 18, 2022 all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.  Any other counsel of record will be served in accordance with the Federal Rules of Civil Procedure.

    /s/ Brett C. Govett
    Brett C. Govett