IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:22-cv-02142-NYW

CRUSOE ENERGY SYSTEMS LLC, a Delaware limited liability company,

    Plaintiff,

v.

ALKANE MIDSTREAM LLC, a Delaware limited liability company,

    Defendant.

## NOTICE OF NONOPPOSITION TO MOTION TO AMEND (ECF 59)

Defendant Alkane Midstream LLC ("Defendant") states that, in light of Plaintiff Crusoe Energy Systems LLC's ("Plaintiff's") withdrawal of its motion for temporary restraining order and preliminary injunction (ECF 61), Defendant does not oppose Plaintiff's motion for leave to file its second amended complaint, filed at ECF 59. Nevertheless, Defendant reserves all rights and defenses it has with respect to Plaintiff's second amended complaint.

Respectfully submitted this 24th day of October, 2022.

2

s/ *Ryan M. Sugden*
Ryan M. Sugden
STINSON LLP
1144 Fifteenth St., Suite 2400
Denver, Colorado 80202
Phone:  303.376.8405
Fax No.: 303.578.7985
Email: ryan.sugden@stinson.com

John R. Schroeder
STINSON LLP
7700 Forsyth Boulevard, Suite 1100
St. Louis, Missouri 63105
Phone:  314.345.7023
Fax No.: 314.863.9388
Email: john.schroeder@stinson.com

*Attorneys for Defendant Alkane Midstream LLC*

2