# Exhibit 3

## Intentionally Blank