# Exhibit 4

Intentionally Blank