# Exhibit 5

Cavness Emails

---------- Forwarded message ---------
From: **Brad Morse** <brad@fulcrumef.com>
Date: Mon, Jul 18, 2022 at 1:56 PM
Subject: Re: North Park Situation
To: Cully Cavness <cully@crusoeenergy.com>
Cc: Ryan Sullivan <ryan@fulcrumef.com>, Andrew Likens <andrew@crusoeenergy.com>, Chase Lochmiller <chase@crusoeenergy.com>

Hi Cully,

Happy to chat in person. Friday between 10am and 4pm MT would work this week. Next week I could do Thursday or Friday at various times and I'm out the following week. Let us know what may work for you.

Thanks,
Brad

> On Jul 18, 2022, at 1:53 PM, Cully Cavness <cully@crusoeenergy.com> wrote:
>
> Hi Brad and Ryan,
>
> Following up on my note below, Andrew and I would like to find a time to get together with you and your team in person to discuss this situation and work together to identify the solutions and alternatives that will be viewed as win-wins for both sides. This is a

priority for us, and we can be flexible on scheduling if you suggest some times that work for you this week.

Thank you,
Cully

On Thu, Jul 14, 2022 at 4:39 PM Cully Cavness <cully@crusoeenergy.com> wrote:

> Hi Brad,
>
> I spoke with Andrew just now, who told me that you are considering some kind of alternative gas capture plan for the Surprise pad. Please can you give me a call to discuss this? Crusoe has ordered tens of millions of dollars of equipment based on the agreements we signed months ago for this project. This is a very significant concern and I'd appreciate it if we can talk through some kind of reasonable solution that works for both sides.
>
> I believe we have been good and reliable partners to you and your team, inclusive of helping your operations group on several fronts unrelated to our operations, joint government affairs efforts in support of your state and local relationships, and working hard to scale our capacity in line with your team's requests and timelines. Pulling the plug on us just a few weeks before the scheduled deployment of a major project is not a fair or reasonable outcome.
>
> More generally, I would have hoped that you and I could discuss this directly rather than having to learn it from Andrew. We have a lot of history and shared community (much of which is invested in Crusoe) that I had relied on as a source of comfort and trust while making large investments in equipment for your projects. I know we can figure out a better solution here, and look forward to talking about this soon. My cell is 720.837.5099. I'll be on a plane in about an hour, but can talk before or after, or at your convenience tomorrow.
>
> Thank you,
> Cully
> --
> **Cully Cavness**
> **Co-Founder and President**
> Crusoe Energy Systems Inc.
> **720.837.5099**
>
> 
>
> www.crusoeenergy.com
>
> The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

--
**Cully Cavness**
**Co-Founder and President**
Crusoe Energy Systems Inc.
**720.837.5099**



[www.crusoeenergy.com](www.crusoeenergy.com)

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

--
**Cully Cavness**
**Co-Founder and President**
Crusoe Energy Systems Inc.
**720.837.5099**



[www.crusoeenergy.com](www.crusoeenergy.com)

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.