# Exhibit 7

March 3, 2020 NDPC Technical Solutions Group Agenda

# NDPC Technical Solutions Group Agenda – Q1-2020

ConocoPhillips Complex, 11090 30th Street SW, Dickinson, ND
Date: March 3, 2020

| | | |
|---|---|---|
| **8:00** | Meeting Setup, Coffee and Pastry Meet and Greet hosted by **ConocoPhillips** | |
| **8:30** | Welcome and Introductions and review of <u>*Confidentiality Statement*</u> | |
| | | Kari Cutting-NDPC VP, |
| | | Emily Jones, COP |
| | | Darren Schmidt-Equinor |
| | | Chad Wocken-EERC |
| | | Ray Sheldon-Bakken Transload |
| **8:45** | Wellsite Gas Capture Background | Chad Wocken, EERC |
| **9:00** | State Regulator Perspective | Lynn Helms, NDDMR |
| **9:30** | Midstream Perspective | Chris Fonck, ONEOK |
| **10:00** | NGL Recovery | George Chedsey, GTUIT |
| **10:30** | Break | |
| **10:45** | Power Generation - Data Center/Bitcoin Mining | Cully Cavness, Crusoe Energy Systems |
| **11:15** | CNG/LNG | Ed Woods, Alkane Midstream |
| **11:45** | Wrap-up and final Q&A | Chad Wocken, EERC |
| **12:15** | Lunch | Hosted by Steffes, Kaylee Lapp |
| **1:15 – 4:00** | **Closed Meeting for TSG Member Companies** | |