# Exhibit 8

October 6, 2020 ND Energy and Transmission Comm. Minutes

North Dakota Legislative Management

# Meeting Minutes

21.5181.03000

# ENERGY DEVELOPMENT AND TRANSMISSION COMMITTEE

Tuesday, October 6, 2020
Roughrider Room, State Capitol
Bismarck, North Dakota

Senator Rich Wardner, Chairman, called the meeting to order at 8:30 a.m.

**Members present:** Senators Rich Wardner, Brad Bekkedahl, Kathy Hogan, Ray Holmberg, Merrill Piepkorn, David S. Rust; Representatives Dick Anderson, Mike Brandenburg, Alisa Mitskog, Todd Porter, Don Vigesaa

**Member absent:** Representative Tracy Boe

**Others present:** Representative Karen M. Rohr, Mandan, member of the Legislative Management
Senator Jessica Unruh-Bell, Beulah
See Appendix A for additional persons present.

**It was moved by Senator Holmberg, seconded by Representative Vigesaa, and carried on a voice vote that the minutes of the September 16, 2020, meeting be approved as distributed.**

# REPORTS
## Recycling Produced Water in Oil and Gas Operations

The committee received a report on October 1, 2020, regarding the Industrial Commission's study on recycling produced water in oil and gas operations (Appendix B) pursuant to Section 19 of House Bill No. 1014 (2019).

## EmPower ND Commission

Chairman Wardner called on Mr. James Leiman, Director, Economic Development and Finance Division, Department of Commerce, for testimony (Appendix C) regarding the EmPower ND Commission's energy policy recommendations.

In response to a question from Senator Piepkorn, Mr. Leiman said the largest petrochemical product produced in North Dakota is a variety of plastics.

In response to a question from Senator Hogan, Mr. Leiman said to encourage infrastructure development projects, the Legislative Assembly should consider supporting additional road capacity installation to accommodate any increase in transportation demands and also invest in salt caverns.

# FLARE GAS MANAGEMENT

Chairman Wardner called on Mr. Edward Woods, Vice President, Business Development, Alkane Midstream LLC., for testimony (Appendix D) regarding flared gas management and methane distribution.

In response to a question from Senator Bekkedahl, Mr. Woods said Alkane Midstream uses dry-low emission turbines that emit at the parts per million level. He said the turbines would be considered a major source if they exceeded the 50 megawatts of power threshold.

In response to a question from Representative Mitskog, Mr. Woods said the biggest challenge to doing business in North Dakota is the lack of pipeline infrastructure and pipes of sufficient diameter.

In response to a question from Senator Rust, Mr. Woods said the Coronavirus (COVID-19) pandemic and the decline in oil and gas prices have caused 50 percent of Alkane Midstream employees to be furloughed.

21.5181.03000                                                    Energy Development and Transmission Committee

## NATURAL GAS CONVERSION

Chairman Wardner called on Representative Brandenburg, for testimony (Appendix E) regarding the conversion of natural gas to megawatts.

In response to a question from Senator Rust, Representative Mitskog said Cargill, Inc., has not tapped into the Alliance pipeline because the pipeline is 23 miles from Wahpeton. She said an option would be to either tap into the Mapleton line, which would require 50 miles of new pipeline infrastructure, or the Alliance pipeline, which would require 23 miles of additional pipeline.

## ELECTRIC POWER

Chairman Wardner called on Mr. Michael Nasi, Senior Advisor, Life:Powered, and Partner, Jackson Walker LLP, for testimony (Appendix F) regarding a regulatory and market update on electric power.

In response to a question from Senator Bekkedahl, Mr. Nasi said the production tax credit for wind and solar energy subsidizes energy into the market place, which means wind and solar energy providers get paid for putting megawatts on the grid and therefore are incentivized to dump on the grid because the providers get paid only when they generate, not for having capacity. He said this significantly suppresses the power price off peak and distorts the market. He said the distortion will not happen with a research and development credit like the 45Q because the credit pays for the reduction of carbon and not for artificially lowering the generation cost of the power.

In response to a question from Senator Unruh-Bell, Mr. Nasi said the providers of electricity should be held to a reliability standard. He said the providers should not be able to retire an asset or an infrastructure paid for by the citizens of a state and retrofitted with cutting edge technology unless the provider ensures there is another reliable energy source in the state and compares carbon capture utilization and storage with the other alternative energy resource available.

## COUNTY PERSPECTIVE ON ENERGY POLICY ISSUES

Chairman Wardner called on Mr. Ladd Erickson, McLean County State's Attorney, for testimony (Appendix G) regarding energy policy issues from the county perspective.

In response to a question from Representative Anderson, Mr. Erickson said if a surface structure is impeding mining, the coal company is responsible for incurring the costs related to removing the surface structure from the land before mining.

## TRANSMISSION LIMITATIONS

Chairman Wardner called on Mr. John Weeda, Director, North Dakota Transmission Authority, for testimony (Appendix H) regarding transmission limitations and options to overcome the limitations.

In response to a question from Chairman Wardner, Mr. Weeda said transmitting power to western states where power is a premium, like California, would require a transmission line from North Dakota to make a significant impact. He said such a transmission line most likely would have to go from Coal Creek Station to the interconnect in Miles City, Montana, or to the transmission plant in Colstrip, Montana.

In response to a question from Senator Piepkorn, Mr. Weeda said the companies interested in purchasing Coal Creek Station and the transmission line most likely will retain a majority of the plant's current employees. He said the companies interested from the wind perspective will result in the plant closing. He said a reduction in coal-fired generation of electricity in the transmission system could result in more room for wind-generated electricity but the best North Dakota can offer with wind generation is a 50 percent capacity factor.

In response to a question from Senator Unruh-Bell, Mr. Weeda said replacing a baseload power provider like a coal-fired power plant with a renewable power provider would require stabilizing and investing in Coal Creek Station and the DC transmission line to have a higher renewable content because of the variability of renewable generation and the necessity to be able to respond to the variations in wind or solar energy.

## OIL AND GAS

Chairman Wardner called on Mr. Lynn Helms, Director, Department of Mineral Resources, Industrial Commission, for testimony (Appendix I) regarding the abandoned oil and gas well plugging and site reclamation fund and a brine pond remediation study update.

**21.5181.03000**                                    **Energy Development and Transmission Committee**

## FOSSIL FUEL INDUSTRY

Chairman Wardner called on Mr. Charles Gorecki, Chief Executive Officer, Energy and Environmental Research Center, for testimony (Appendix J) regarding headwinds in the fossil fuel industry.

In response to a question from Representative Anderson, Mr. Gorecki said unlike North Dakota, Wyoming has a significant amount of helium.

## COMMITTEE DISCUSSION

**It was moved by Senator Rust, seconded by Representative Anderson, and carried on a voice vote that the Chairman and the Legislative Council staff be requested to prepare a report and to present the report to the Legislative Management.**

**It was moved by Representative Vigesaa, seconded by Representative Mitskog, and carried on a voice vote that the committee be adjourned sine die.**

No further business appearing, Chairman Wardner adjourned the committee sine die at 2:25 p.m.

_____
Christopher S. Joseph
Counsel

ATTACH:10



FLARE GAS
MANAGEMENT
AND LNG
DISTRIBUTION

**OCTOBER 05, 2020**

# Alkane Midstream

Founded in 2014 as North Dakota LNG, we are a pioneer in alternative fuels delivering over 50 million gallons of Liquefied Natural Gas (LNG) in December 2019.  We support our customers by using their gas wherever possible.



# Full Utilization of the Molecule

<u>Gathering Line / Flare Gas Capture Producing:</u>

- Fuel for Energy Generation
  - Electric: Data, Agri-, Aquaculture, Grid*
  - Thermal: Agri-, Aquaculture, Data Center Cooling
- Methane: Re-inject to pipeline, LNG
- LNG for: Oil & Gas, Industry, Communities

ALKANE
MIDSTREAM

2

# Virtual Pipeline Solutions For Upstream and Downstream











### Flare Capture

Year-round applications

Full utilitzation of flare stream.  4mmCFD of Flare produces 25,000 gallons per day of LNG and >30,000 gallons per day of NGLs

### Drilling & Completions

Year-round LNG applications

Consumption averages 2,150 gallons per day on drilling rigs to 12,000 gallons per day on frac spreads

### Water Heating & Recycling

Water heating is a Winter application only.

Water Recycling was piloted in August and is year-round.

Consumption averages 5,000 gallons per day

### Remote Power

Short-term project based applications

Applications can range from 5,000 gallons per day to 40,000 gallons per day of LNG

### Off-Grid / Commercial / Community

Permanent LNG applications

Consumption typically between 2,000-5,000 LNG gallons per day



3

# FLARE GAS MANAGEMENT SOLUTIONS

- ONE TEAM / ONE CALL

- LEVERAGING EXPERTISE

- WELL PADS < 3 MMCFD

- WELL PADS > 3 MMCFD

- GATHERING LINES / PIPELINES

ALKANE
MIDSTREAM

4

# Alkane Midstream – Flare Gas Management

**Leveraging Expertise**

**Power Generation**

**Gas Processing**

**Full Flare Management Solutions**





**<3mmcfd Gas Flow**

- Raw flare gas utilization:
  - Recip gensets + Cloud computing

**>3mmcfd Gas Flow / Pipeline**

- Gas processing:
  - Methane to pipe or Operations
  - NGL's for turbine power
  - Power to grid or Cloud computing (via Alkane)



5

# Well Pads  <3 mmcfd

Limited / No Gas Takeaway

- Smaller gas flows limit economically viable solutions

- Decline curve further impacts decisions

Alkane Ecosystem Consisting of:

- Generator Sets and Cloud Computing

- Trailer-mounted for rapid deployment

- Requires gas connection and ground

- Potential gas revenue to Operator



**Alkane Flare Gas Management Ecosystem**

**1,200+ BTU Gas**

**Power Generation**

**Financial Transactions**

**Cloud Computing**



6

# Well Pads >3 mmcfd

Well Pads with >3mmcfd Gas Flow

- Numerous solutions exist to fully utilize gas including:
  - Methane to support operations
  - NGLs for power generation

Alkane Ecosystem Consisting of:

- 'All-In-One' Modular Gas Processing System
  - LNG / Methane as fuel for Operator
  - Power Generation and Cloud Computing from NGL's
- Trailer-mounted for rapid deployment
- Requires gas connection and ground
- Potential gas revenue to Operator



**Alkane Flare Gas Management Ecosystem**

Gas Processing

1,200+ BTU Gas

LNG for Operations

Power Generation

Cloud Computing

Indoor Agriculture

**ALKANE**
MIDSTREAM

7



**Gas plants remove most NGLs**

1,180 BTU output to transport lines

72% Methane

20% Ethane

8% Other

**Alkane Rich Gas Management Ecosystem**



**1,180 BTU**

**1,050 BTU**

92% Methane

7% Ethane

1% Nitrogen

**Interstate Gas Lines:**
1,100 BTU Limit

# Gathering /Transmission Pipe

<u>Upstream</u>

- 25% Flare reduction drives gas to pipe (11/20)

- BTU Limits (11/20)

- Ethane Restrictions

- No market for byproducts / reject

<u>Downstream</u>

- Gas Utilities require  <1,100 BTU gas

- Demand for Electricity is mobile for data

- Organic / Local food is desired

**Gas Utilities Require:**

1,100 BTU or less

Ethane limits



8



# Flare Gas Management
Methods and Technologies Appropriate to the Application and Location


All-In-One System separates methane from the gas column


Mobile Power Generation for Rapid Deployment


Alkane Ecosystem to Fully Utilize Gas Stream





# LNG DISTRIBUTION IN NORTH DAKOTA

- **AGRICULTURE**

- **INDUSTRY**

- **COMMUNITIES**

# LNG – Stable Price v. Propane



- Two Feedstocks
- Propane tracks with oil.
- LNG tracks with Natural Gas.

| LNG LPG Equiv | Delivered LPG | |
|---|---|---|
| $ 1.031 | $ 1.252 | Avg. |
| $ 0.949 | $ 0.871 | Lo |
| $ 1.173 | $ 1.605 | Hi |
| 0.052 | 0.189 | Std Dev |

Data
- 01/2017 – 03/2019
- #2:Mandan Rack + Transport
- LNG: Chicago City Gate + Fixed Liquefaction



# Agriculture

## **LNG as Fuel for Drying Grain**

LNG from Tioga, ND

- Liquefied and transported to site.
- Onsite Storage and Vaporization – Propane experience

What is Needed for Broader Adoption

- Awareness of LNG as a Fuel Source
- Propane to Natural Gas Conversion Kits



ALKANE
MIDSTREAM
12

# Industry / Communities

## LNG – A Stable Priced Fuel

Industry – Looking for Stability

- Reduction in fuel price volatility
- Increase in fuel safety and availability
- Requires gas system replacement

Communities – Retaining / Recruiting Industry

- Virtual pipeline to off-pipe communities
- Business retention via stable energy pricing
- Migration patterns are favoring North Dakota
- 'Do you have natural gas?' is first relocation question
- Customer base can lead to pipeline to community









13

# INSTALLATION
# APPLICATIONS
# MONITORING
# DELIVERY

- INSTALLATION EXAMPLES

- ON-SITE STORAGE

- REMOTE MONITORING

- COMPANY DRIVERS

- DRIVER TRACKING

ALKANE
MIDSTREAM

14

# LNG In Use



## Drill Rigs

- 50+% diesel displacement with dual-fuel kits
- 100% LNG with hybrid generator set



## Water Recycling

IGF+: 10,000 BBL/d cleanup
FLASH: Up to 400BBL/d evaporation



## Grain Drying

- Stable price vs Propane
- Ignition risk reduction



## Community

- Stable price vs Propane
- Enables NewCo recruitment
- Lead-in for pipeline expansion



# LNG In Use

## Completions



- Dual Fuel Frac Spread
- Up to 70% diesel displacement
- 60+% displacement average
- Up to 20,000 LNG gpd
- Year-around operation

## Production



- LNG Fuel
- 100% Uptime
- 100% Genset Rating
- Lower Engine Maintenance



# Remote Monitoring, Delivery, Onsite Storage, Vaporization

**Remote Monitoring**



**LNG Delivery**



**Real-time Driver Tracking**



**Storage & Vaporization**





# THANK YOU

Ryan Blazei / Ed Woods

(612) 466-0006 / (701) 300-3219

Blazei@AlkaneNRG.com / Woods@AlkaneNRG.com

www.AlkaneNRG.com