# Exhibit 9

Dr. Hilbert's October 5, 2022 Amended Declaration

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
DENVER DIVISION**

| | | |
|---|---|---|
| CRUSOE ENERGY SYSTEMS LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 1:22-cv-2142-NYW |
| v. | § | |
| | § | |
| ALKANE MIDSTREAM LLC, | § | Honorable |
| | § | Judge Nina Y. Wang |
| Defendant. | § | |

**<u>EXPERT DECLARATION OF DR. L. BRUN HILBERT, PH.D., P.E.</u>**

**<u>TABLE OF EXHIBITS</u>**

Curriculum Vitae .................................................................................................................Exhibit A

List of Materials Considered................................................................................................Exhibit B

Infringement Opinion of U.S. Pat. No. 10,862,307 ...........................................................Exhibit C

Infringement Opinion of U.S. Pat. No. 10,862,309 ...........................................................Exhibit D

Infringement Opinion of U.S. Pat. No. 11,437,821 ........................................................... Exhibit E

Infringement Opinion of U.S. Pat. No. 11,451,059 ...........................................................Exhibit F

## I.      INTRODUCTION

1.      I make this declaration based upon my own personal knowledge and, if called upon to testify, would testify competently to the matters contained herein.

2.      I have been retained by Norton Rose Fulbright US LLP to serve as a technical expert in this matter on behalf of Crusoe Energy Systems LLC ("Crusoe"). I have been asked to provide an independent analysis regarding whether U.S. Patent Nos. 10,862,307 (the "'307 Patent"), 10,862,309 (the "'309 Patent"), 11,437,821 (the "'821 Patent"), and 11,451,059 (the "'059 Patent") (collectively, "the Asserted Patents") are infringed by any of the products and systems made, used, sold, or offered for sale by Alkane Midstream LLC ("Alkane").

3.      This declaration is a statement of my opinions related to Alkane's infringement of claims 1 and 14-16 of the '307 Patent, claims 1 and 14 of the '309 Patent, claims 1-3, 5-8, and 15 of the '821 Patent, and claims 1, 3-4, 6, 10, 12, 15, 16-17, 19, 20, 22, 24, and 27 of the '059 Patent. My opinions are based on the information currently available to me. Should additional information, arguments, or evidence become available to me, I reserve all rights to supplement and/or amend my opinions to address such information, arguments, or evidence. In particular, my review of Alkane's products and systems has been limited to publicly available information and the information disclosed in Alkane's court filings, and I reserve all rights to supplement and/or amend my opinions based on information made available in the course of discovery.

4.      The opinions presented herein are made to a reasonable degree of engineering certainty and are wholly or substantially based on the specialized knowledge I have acquired through training, study, and experience. I have made every effort to investigate Alkane's system with the public and non-public information provided to date. If there are perceived omissions or misstatements in this declaration I reserve all rights to supplement and/or amend my opinions.

## II.      SUMMARY OF OPINIONS

5.      As described below and in **Exhibits C-F** hereto, it is my opinion that Alkane infringes claims 1 and 14-16 of the '307 Patent, claims 1 and 14 of the '309, claims 1-3, 5-8, and 15 of the '821 Patent, and claims 1, 3-4, 6, 10, 12, 15, 16-17, 19, 20, 22, 24, and 27 of the '059 Patent because its Flare Gas Management system satisfies each and every element of those claims, either literally or under the doctrine of equivalents.

## III.      BACKGROUND AND QUALIFICATIONS

6.      I have summarized in this section my educational background, career history, publications, and other relevant qualifications. My full curriculum vitae is attached as Exhibit A to this declaration.

7.      I am a Principal Engineer at Exponent, Inc. ("Exponent"). I hold a Ph.D. degree in Materials Science and Minerals Engineering from the University of California, Berkeley. I hold a B.S. degree in Mathematics and an M.S. degree in Mechanical Engineering from the University of New Orleans. I am a licensed Professional Mechanical Engineer in California, a licensed Mechanical and Petroleum Engineer in Texas, and a licensed Mechanical Engineer in New Mexico.

8.      I have worked on and provided testimony and opinions in matters involving hydraulic fracturing operations, well stimulation design, well design and construction, drilling, completions, and production. This work includes using natural gas, including field gas, to generate electricity to power hydraulic fracturing operations.

9.      I was a consulting expert on the Deepwater Horizon Macondo well blowout in 2010, including detailed analysis of the failures of the subsea blowout prevention ("BOP") and wellhead equipment. I have worked on several matters involving onshore and offshore blowouts and loss of well control.

4

10.     I was appointed to the National Academy of Engineering ("NAE") Committee on Connector Reliability for Offshore Oil and Natural Gas Operations in 2017. This committee was assembled to investigate the causes and prevention of the premature failure of critical bolts on subsea BOPs and wellheads.

11.     I was a Society of Petroleum Engineers ("SPE") Distinguished Lecturer for 2015-2016. I lectured on the topic, "Well Design and Integrity: Importance, Risk, and Scientific Certainty."

12.     Over the past four decades, I have developed expertise in oil and gas well drilling, completion, and design, well production and wellhead equipment, well stability and sand production, well stimulation and hydraulic fracturing, drilling mechanics, petroleum rock mechanics, reservoir geomechanics, fixed and floating offshore platforms, and the structural integrity and leak resistance of the threaded connections.

13.     From 1981 through 1992, I was employed in the Drilling and Completions Division of Exxon Production Research Company in Houston, Texas. While at Exxon Production Research Company, I conducted research and field specific applications in well design and construction for wells both onshore and offshore, both in the United States and internationally. I taught courses to Exxon and affiliate engineers in Well Completions and Workovers in the Middle East, Southeast Asia, Australia, Malaysia, and North America. I performed applied research and development in the areas of tubing and casing string design, well design, well completion design, and workovers, and well stimulation design.

14.     During my career at Exxon, I worked with domestic and international Exxon Affiliates and their partners on site-specific well designs for challenging fields. While at Exxon Production Research Company, I consulted with Saudi Aramco, Esso Malaysia, and Esso Australia in drilling operations, drill string mechanics, well design, casing and tubing design, cementing

design and operations, production and well stimulation, and well abandonment. The applications included High Pressure-High Temperature ("HPHT") wells in the United States offshore in the Gulf of Mexico and onshore in, for example, Louisiana, Texas, Oklahoma, and Wyoming.

15.     In 1992, I left Exxon Production Research Company to pursue doctoral studies at the University of California, Berkeley. I obtained a Ph.D. degree from the Department of Minerals Engineering and Material Science in 1995. My dissertation work involved the application of solid mechanics to rock engineering computations, also referred to as geomechanics. I also performed laboratory work on the micromechanics of wave propagation in sandstone rock, which is important in the interpretation of formation logging.

16.     In 1996, I was hired by Exponent, Inc. (formerly Failure Analysis Associates, Inc.) in Menlo Park, California, where I have developed a consulting practice in the areas of Petroleum and Mechanical Engineering.

17.     I have published over 100 technical journal articles, reports, and presentations during my career. I have written book chapters on computational geomechanics and underground gas storage. I have taught courses for preparation of taking the professional engineering license examination in Civil Engineering.

18.     I am knowledgeable of the relevant skill set that would have been possessed by a hypothetical person of ordinary skill in the art at the time of the invention ("POSA") of the Asserted Patents, which I have been instructed was on or before August 1, 2018, for purposes of this proceeding.

19.     Therefore, based on my education, professional experience of forty years, and scholarly books and publications, I am an expert in the relevant field of the Asserted Patents at issue here and have been an expert in this field since before the Asserted Patents were filed with the United

States Patent and Trademark Office ("USPTO"). I am intimately familiar with how a POSA would have understood and used the terminology found in the Asserted Patents at the time of its filing.

## IV.   COMPENSATION

20.   I am being compensated for my work in this litigation, including the drafting of this declaration, at my usual consulting rate of $535 an hour. My compensation does not depend in any way on the opinions that I express in this declaration, the outcome of this litigation, or the specifics of my testimony.

## V.   INFORMATION REVIEWED AND CONSIDERED

21.   My conclusions in this declaration are based on my many years of professional experience in the relevant fields of the Asserted Patents, as well my review of the materials identified in **Exhibits B** and **Exhibits C-F** hereto.

22.   I evaluated the information currently available to me concerning Alkane's products and systems to determine whether those products and systems include each element of the asserted claims of the Asserted Patents, as a person of ordinary skill in the art would understand them.

## VI.   OVERVIEW OF LEGAL STANDARDS APPLIED

23.   I am not an attorney or a legal expert. I have been informed by counsel, however, of the various legal standards with regard to infringement of a United States patent, and I have applied those standards to the facts of this matter in my analysis to arrive at the opinions and conclusions expressed herein.

24.   I have been informed that analysis of infringement is a two-step process, requiring: (1) construction of an asserted patent's claims to determine their scope and meaning, and (2) comparison of the construed claims to an accused product or system. I have been informed that

the patentee bears the burden of proving infringement on a claim-by-claim and limitation-by-limitation basis.

25.     It is my understanding that patents include one or more claims that define the scope of the patentee's right to exclude. I have been informed that system claims, also known as apparatus claims, consist of claim elements that are structural parts that cooperate to achieve some useful result. I understand that a system claim cannot be infringed unless each limitation or element of the claimed system is present. I further understand that infringement can be literal or under the doctrine of equivalents, as explained below.

26.     It is also my understanding that, to infringe a dependent claim, an accused product or system must include each and every limitation of the dependent claim and all claims from which it depends.

27.     I understand that when a patent's claims are construed, they are to be given their plain and ordinary meaning to a person of skill in the art as of the time of the invention. I have applied that standard in my infringement analysis.

### A.     Literal Infringement

28.     I have been informed that a patentee can prove literal infringement by showing that the product or system satisfies each and every element in a given claim. If the accused product or system does not literally contain each of the one or more elements recited in a system (or apparatus) claim, then there is no literal infringement of that claim.

### B.     Infringement Under the Doctrine of Equivalents

29.     I have been informed that a patentee can establish that an accused instrumentality infringes under the doctrine of equivalents, even if it does not literally contain each of the one or more elements recited in the claim. The patentee may do so if, for each element of the claim not literally satisfied, the accused product or system contains a structure or performs a step or

function that is substantially equivalent to the element in the claim. Analysis under the doctrine of equivalents is performed on a limitation-by-limitation basis and not as to the claim as a whole.

30.    I have also been informed that determination of infringement under the doctrine of equivalents requires a finding that, at the time of the alleged infringement, a person of ordinary skill in the art would consider the differences between the claimed subject matter and the accused product insubstantial.

31.    I have been informed that one test of the insubstantiality of the differences between the claimed subject matter and a component of the accused product or system is whether, at the time of alleged infringement, a person of ordinary skill in the art would have known of the interchangeability of that component with the element claimed in the patent. Another test of the insubstantiality of the differences is whether, at the time of the alleged infringement, the component of the accused product or system performed substantially the same function, in substantially the same way, to achieve substantially the same result as the element in the patent claim.

### C.    Person of Ordinary Skill in the Art

32.    In my opinion, a person of ordinary skill in the art relevant to the Asserted Patents at the time of the invention would have a Bachelor of Science degree in mechanical, petroleum, or electrical engineering, one-to-two years of work or research experience in the fields of power generation using natural gas or other fuel gases, and a general understanding of power generated by those means that could be used to power electronic devices, or the equivalent education based on work experience.

33.    I am at least a person of ordinary skill in the art relevant to the Asserted Patents, based on my 40 years working in the field, my own industrial consulting experience, the knowledge obtained through my interactions with other professionals in the course of my work, professional

and educational activities, and my review of relevant literature both at the time of the inventions and since then.

34.     My opinions herein are from the perspective of a person of ordinary skill in the art. My opinions would remain the same, however, even if the level of skill required of a person of ordinary skill in the art were adjusted up or down within reason.

## VII.    OVERVIEW OF THE '307, '309, '821, AND '059 PATENTS

35.     On its face, the '307 Patent indicates that it was filed on August 1, 2019 as U.S. Patent Application No. 16/529,152 and claims priority to an provisional application filed on August 1, 2018. The '307 Patent is entitled "Systems and Methods for Generating and Consuming Power from Natural Gas," and on its face states that it was issued by the U.S. Patent and Trademark Office on December 8, 2020. The named inventors of the '307 Patent are Charles Cavness, Chase Lochmiller, and Kenneth Parker.

36.     On its face, the '309 Patent indicates that it was filed on November 25, 2019 as U.S. Patent Application No. 16/694,883 and claims priority to the '307 Patent (as a continuation of that patent) and to an earlier provisional application filed on August 1, 2018. The '309 Patent is entitled "Systems and Methods for Generating and Consuming Power from Natural Gas," and on its face states that it was issued by the U.S. Patent and Trademark Office on December 8, 2020. The named inventors of the '307 Patent are Charles Cavness, Chase Lochmiller, and Kenneth Parker.

37.     On its face, the '821 Patent indicates that it was filed on January 13, 2022 as U.S. Patent Application No. 17/575,506, and claims priority to both the '307 Patent and '309 Patent (a continuation of those patents) and to an earlier provisional application filed on August 1, 2018. The '821 Patent is entitled "Systems and Methods for Generating and Consuming Power from Natural Gas," and on its face states that it was issued by the U.S. Patent and Trademark Office

on September 6, 2022. The named inventors of the '821 Patent are Charles Cavness, Chase Lochmiller, and Kenneth Parker.

38.     On its face, the '059 Patent indicates that it was filed on January 13, 2022 as U.S. Patent Application No. 17/575,483, and claims priority to both the '307 Patent and '309 Patent (a continuation of those patents) and to an earlier provisional application filed on August 1, 2018. The '059 Patent is entitled "Systems and Methods for Generating and Consuming Power from Natural Gas," and on its face states that it was issued by the U.S. Patent and Trademark Office on September 20, 2022. The named inventors of the '059 Patent are Charles Cavness, Chase Lochmiller, and Kenneth Parker.

39.     The Asserted Patents generally describe "[s]ystems and methods . . . to mitigate flaring of natural gas." *See* Abstract. For example, the patents disclose "process[ing] raw natural gas into a fuel gas stream that may be used to power any number of on-site power generation modules," which in turn "convert the fuel gas stream into an electrical output." *Id.* The electrical output may be "employed to power . . . distributed computing units housed within one or more mobile data centers." *Id.* The distributed computing units may be used to perform computing operations such as cryptocurrency mining. *Id.*

## VIII.   INFRINGEMENT OF THE '307 PATENT

40.     It is my opinion that Alkane infringes claims 1 and 14-16 of the '307 Patent because the materials I have reviewed indicate that Alkane has sold or offered to sell Flare Gas Management systems that satisfy each and every element of those claims, either literally or under the doctrine of equivalents.

41.     The claim chart attached as **Exhibit C** includes an element-by-element explanation of my infringement analysis related to the '307 Patent and identifies evidence supporting my conclusions that Alkane has sold or offered to sell Flare Gas Management systems that satisfy

each and every element of claims 1 and 14-16 of the '307 Patent, either literally or under the doctrine of equivalents. **Exhibit C** is hereby incorporated by reference.

42.     As stated above, my opinions are based on the materials and information currently available to me, which is limited to publicly available materials and the information disclosed in Alkane's court filings concerning Alkane's systems. I reserve the right to supplement and/or amend my opinions in light of additional information obtained through discovery and/or further investigation.

## IX.     INFRINGEMENT OF THE '309 PATENT

43.     It is my opinion that Alkane infringes claims 1 and 14 of the '309 Patent because the materials I have reviewed indicate that Alkane has sold or offered to sell Flare Gas Management systems that satisfy each and every element of those claims, either literally or under the doctrine of equivalents.

44.     The claim chart attached as **Exhibit D** includes an element-by-element explanation of my infringement analysis related to the '309 Patent and identifies evidence supporting my conclusions that Alkane has sold or offered to sell Flare Gas Management systems that satisfy each and every element of claims 1 and 14 of the '309 Patent, either literally or under the doctrine of equivalents. **Exhibit D** is hereby incorporated by reference.

45.     As stated above, my opinions are based on the materials and information currently available to me, which is limited to publicly available materials and the information disclosed in Alkane's court filings concerning Alkane's systems. I reserve the right to supplement and/or amend my opinions in light of additional information obtained through discovery and/or further investigation.

## X.      INFRINGEMENT OF THE '821 PATENT

46.      It is my opinion that Alkane infringes claims 1-3, 5-8, and 15 of the '821 Patent because the materials I have reviewed indicate that Alkane has sold or offered to sell Flare Gas Management systems that satisfy each and every element of those claims, either literally or under the doctrine of equivalents.

47.      The claim chart attached as **Exhibit E** includes an element-by-element explanation of my infringement analysis related to the '821 Patent and identifies evidence supporting my conclusions that Alkane has sold or offered to sell Flare Gas Management systems that satisfy each and every element of claims 1-3, 5-8, and 15 of the '821 Patent, either literally or under the doctrine of equivalents. **Exhibit E** is hereby incorporated by reference.

48.      As stated above, my opinions are based on the materials and information currently available to me, which is limited to publicly available materials and the information disclosed in Alkane's court filings concerning Alkane's systems. I reserve the right to supplement and/or amend my opinions in light of additional information obtained through discovery and/or further investigation.

## XI.     INFRINGEMENT OF THE '059 PATENT

49.      It is my opinion that Alkane infringes claims 1, 3-4, 6, 10, 12, 15, 16-17, 19, 20, 22, 24, and 27 of the '059 Patent because the materials I have reviewed indicate that Alkane has performed or offered to perform services that satisfy each and every element of those claims, either literally or under the doctrine of equivalents.

50.      The claim chart attached as **Exhibit F** includes an element-by-element explanation of my infringement analysis related to the '059 Patent and identifies evidence supporting my conclusions that Alkane's Flare Gas Management systems satisfy each and every element of

claims 1, 3-4, 6, 10, 12, 15, 16-17, 19, 20, 22, 24, and 27 of the '059 Patent, either literally or under the doctrine of equivalents. **Exhibit F** is hereby incorporated by reference.

51.     As stated above, my opinions are based on the materials and information currently available to me, which is limited to publicly available materials and the information disclosed in Alkane's court filings concerning Alkane's systems. I reserve the right to supplement and/or amend my opinions in light of additional information obtained through discovery and/or further investigation.

## XII.     CONCLUSION

52.     For the reasons explained herein and in **Exhibits C-F** hereto, it is my opinion that Alkane has sold or offered to sell systems that infringe claims 1 and 14-16 of the '307 Patent, claims 1 and 14 of the '309 Patent, claims 1-3, 5-8, and 15 of the '821 Patent, and claims 1, 3-4, 6, 10, 12, 15, 16-17, 19, 20, 22, 24, and 27 of the '059 Patent.

53.     I declare under penalty of perjury that the foregoing is true and correct. Executed on October 5, 2022.


_____

Dr. L. Brun Hilbert, Ph.D., P.E.


October 5, 2022_____

Date

# Exhibit 9A

## Dr. Hilbert's CV



# Exponent®
## Engineering & Scientific Consulting

## L. Brun Hilbert, Jr., Ph.D., P.E.

Principal Engineer  |  Mechanical Engineering
149 Commonwealth Drive | Menlo Park, CA 94025
(650) 688-6934 tel | bhilbert@exponent.com

## Professional Profile

Dr. Hilbert has been consulting at Exponent since 1996 in the fields of mechanical and petroleum engineering, with special applications to engineering mechanics and geomechanics. He has worked in the petroleum exploration and production industry for 40 years.

Dr. Hilbert has expertise in mechanical and petroleum engineering. In the area of petroleum engineering, he has expertise in oil and gas well design and integrity, hydraulic fracturing, well production and wellhead equipment, blowouts and well control, drilling mechanics and directional drilling, reservoir geomechanics, reservoir reserves estimation, fixed and floating offshore platforms. He also has experience with natural gas and liquid hydrocarbon storage in solution-mined salt caverns and depleted hydrocarbon formations. In the area of geomechanics, Dr. Hilbert has expertise in evaluating the structural integrity of oil and gas wells in compacting or deforming reservoir rocks, in the stability of underground storage structures and nuclear waste repositories, and he assists clients in failure analysis involving soil-structure interaction, including pipelines. Dr. Hilbert has testifying experience in state and federal courts, intellectual property, and international arbitration, with particular focus on the oil and gas industry.

Prior to joining Exponent, Dr. Hilbert was employed as an Engineering Specialist for Exxon Production Research Company, where he performed research and taught courses in Well Completions and Workovers in the Middle East, Southeast Asia, Australia, and North America.

## Academic Credentials & Professional Honors

Ph.D., Materials Science and Mineral Engineering, University of California, Berkeley, 1995

M.S.E., Mechanical Engineering, University of New Orleans, 1981

B.S., Mathematics, University of New Orleans, 1979

National Academy of Engineering Committee on Connector Reliability for Offshore Oil and Natural Gas Operations, 2017-2018

Society of Petroleum Engineers Distinguished Lecturer, 2015-2016

Jane Lewis Fellowship in Geomechanics

Mathematical Association of America Membership Award

Outstanding Instructor, Exxon Production Research Company 1991

Outstanding Instructor, Exxon Company, U.S.A. 1990

## Licenses and Certifications

Licensed Professional Mechanical Engineer, California, #M31490

Licensed Professional Engineer, New Mexico, #20939

Licensed Professional Engineer, Texas, #112060, Mechanical and Petroleum Engineering

## Prior Experience

Lawrence Berkeley National Laboratory, 1996

University of California at Berkeley, 1992-1996

Exxon Production Research Company, 1981-1992

## Professional Affiliations

American Society of Mechanical Engineers

Society of Petroleum Engineers

American Rock Mechanics Association

## Publications

**Papers and Articles**

Hilbert LB and Hallai JF. Natural Gas Production in Extreme Weather (Guest Commentary). Pipeline & Gas Journal. Vol. 248, No, 6, June 7, 2021.

Owens ZC, Smyth BJ, Ames NA, Pye JD, Hilbert LB, Brooks B. Development of a Casing-Integrated Well Control Tool. Offshore Technology Conference. doi:10.4043/28644-MS, April 30, 2018.

Owens ZC, Smyth BJ, Ames NA, Pye JD, Hilbert LB, Brooks B, Taber RM, Mendez H. Casing-integrated, surface-activated well control tool supplements BOP in uncontrolled blowout scenarios. Drilling Contractor 2017 July/Aug; 73(4).

Hilbert LB, Reilly E, Ames N.  Underground storage operators must fully understand 2016 PIPES Act.  Oil & Gas Journal, July 3, 2017.

Hilbert LB, Saraf VK, Birbiglia DKJ, Shumilak EE, Schutjens PMTM, Hindriks COH, Klever FJ. Modeling horizontal completion deformations in a deepwater unconsolidated sand reservoir. SPE Journal of Drilling & Completion 2011 Mar; (26)2:68-83.

Hilbert LB, Saraf VK. Salt mechanics and casing deformation in solution-mined gas storage operations. Paper ARMA 08-383, Presented at San Francisco 2008, the 42nd US Rock Mechanics Symposium and 2nd U.S.-Canada Rock Mechanics Symposium, San Francisco, CA, June 29-July 2, 2008.

Hilbert LB, Bergström JS. Evaluating pressure integrity of polymer ring seals for threaded connections in HP/HT wells and expandable casing. SPE Journal 2008; 13:1:123-132.

Bergström JS, Hilbert LB. A constitutive model for predicting the large deformation thermomechanical behavior of fluoropolymers. Mechanics of Materials 2005; 37:899-213.

Bergström JS, Brown SB, Hilbert LB. Large strain time- and temperature-dependent modeling of PTFE. Presented at 2nd MIT Conference on Computational Fluid and Solid Mechanics, June 2003.

Bessinger B, Suarez-Rivera R, Nihei K, Hilbert B, Myer L, Cook N. P-wave amplitude anisotropy in limestone. In: Advances in Anisotropy: Selected Theory, Modeling, and Case Studies. Hood JA (ed), Society of Exploration Geophysicists, pp. 322, Tulsa, OK, 2001.

Nihei KT, Hilbert LB Jr, Cook NGW, Nakagawa S, Myer LR. Frictional effects on the volumetric strain of sandstone. International Journal of Rock Mechanics and Mining Sciences 2000; 37(1-2):121-132.

Hilbert LB, Gwinn RL, Moroney TA, Deitrick GL. Field-scale and wellbore modeling of compaction-induced casing failures. SPE Journal of Drilling & Completion 1999; 14(2):92-101, June.

Guyer RA, McCall KR, Boitnott GN, Hilbert LB Jr, Plona TJ. Quantitative implementation of Preisach-Mayergoyz space to find static and dynamic elastic moduli of rock. Journal of Geophysical Research 1997; 102(B3):5281-5293, March.

Nihei KT, Hilbert Jr LB, Cook NGW, Myer LR. Frictional effects on the compressibility of sandstone. EOS, Transactions of the American Geophysical Union 1996; 77(46).

Kastenberg WE, Peterson PF, Ahn J, Burch J, Casher G, Chambre PL, Greenspan E, Olander DR, Vujic JL, Bessinger B, Cook NGW, Doyle FM, Hilbert LB Jr. Consideration of autocatalytic criticality of fissile materials in geologic repositories. Nuclear Technology 1996; 115:298-310, September.

McCall KR, Guyer RA, Zhu L, Boitnott GN, Hilbert LB Jr, Plona TJ. Experimental determination of the linear and nonlinear dynamic moduli of rock from quasistatic measurements. Proceedings, 2nd North American Rock Mechanics Symposium: NARMS'96, Aubertin M, Hassani F, Mitri H (eds), Quebec, Canada, 19-21, Balkema, Rotterdam, Netherlands, pp. 147-154, June 1996.

Hilbert LB, Fredrich, JT, Bruno MS, Dietrick GL, de Rouffignac EP. Two-dimensional nonlinear finite element analysis of well damage due to reservoir compaction, well-to-well interactions, and localization on weak layers. Proceedings, 2nd Annual North American Rock Mechanics Symposium, p. 19-21, Montreal, Canada, June 1996.

Bessinger BA, Yi W, Suarez-Rivera R, Nihei K, Hilbert LB, Myer LR. P-Wave amplitude anisotropy in limestones. Proceedings, 7th International Workshop in Seismic Anisotropy, Miami, FL, February 1996.

Hilbert LB, Bessinger BA, Cook NGW. Effects of bedding planes and discontinuities on the sorptivity and permeability of rock. Presented at Fall Meeting of AGU, December 11-15, 1995.

Zhu L, Guyer RA, McCall KR, Boitnott GN, Hilbert LB Jr, Plona TJ. Experimental determination of the linear and nonlinear dynamic moduli of rock from quasistatic measurements. Journal of the Acoustical Society of America 1995 Nov; 98:2905-2905.

Hilbert L, Cook NGW, Myer L. Numerical modeling of highly jointed and fractured media using discontinuous deformation methods. Proceedings, 8th International Congress on Rock Mechanics, Vol. 3, pp. 1159-1165, Tokyo, Japan, September 1995.

Hilbert LB, Liu Z, Cook NGW. On the use of substructuring and domain decomposition techniques in discontinuum mechanics. Proceedings, 32nd Annual Technical Meeting Society of Engineering Science, New Orleans, LA, October 1995.

Hilbert LB Jr, Yi W, Cook NGW, Cai Y, Liang GP. A new discontinuous finite element method for interaction of many deformable bodies in geomechanics. Proceedings, 8th International Conference on Computational Method and Advances in Geomechancis, pp. 836-931, May 1994.

Hilbert LB, Hwong TK, Cook NGW, Nihei KT, Myer LR. Effects of strain amplitude on the static and dynamic nonlinear deformation of Berea sandstone. In: Rock Mechanics Models and Measurements Challenges from Industry, Nelson P and Laubach S (eds), Proceedings of 1st North American Rock Mechanics Symposium, pp. 497-504, June 1994.

Hilbert LB, Hwong T, Cook NGW, Nihei KT, Myer LR. Micromechanics of the static and dynamic nonlinear behavior of Berea sandstone. EOS, Transactions of the American Geophysical Union 1993; 74(43):236.

Hilbert LB, Kalil IA. Evaluation of premium threaded connections using finite element analysis and full-scale testing. Proceedings, IADC/SPE Drilling Conference, New Orleans, LA, February 1992.

Banon H, Johnson DV, Hilbert LB. Reliability considerations in design of steel and CRA production tubing strings. Proceedings of the 1st International SPE Conference on Health, Safety, and the Environment, SPE 23483, The Hague, The Netherlands, pp. 673-680, November 1991.

Kocian EM, Mefford RN, Hilbert LB, Kalil IA. Compressive loading casing design. Proceedings, 1990 IADC/SPE Drilling Conference, IADC/SPE 19923, Houston, TX, pp. 145-155, February 22-March 2, 1990.

Hilbert LB, Janna WS. The feasibility of electric power generation by the wind on the University of New Orleans Campus. Proceedings, ASME Energy Sources Technology Conference and Exhibition, 82-PET-1, New Orleans, LA, March 1982.

**Book Chapters**

Hilbert, LB et al., National Academies of Sciences, Engineering, and Medicine. High-Performance Bolting Technology for Offshore Oil and Natural Gas Operations. Washington, DC: The National Academies Press. June 2018. https://doi.org/10.17226/25032

Hilbert LB.  Chapter 7. Reservoir Integrity. In:  Underground Gas Storage Regulatory Considerations: A Guide for State and Federal Regulatory Agencies. Ground Water Protection Council and Interstate Oil and Gas Compact Commission. May, 2017.

Hilbert LB. Reservoir compaction, subsidence and well damage. In: Numerical Analysis and Modeling in Geomechanics, Chapter 11. John Bull (ed), Spon Press, May 2003.

**Other Technical Publications**

Saba T, Mohsen MFN, Hilbert LB, Garry MR. Methanol use in hydraulic fracturing fluids. White Paper, August, 29, 2011.

**Presentations and Lectures**

Hilbert LB, Saba T. Recent developments in hydraulic fracturing. Presented at: A Whole New Ballgame: Oil and Gas in the Trump Administration. A Seminar by Husch Blackwell, LLP. April  Denver, CO, 27, 2017.

Hilbert LB. Society of Petroleum Engineers Distinguished Lecture Program: Well design and integrity: Importance, Risk and scientific certainty. Invited Lecture, 2015-2016.

Hilbert LB, Saba T, Murali A. Hydraulic fracturing: An overview of the current environmental and

engineering issues. Exponent Webinar, October 14, 2015.

Hilbert LB, Schell JD, Meyer AA. Considerations of risk in hydraulic fracturing. Invited speaker. ASME Silicon Valley Section Technical Dinner Talk, February 27, 2014.

Hilbert LB, Mosher GE, Schell JD. Hydraulic fracturing: Myths and realities. Exponent Webinar, May 14, 2013.

Hilbert LB, Stewart SE. Hydraulic fracturing: The process. Invited Speaker. Seminar on Fracking Law: From Land Contract Negotiations to Environmental Disputes, National Business Institute Attorney Presentations. Grand Rapids, MI. February 19, 2013.

Hilbert LB (Moderator), et al. Hydraulic fracturing science update and frontiers. Invited Speaker. Seminar presentation: Key Legal Issues and Future Directions in the Environmental Impacts of Shale Development and Hydraulic Fracturing. Sponsored by ALI CLW American Law Institute, November 29, 2012.

Hilbert LB, Hardin WA. Understanding fracing, the potential risks and risk management concerns. Invited Speaker, Shale Gas Drilling Operations (Fracking) Conference, New York, NY, October 3, 2012.

Hilbert LB, Mathieson EL, Osteraas JD. Earthquakes 101: Natural and man-made sources and consequences. Exponent Webinar, January 26, 2012.

Hilbert LB, Saba T, Mohsen F. Hydraulic fracturing: What are the key engineering and environmental issues? Exponent Webinar, May 25, 2011.

Hilbert LB. Unconventional gas resources: Shale gas and hydraulic fracturing. Invited Speaker, Poland - Silicon Valley Technology Symposium, Palo Alto, CA, December 4-7, 2010.

Hilbert LB, Saraf VS. Buckling of multiple concentric casings. Presentation, 2007 West Regional ABAQUS User's Conference, Las Vegas, NV, October 2007.

Hilbert LB. The development and application of user material subroutines for large deformation thermomechanical modeling of Teflon. Presentation, 2006 West Regional ABAQUS User's Conference, Emeryville, CA, October 24-25, 2007.

Hilbert LB. Challenges in constitutive modeling of soft unconsolidated rocks. Presentation, Society of Petroleum Engineers Forum "Challenges in Unconsolidated Reservoirs: Reservoir Performance," Kananaskis, Canada, August 26-31, 2007.

Hilbert LB. Finite element methods in geomechcanics. Invited Lecture, Stanford University, March 2, 2007.

Hilbert LB, Bergström JS. Finite element modeling of a thermoplastic seal at high temperature and pressure. Presentation, 2005 East Regional ABAQUS User's Conference, Westborough, MA, November, 2005.

Hilbert LB. Evaluating pressure integrity of polymer ring seals for threaded connections in HP/HT wells and expandable casing. Presentation, American Society of Mechanical Engineers, North West Houston Sub Section, Houston, TX, September 27, 2003.

Hilbert LB. Analysis of pressure integrity of polymer ring seals. Presentation, American Society of Mechanical Engineers, Silicon Valley Chapter, Mountain View, CA, September 18, 2003.

Hilbert LB. Failure analysis in the petroleum industry. Presentation, Society of Petroleum Engineers, Los

Angeles Basin Section, Long Beach, CA, May 9, 2000.

Hilbert LB. Limitations and unfulfilled expectations of numerical methods in underground design and construction. Presentation, 3rd Geo-Institute Conference, Urbana, IL, June 1999.

Hilbert LB. Landslides! Presentation, Association of Defense Council, South Lake Tahoe, NV, June 1998.

Hilbert LB. Applications of forensics in geotechnical engineering. Presentation, Society of Civil Engineers of California Polytechnic State University, San Luis Obispo, CA, October 1998.

Hilbert LB. On the relationship between the pseudo rigid body and discontinuous deformation analysis. Presentation, Neville G.W. Cook Conference, Berkeley, CA, October 1998.

Hilbert LB. Failure analysis in petroleum engineering. Invited Lecture, Stanford University Petroleum Engineering Seminar, February 1998.

Hilbert LB. Geomechanical modeling of subsidence-induced well failures. Society of Petroleum Engineering, Golden Gate Section, San Francisco, CA, December 1997.

Hilbert LB. Discontinuum mechanics: The Manifold Method and the Finite Element Method. Presentation, Working Forum on the Manifold Method of Material Analysis, U.S. Army Corps of Engineers, Waterways Experiment Station, Timber Cove, CA, October 1995.

Hilbert LB. Computational geomechanics at Lawrence Berkeley National Laboratory. Kiso-Jiban Consultants Co., Tokyo, Japan, September 1995.

Hilbert LB. A finite element method for jointed, fractured and faulted geomaterials. Invited Lecture, Earth Sciences Division Seminar, Lawrence Berkeley National Laboratory, Berkeley, CA, July 1994.

Hilbert LB. Computational discontinuum analysis geoengineering seminar. Invited Lecture, University of California at Berkeley, October 1994.

Hilbert LB. Tubular string design. Invited Lecture, Subsurface Engineering School, Exxon Company U.S.A., Houston, TX, October 1991.

Hilbert LB. Casing and tubing course. Invited Lecture, Esso Production Malaysia Inc., Kerteh, Malaysia, October 1991.

Hilbert LB. Overview of production engineering school. Invited Lecture, Saudi Aramco, Dhahran, Saudi Arabia, August, 1991

Hilbert LB. Casing and tubing school. Invited Lecture, Exxon Production Research Company, Houston, Texas, April 1991.

Hilbert LB. Tubular design in Subsurface Engineering School. Invited Lecture, Exxon Company U.S.A., Houston, TX, June 1990.

Hilbert LB. The Walne 1-34: Exxon's deepest well. Invited Lecture, Exxon Production Research Company Production Seminar, Houston, TX, August 1989.

Hilbert LB. Evaluation methods for premium threaded connections. Invited Lecture, Exxon Production Research Company Production Seminar, Houston, TX, November 1988.

Hilbert LB. Premium tubing connections and analysis. Invited Lecture, Saudi Aramco Mid-Year Technical Review, Dhahran, Saudi Arabia, June 1988.

Hilbert LB. Tubular string design and stability analysis. Invited Lecture, Exxon Production Research Company Production Seminar, Houston, TX, December 1986.

Hilbert LB. Well completions and workovers school. Invited Lecture, Exxon Production Research Company, Houston, Texas; Kerteh, Malaysia; Ras Tanura and Dhahran, Saudi Arabia; Sale, Australia, 1983-1981.

# Exhibit 9B

## Materials Considered

<u>Materials Considered</u>

- US Pat No. 10,862,307 and prosecution history.

- US Pat No. 10,862,309 and prosecution history.

- US Pat No. 11,437,821 and prosecution history.

- US Pat No. 11,451,059 and prosecution history.

- Google Maps Image of Alkane's Seminole, TX Site -
  https://www.google.com/maps/place/Alkane+Midstream/@32.6528598,-102.8162514,3a,75y,90t/data=!3m8!1e2!3m6!1sAF1QipMZuo9AubVyF6n5RokTXcCUeicjX4KhAGfwpukv!2e10!3e12!6shttps:%2F%2Flh5.googleusercontent.com%2Fp%2FAF1QipMZuo9AubVyF6n5RokTXcCUeicjX4KhAGfwpukv%3Dw203-h152-k-no!7i3968!8i2976!4m7!3m6!1s0x86fc899ec4647283:0xdcc54f7ac60124dd!8m2!3d32.6526757!4d-102.8162529!14m1!1BCgIgARICEAE

- Google Maps Image of Alkane's Seminole, TX Site -
  https://www.google.com/maps/place/Alkane+Midstream/@32.6528598,-102.8162514,3a,75y,90t/data=!3m8!1e2!3m6!1sAF1QipOJa3hGV-yMcqO0U8XS4sdRTpspMGnrvQHRKffM!2e10!3e12!6shttps:%2F%2Flh5.googleusercontent.com%2Fp%2FAF1QipOJa3hGV-yMcqO0U8XS4sdRTpspMGnrvQHRKffM%3Dw114-h86-k-no!7i3968!8i2976!4m5!3m4!1s0x86fc899ec4647283:0xdcc54f7ac60124dd!8m2!3d32.6526757!4d-102.8162529

- Google Maps Image of Alkane's Seminole, TX Site -
  https://www.google.com/maps/place/Alkane+Midstream/@32.6528598,-102.8162514,3a,75y,90t/data=!3m8!1e2!3m6!1sAF1QipMR2TliEw0Y9Boz82T8v2aUpBA0APULONFTgvmN!2e10!3e12!6shttps:%2F%2Flh5.googleusercontent.com%2Fp%2FAF1QipMR2TliEw0Y9Boz82T8v2aUpBA0APULONFTgvmN%3Dw203-h270-k-no!7i1512!8i2016!4m5!3m4!1s0x86fc899ec4647283:0xdcc54f7ac60124dd!8m2!3d32.6526757!4d-102.8162529

- Google Maps Image of Alkane's Seminole, TX Site -
  https://www.google.com/maps/place/Alkane+Midstream/@32.6528598,-102.8162514,3a,75y,90t/data=!3m8!1e2!3m6!1sAF1QipN1n8PiBNC3Ft_zA0vQATKu6z95x9cZd55J7Hbf!2e10!3e12!6shttps:%2F%2Flh5.googleusercontent.com%2Fp%2FAF1QipN1n8PiBNC3Ft_zA0vQATKu6z95x9cZd55J7Hbf%3Dw367-h100-k-no!7i2426!8i660!4m5!3m4!1s0x86fc899ec4647283:0xdcc54f7ac60124dd!8m2!3d32.6526757!4d-102.8162529

- Google Maps Image of Alkane's Seminole, TX Site - https://www.google.com/maps/place/Alkane+Midstream/@32.6528598,-102.8162514,3a,75y,90t/data=!3m8!1e2!3m6!1sAF1QipMLqMLUKniTbbb_ZEzmCuurpI8d42ZGIjxjWGji!2e10!3e12!6shttps:%2F%2Flh5.googleusercontent.com%2Fp%2FAF1QipMLqMLUKniTbbb_ZEzmCuurpI8d42ZGIjxjWGji%3Dw203-h152-k-no!7i3264!8i2448!4m5!3m4!1s0x86fc899ec4647283:0xdcc54f7ac60124dd!8m2!3d32.6526757!4d-102.8162529

- Alkane's WDEA Annual Meeting Presentation (Oct. 30, 2019).

- Crusoe's North Dakota Energy Development and Transition Committee Meeting Presentation (Nov. 14, 2019).

- Alkane's North Dakota Energy Development and Transition Committee Meeting Presentation (Nov. 14, 2019).

- NDPC Technical Solutions Group Agenda – Q1-2020 (Mar. 3, 2020)

- Alkane's North Dakota Energy Development and Transition Committee Meeting Presentation (Oct. 6, 2019).

- Energy Development and Transition Committee Meeting Minutes (Oct 6, 2020).

- Alkane's Energy Development and Transition Committee Meeting Presentation (Oct 6, 2020).

- Power Profile Pad Power with Flare Gas Leaflet.

- Alkane Webpage - https://alkanenrg.com/

- Alkane Midstream LinkedIn webpage- https://www.linkedin.com/company/alkane

- Alkane Power Solutions LinkedIn webpage - https://www.linkedin.com/showcase/power-solutions_

- Taylor Power Systems TG400 Specification Sheet - https://www.taylorpowergenerators.com/generator/spec-sheets/TG400.pdf

- Taylor Power Systems TG450 Specification Sheet - https://www.taylorpowergenerators.com/generator/spec-sheets/TG450.pdf

- *See* Satoshi Nakamoto, Bitcoin: *A Peer-to-Peer Electronic Cash System* (2008).

- Arvind Narayanan et al., *Bitcoin and Cryptocurrency Technologies*, Princeton University Press (forthcoming 2016) (manuscript).

- Satish Ravindran et. al., *Bakken Flare Mitigation Field Trial*, Unconventional Resources Technology Conference (Aug. 1-3, 2016).

- Maria Andrei et. al., *Gas to Wire With Carbon Capture & Storage: A Sustainable Way for On-Site Power Generation by Produced Gas*, Society of Petroleum Engineers (Nov. 13-16, 2017).

- Rachel Henderson et. al., *Oilfield Flare Gas Electricity Systems (OFFGASES) Project*, National Energy Technology Laboratories (Apr. 28, 2008).

- Justin Wingerter, *Bitcoin mining power pioneer Crusoe Energy sues rival, alleges patent theft*, BusinessDen, (Aug. 26, 2022) available at: https://businessden.com/2022/08/26/bitcoin-mining-power-pioneer-crusoe-energy-sues-rival-alleges-patent-theft/

- All of Alkane's briefing related to Crusoe's motion for a temporary restraining order and all exhibits thereto, including but not limited to ECF 35, 36, 37, 38, 51.

# Exhibit 9C

Infringement Claim Chart of U.S. Pat. No. 10,862,307

**Crusoe Energy Systems Inc.: US10862307– INFRINGEMENT CHART**              PAGE 1 OF 25

| Claim | Claim Elements | Accused Product |
|---|---|---|
| 1 | 1(a). "A flare mitigation system comprising: an electrical power generation system comprising:" | Alkane has committed and continues to commit acts of infringement under 35 U.S.C. § 271 by making, using, selling, and offering to sell *a flare mitigation system*—which it refers to as a "Flare Gas Management" system—that includes *an electrical power generation system* that is comprised of one or more generators used to convert natural gas into electrical power, which is in turn used to power a distributed computing system.<br><br>The below image is from the title slide of a presentation given by Alkane on October 6, 2020[1], in which Alkane described its Flare Gas Management system.<br><br><br>*Energy Development and Transition Committee Meeting Minutes* (Oct 6, 2020), at app. D, slide 1.<br><br>The image below is a figure from Alkane's October 6, 2020 presentation that depicts Alkane's Flare Gas Management system at a high-level.  The figure illustrates flare gas flowing from the wellhead into Alkane's Flare Gas Management system, which includes a "Power Generation" sub-system depicted by a lightbulb icon.  The figure also illustrates that electrical power generated by the Power Generation sub-system is transmitted to and used to power a distributed computing system used to conduct computing operations relating to "Financial Transactions" or "Cloud Computing."  A person of ordinary skill in the art would understand from this figure that the Power Generation sub-system in Alkane's Flare Gas Mitigation system includes one or more generators that convert the flare gas flowing from the wellhead into electrical power. |

[1] The title slide of Alkane's "Flare Gas Management and LNG Distribution" presentation is dated October 5, 2020. As per the Energy Development and Transition Committee meeting minutes, the presentation was delivered on October 6, 2020. *See Energy Development and Transition Committee Meeting Minutes* (Oct 6, 2020). The presentation will be referred to herein according to the date the presentation was given.

**Crusoe Energy Systems Inc.: US10862307– INFRINGEMENT CHART**                    PAGE 2 OF 25



*Energy Development and Transition Committee Meeting Minutes* (Oct 6, 2020), at app. D, slide 6.

The photo below depicts a version of Alkane's Flare Gas Management systems installed at a site in Tioga, ND.  As shown in this photo, the system includes one or more generators (red arrow) that are used to generate electrical power, which is in turn used to power a distributed computing system located within the pictured shipping container (red box). Alkane's Vice-President Mr. Edward Woods confirmed that the shipping container is a "data center" that encloses the distributed computing units.  ECF 36 at ¶ 27.

**Crusoe Energy Systems Inc.: US10862307– INFRINGEMENT CHART**

| | | |
|---|---|---|
| | |  *Google Maps*, June 2020 (last visited: Aug. 16, 2022), Alkane Midstream Seminole, TX (placed by owner), available at: https://bit.ly/3LLwmuY[2] |
| | 1(b). "one or more power generation modules, each adapted to:" | Alkane's system includes *one or more power generation modules*. Specifically, as explained above with respect to element 1(a), Alkane's system includes one or more generators that are used to convert natural gas into electrical power. |
| | 1(c). "receive a fuel gas stream comprising a fuel gas associated with a heat value of at least about 1,000 Btu/scf; and" | Each of the generators in Alkane's system *receives a fuel gas stream comprising a fuel gas associated with a heat value of at least about 1,000 Btu/scf.*<br><br>As shown in the three figures below, natural gas with a heat value of at least 1,000 BTU/scf flows into the Power Generation sub-system, which—as explained above with respect to elements 1(a) and 1(b)—includes *one or more power generation modules*. The first two figures included below illustrate that fuel gas with a heat value of "1,200+ BTU" flows into the Power Generation sub- |

[2] Although Google Maps indicates this photo is from a site in Seminole, Texas, Alkane asserted in its filings in this case that these photos are of a site in Tioga, North Dakota.

system.  Similarly, the third figure illustrates that fuel gas flowing into the Power Generation sub-system has a heat value of 1,180 BTU.



*Energy Development and Transition Committee Meeting Minutes* (Oct 6, 2020), at app. D, slide 6.



*Energy Development and Transition Committee Meeting Minutes* (Oct 6, 2020), at app. D, slide 7.



*Energy Development and Transition Committee Meeting Minutes* (Oct 6, 2020), at app. D, slide 8.

The photo included below depicts a version of Alkane's Flare Gas Management systems installed at a site in Tioga, ND.  As shown in the photo, the system includes a fuel gas stream in the form of liquid natural gas or compressed natural gas (identified by the red arrow) that flows to one or more generators (identified by the red box).

**Crusoe Energy Systems Inc.: US10862307– INFRINGEMENT CHART**          PAGE 6 OF 25



*Google Maps*, June 2020 (last visited: Aug. 16, 2022), Alkane Midstream Seminole, TX (placed by owner), available at: https://bit.ly/3LLwmuY[3]

| 1(d). "consume the fuel gas stream to generate a high-voltage electrical output associated with a first voltage; and" | Alkane's system uses generators that *consume the fuel gas stream to generate a high-voltage electrical output associated with a first voltage.*<br><br>As explained above with respect to elements 1(a) and 1(b), the Power Generation sub-system of Alkane's system includes one or more generators that convert fuel gas into electrical power, which is in turn used to power a distributed computing system.  This is illustrated in the figure included below, which depicts (a) a fuel gas stream flowing into the Power Generation sub-system, and (b) |

---

[3] Although Google Maps indicates this photo is from a site in Seminole, Texas, Alkane asserted in its filings in this case that these photos are of a site in Tioga, North Dakota.

electrical power being transmitted from the Power Generation sub-system to the distributed computing sub-system.  A person of ordinary skill in the art would understand from this figure that the Power Generation sub-system *consumes the fuel gas stream to generate* electrical power.



*Energy Development and Transition Committee Meeting Minutes* (Oct 6, 2020), at app. D, slide 6.

The photo included below, which illustrates a version of Alkane's system installed at a site in Tioga, ND, depicts multiple Taylor Power Systems® gas generators.  According to the specification for these generators, they are capable of generating an electrical output across a range of voltages, though the specific output voltage depends on the configuration in which the generators are being operated.  One of Alkane's marketing documents—an excerpt of which is also included below—indicates the generators are configured to generate an electrical output with a voltage of "480 VAC."  Alkane's Vice-President Mr. Edward Woods has indicated, however, that at least some of Alkane's generators are configured to generate an electrical output at 415 VAC.  ECF 36 at ¶ 22.  A person of ordinary skill in the art would understand the electrical output of the generators used by Alkane—whether configured to generate an electrical output with a voltage of 480 VAC or 415 VAC—to be *a high-voltage electrical output associated with a first voltage*.

**Crusoe Energy Systems Inc.: US10862307– INFRINGEMENT CHART**                              PAGE 8 OF 25



*Google Maps*, June 2020 (last visited: Aug. 16, 2022), Alkane Midstream Seminole, TX (placed by owner), available at: https://bit.ly/3LLwmuY[4]

---

[4] Although Google Maps indicates this photo is from a site in Seminole, Texas, Alkane asserted in its filings in this case that these photos are of a site in Tioga, North Dakota.

**Crusoe Energy Systems Inc.: US10862307– INFRINGEMENT CHART**                    PAGE 9 OF 25

| | |
|---|---|
| | **FLARE GAS POWER GENERATION DETAILS**<br><br>Well Pad — Bakken flare gas; 2mmcf/d flare; Grid power not available; 6,500 BBL/d production; 4,500kW load for 7xESP pumps; 500kW Ancillary loads<br><br>Gas Distribution — Liquid knock-out tank; Heat-traced / Insulated; 2" Gas distribution manifold<br><br>**Flare Gas-fueled Generator Sets — 13x400kW (Rated) trailer-mounted generator sets; 480VAC, 60Hz Output; N+1 Configuration**<br><br>Power Distribution — Paralleled generator sets; 3x Power distribution panels<br><br>Safety / Telemetry — Remote monitor and control; Automatic alarm and dispatch; Automatic LPG switchover; Customer dashboard available<br><br>**ALKANE POWER - SUPPORT**<br><br>Support — Dickinson and Tioga dispatch; Central remote monitoring<br><br>Support Team — 15 Local Power Technicians; Full Genset O/H Capability; 24/7 Remote Monitoring Team<br><br>Alkane Midstream, Leaflet, *Power Profile Pad Power with Flare Gas*. |
| 1(e). "a parallel panel in electrical communication with each of the power generation modules, the parallel panel adapted to: receive the high-voltage electrical output from each of the power generation modules; and combine and synchronize said | Alkane's system includes *a parallel panel in electrical communication with each of the power generation modules, the parallel panel adapted to receive the high-voltage electrical output from each of the power generation modules; and combine and synchronize said high-voltage electrical outputs into a combined high-voltage electrical output.*<br><br>As explained above with respect to element 1(d), Alkane's system includes a Power Generation sub-system that includes one or more generators that generate a high-voltage electrical output that is associated with a first voltage of about 480 VAC or 415 VAC.  Alkane's documentation indicates that those one or more generators are used in parallel sets. |

**Crusoe Energy Systems Inc.: US10862307– INFRINGEMENT CHART**

| | high-voltage electrical outputs into a combined high-voltage electrical output" | **Power Distribution**  ○ Paralleled generator sets  ○ 3x Power distribution panels<br><br>Alkane Midstream, Leaflet, *Power Profile Pad Power with Flare Gas*.<br><br>Because Alkane's Power Generation sub-system uses parallel sets of generators, in order to have a single power source to power a distributed computing system, it must also include a parallel panel (or equivalent component) that receives the separate three-phase outputs from those generators, and combines and phase-synchronizes them into a synchronous three-phase high-voltage electrical output.  This is so because the separate, un-synchronized three-phase outputs from the parallel generators could not be used to power the distributed computing system.<br><br>The photo below, which illustrates a version of Alkane's system installed at a site in Tioga, ND, shows a parallel panel (identified by the upward red arrow) disposed between and connected to the parallel sets of generators (identified by red box) and the data center that houses the distributed computing system (identified by downward arrow).  A person of ordinary skill in the art would understand, based on this photo, that the parallel panel receives the separate three-phase electrical outputs from each of the generators.  In order for those electrical outputs to be used to power the distributed computing system, the parallel panel must necessarily combine and phase-synchronize them into a synchronous three-phase high-voltage electrical output. |
| --- | --- | --- |

**Crusoe Energy Systems Inc.: US10862307– INFRINGEMENT CHART**                    PAGE 11 OF 25



*Google Maps*, June 2020 (last visited: Aug. 16, 2022), Alkane Midstream Seminole, TX (placed by owner), available at: https://bit.ly/3LLwmuY[5]

| 1(f). "an electrical transformation module in electrical communication with the parallel panel, the electrical transformation module adapted to: receive the combined high-voltage electrical output; and transform the combined high-voltage | Alkane's system includes *an electrical transformation module in electrical communication with the parallel panel*. The electrical transformation module is *adapted to receive the combined high-voltage electrical output and transform the combined high-voltage electrical output into a low-voltage electrical output associated with a second voltage that is lower than the first voltage*.<br><br>As explained above with respect to element 1(a)-(d), Alkane's system includes a *power generation module*, which is labeled as the Power Generation sub-system in the figures from Alkane's October 6, 2020 presentation.<br><br>As explained above with respect to element 1(d), Alkane contends that its generators are configured to generate a three-phase electrical output at 415 VAC. *See* ECF 36 at ¶ 22; ECF 51 at 3. As explained above with respect to element 1(e), the parallel panel receives the three-phase |

---

[5] Although Google Maps indicates this photo is from a site in Seminole, Texas, Alkane asserted in its filings in this case that these photos are of a site in Tioga, North Dakota.

**Crusoe Energy Systems Inc.: US10862307– INFRINGEMENT CHART**                         PAGE 12 OF 25

| | | |
|---|---|---|
| | electrical output into a low-voltage electrical output associated with a second voltage that is lower than the first voltage;" | output from each of the generators, and combines and phase-synchronizes them into a synchronous three-phase high-voltage electrical output, the voltage of which remains unchanged.  A person of ordinary skill in the art would understand that passing the three-phase 415 VAC output directly to distributed computing units would cause damage to the computing units.  Thus, a person of ordinary skill in the art would understand that an electrical transformation module would be required to "convert" the three-phase 415 VAC electrical output "into an electrical flow that is suitable for consumption by computing equipment."  '307 Patent at 17:57-63.  Specifically, a person of ordinary skill in the art would understand that the three-phase 415 VAC output would either need to be stepped-down to a voltage suitable for the distributed computing units or converted into individual phase circuits.  Alkane itself contends that its system does the latter.  Alkane acknowledges that the three-phase 415 VAC output is not passed directly to the distributed computing units; rather, those units are powered "with 240 V single-phase."  ECF 51 at 3. |
| | 1(g). "a distributed computing system powered by the electrical power generation system, the distributed computing system comprising:" | Alkane's system includes *a distributed computing system powered by the electrical power generation system*.<br><br>As explained above with respect to elements 1(a)-(d), Alkane's system includes a Power Generation sub-system that generates electrical power that is used to power a distributed computing system.  The figures included below, which are excerpted from Alkane's October 6, 2020 presentation, illustrate the Power Generation sub-system and the distributed computing system that it powers, which (in these figures) is used for computing operations relating to "Financial Transactions" and "Cloud Computing." |

**Crusoe Energy Systems Inc.: US10862307– INFRINGEMENT CHART**



*Energy Development and Transition Committee Meeting Minutes* (Oct 6, 2020), at app. D, slide 7.



*Energy Development and Transition Committee Meeting Minutes* (Oct 6, 2020), at app. D, slide 6.

The photo below, which illustrates a version of Alkane's system installed at a site in Tioga, ND, shows the data center that houses the distributed computing system(identified by a red arrow) in

<table>
<tr><td></td><td></td><td>

electrical connection with the Power Generation sub-system (identified by the red box).  Indeed, there is no other observable mechanism or sub-system in this installation that could supply power to the distributed computing system.



*Google Maps*, June 2020 (last visited: Aug. 16, 2022), Alkane Midstream Seminole, TX (placed by owner), available at: https://bit.ly/3LLwmuY[6]

</td></tr>
<tr><td></td><td>

1(h). "a communications system comprising one or more data satellite antennas, the communications

</td><td>

The distributed computing system in Alkane's system includes *a communications system comprising one or more data satellite antennas adapted to provide a network.*

The figures included below from Alkane's October 6, 2020 presentation indicate that the distributed computing system included in Alkane's Flare Gas Management system is used to perform computing operations related to "Financial Transactions" and/or "Cloud Computing."

</td></tr>
</table>

[6] Although Google Maps indicates this photo is from a site in Seminole, Texas, Alkane asserted in its filings in this case that these photos are of a site in Tioga, North Dakota.

| | system adapted to provide a network; and" |  *Energy Development and Transition Committee Meeting Minutes* (Oct 6, 2020), at app. D, slide 7.<br><br> *Energy Development and Transition Committee Meeting Minutes* (Oct 6, 2020), at app. D, slide 6. |

| | | |
|---|---|---|
| | | In order to perform such computing operations, the distributed computing system must necessarily include a communications system that connects the distributed computing system to a communications network.[7]<br><br>The photo below, which illustrates a version of Alkane's system installed at a site in Tioga, ND, shows data satellite antennas or their equivalent (indicated by the red arrow).<br><br><br><br>*Google Maps*, June 2020 (last visited: Aug. 16, 2022), Alkane Midstream Seminole, TX (placed by owner), available at: https://bit.ly/3LLwmuY[8]<br><br>Mr. Woods has indicated, however, that at least some of Alkane's systems (including the system pictured above) use a fiber optic network connection rather than a data satellite antenna. ECF 36 at ¶ 28. A person having ordinary skill in the art would understand that a fiber optic network |

---

[7] The figures illustrating Alkane's system link the "Financial Transactions" performed by the distributed computing system to Bitcoin mining because the Bitcoin logo is depicted around "Financial Transactions." The following two references state that Bitcoin mining operations require a network connection. *See* Satoshi Nakamoto, Bitcoin: *A Peer-to-Peer Electronic Cash System*, 2–4 (2008); Arvind Narayanan et al., *Bitcoin and Cryptocurrency Technologies*, Princeton University Press (forthcoming 2016) (manuscript at 8).

[8] Although Google Maps indicates this photo is from a site in Seminole, Texas, Alkane asserted in its filings in this case that these photos are of a site in Tioga, North Dakota.

|  |  | connection is an equivalent to a data satellite antenna in that both provide access to a communications network. Any differences between the fiber optic network connection and the data satellite antenna are insubstantial, as substituting a fiber optic network connection for a data satellite antenna would be a trivial alteration to a person of ordinary skill. Thus a fiber optic network connection falls within the scope of infringement claims under the Doctrine of Equivalents. |
|---|---|---|
|  | 1(i). "a first mobile data center comprising: an enclosure defining an interior space, a plurality of distributed computing units located within the interior space of the enclosure, each of the plurality of distributed computing units in communication with the network; and" | The distributed computing system of Alkane's system includes *a first mobile data center comprising: an enclosure defining an interior space* and *a plurality of distributed computing units located within the interior space of the enclosure, each of the plurality of distributed computing units in communication with the network*.<br><br>As shown in the photo below, which illustrates a version of Alkane's system installed at a site in Tioga, ND, the data centers in Alkane's systems are housed in shipping containers (identified by the red arrow). These containers are enclosures that define an interior space.<br><br> |

| | | |
|---|---|---|
| | | *Google Maps*, June 2020 (last visited: Aug. 16, 2022), Alkane Midstream Seminole, TX (placed by owner), available at: https://bit.ly/3LLwmuY[9]<br><br>As explained above with respect to elements 1(g)-(h), materials relating to Alkane's Flare Gas Management system indicate that the distributed computing system is used to perform computing operations related to Financial Transactions (such as Bitcoin mining) and Cloud Computing.  Such operations would not be profitably performed with a single distributed computing unit, nor with a computing unit that has no network connection.  Thus, the distributed computing system must necessarily include *a plurality of distributed computing units in communication with the network*. |
| | 1(j): "a power system located at least partially within the interior space of the enclosure, the power system in electrical communication with the electrical transformation module and the plurality of distributed computing units such that the power system receives the low-voltage electrical output and powers each of the plurality of distributed computing units." | The first mobile data center of Alkane's system includes *a power system located at least partially within the interior space of the enclosure*.  Further, the power system is (a) *in electrical communication with the electrical transformation module and the plurality of distributed computing units*, and (b) *receives the low-voltage electrical output and powers each of the plurality of distributed computing units*.<br><br>As explained above with respect to element 1(f), Alkane's system includes a transformation module that converts the high-voltage electrical output from a first voltage to a second, lower voltage that can be used to power the distributed computing system. In order to power the distributed computing units within the mobile data center, that transformation module must necessarily be in electrical communication with a power system within the mobile data center such that the power system receives the output from the transformation module. The power system in the mobile data center must in turn be in electrical communication with the distributed computing units such that it powers each of the distributing computing units using the electrical output from the transformation module. If these components of the system are not in electrical communication with one another, the system would not function. |

---

[9] Although Google Maps indicates this photo is from a site in Seminole, Texas, Alkane asserted in its filings in this case that these photos are of a site in Tioga, North Dakota.

**Crusoe Energy Systems Inc.: US10862307– INFRINGEMENT CHART**     PAGE 19 OF 25

| 14. | "A system according to claim 1, further comprising a monitoring and control system in communication with the distributed computing system via the network." | Alkane's system includes *a monitoring and control system in communication with the distributed computing system via the network.*<br><br>Alkane's marketing documents (excerpted below) demonstrates that Alkane's system includes remote monitoring and control capabilities.  To enable **remote** monitoring and control, the monitoring and control system must be network, connected to a communications such as the one provided by the communications sub-system discussed above with respect to element 1(h). |
|---|---|---|



**FLARE GAS POWER GENERATION DETAILS**

| | |
|---|---|
| Well Pad | ○ Bakken flare gas<br>○ 2mmcf/d flare<br>○ Grid power not available<br>○ 6,500 BBL/d production<br>○ 4,500kW load for 7xESP pumps<br>○ 500kW Ancillary loads |
| Gas Distribution | ○ Liquid knock-out tank<br>○ Heat-traced / Insulated<br>○ 2" Gas distribution manifold |
| Flare Gas-fueled Generator Sets | ○ 13x400kW (Rated) trailer-mounted generator sets<br>○ 480VAC, 60Hz Output<br>○ N+1 Configuration |
| Power Distribution | ○ Paralleled generator sets<br>○ 3x Power distribution panels |
| Safety / Telemetry | ○ Remote monitor and control<br>○ Automatic alarm and dispatch<br>○ Automatic LPG switchover<br>○ Customer dashboard available |

**ALKANE POWER - SUPPORT**

| | |
|---|---|
| Support | ○ Dickinson and Tioga dispatch<br>○ Central remote monitoring |
| Support Team | ○ 15 Local Power Technicians<br>○ Full Genset O/H Capability<br>○ 24/7 Remote Monitoring Team |

Alkane Midstream, Leaflet, *Power Profile Pad Power with Flare Gas.*



Alkane Midstream, Leaflet, *Power Profile Pad Power with Flare Gas*.

| | | |
|---|---|---|
| | |  **<u>Remote Monitoring</u>** *Energy Development and Transition Committee Meeting Minutes* (Oct 6, 2020), at app. D, slide 17. |
| 15. | "A system according to claim 1, further comprising a natural gas processing system in communication with the electrical power generation system, the natural gas processing system adapted to process raw natural gas into the fuel gas." | Alkane's system includes *a natural gas processing system in communication with the electrical power generation system, the natural gas processing system adapted to process raw natural gas into the fuel gas*. <br><br> The figures below from Alkane's October 6, 2020 presentation illustrate a "Gas Processing" sub-system (outlined in red) that is connected to the "Power Generation" sub-system.  The figure illustrates that an incoming stream of raw natural gas flows through the Gas Processing sub-system and the output of the Gas Processing sub-system flows to the Power Generation sub-system.  A person of ordinary skill in the art would understand that the output of the Gas Processing sub-system is a fuel gas stream, and thus that the Gas Processing sub-system processes raw natural gas into fuel gas that is delivered to the Power Generation sub-system. In light of the description in the '307 Patent's specification, a person of ordinary skill in the art would understand the Gas Processing sub-system and the Power Generation sub-system to be "in communication with" one another because they are physically connected such that a gas stream flows between them.  For example, when describing the embodiment illustrated in Figure 3, the patent states that the "power generation module 311" is "in communication with a gas supply line such that it may receive fuel gas 302 therefrom."  *See* '307 Patent at 15:37-41. |



*Energy Development and Transition Committee Meeting Minutes* (Oct 6, 2020), at app. D, slide 7.



*Energy Development and Transition Committee Meeting Minutes* (Oct 6, 2020), at app. D, slide 6.

**Crusoe Energy Systems Inc.: US10862307– INFRINGEMENT CHART**                    PAGE 23 OF 25

| 16. | "A system according to claim 1, wherein the plurality of distributed computing units are adapted to mine a cryptocurrency." | The distributed computing units of Alkane's system *are adapted to mine a cryptocurrency*.<br><br>The figures included below from Alkane's October 6, 2020 presentation illustrate that the distributed computing units of Alkane's system are used to perform computing operations relating to "Financial Transactions."  Further, the inclusion of the Bitcoin logo in and around the illustration of the computing equipment used for "Financial Transactions" indicates that the operations performed by those distributed computing units involve cryptocurrency mining.<br><br><br><br>*Energy Development and Transition Committee Meeting Minutes* (Oct 6, 2020), at app. D, slide 6. |



*Energy Development and Transition Committee Meeting Minutes* (Oct 6, 2020), at app. D, slide 7.

In addition, a LinkedIn user posted in August 2022 about a conversation she had with an Alkane representative about Alkane's cryptocurrency mining capabilities.



**Crusoe Energy Systems Inc.: US10862307– INFRINGEMENT CHART**

| | | |
|---|---|---|
| | | Alkane Midstream, LinkedIn (last visited: Aug 3, 2022), available at: https://www.linkedin.com/company/alkane. <br><br> In addition, Ryan Blazei, President of Alkane, was recently quoted, in BussinesDen, as stating: <br><br> "We power customers who mine Bitcoin." <br><br> Justin Wingerter, *Bitcoin mining power pioneer Crusoe Energy sues rival, alleges patent theft*, BusinessDen, (Aug. 26, 2022) available at: https://businessden.com/2022/08/26/bitcoin-mining-power-pioneer-crusoe-energy-sues-rival-alleges-patent-theft/ |

# Exhibit 9D

Infringement Claim Chart of U.S. Pat. No. 10,862,309

| Claim | Claim Elements | Accused Product(s) |
|-------|----------------|---------------------|
| 1 | 1(a): "A flare mitigation system comprising: an electrical power generation system comprising:" | Alkane has committed and continues to commit acts of infringement under 35 U.S.C. § 271 by making, using, selling, and offering to sell *a flare mitigation system*—which it refers to as a "Flare Gas Management" system—that includes *an electrical power generation system* that is comprised of one or more generators used to convert natural gas into electrical power, which is in turn used to power a distributed computing system.<br><br>The below image is from the title slide of a presentation given by Alkane on October 6, 2020[1], in which Alkane described its Flare Gas Management system.<br><br><br><br>*Energy Development and Transition Committee Meeting Minutes* (Oct 6, 2020), at app. D, slide 1.<br><br>The image below is a figure from Alkane's October 6, 2020 presentation that depicts Alkane's Flare Gas Management system at a high-level.  The figure illustrates flare gas flowing from the wellhead into Alkane's Flare Gas Management system, which includes a "Power Generation" sub-system depicted by a lightbulb icon.  The figure also illustrates that electrical power generated by the Power Generation sub-system is transmitted to and used to power a distributed computing system used to conduct computing operations relating to "Financial Transactions" or "Cloud Computing."  A person of ordinary skill in the art would understand from this figure that the Power Generation sub-system in Alkane's Flare Gas Mitigation system includes one or more generators that convert the flare gas flowing from the wellhead into electrical power. |

---

[1] The title slide of Alkane's "Flare Gas Management and LNG Distribution" presentation is dated October 5, 2020. As per the Energy Development and Transition Committee meeting minutes, the presentation was delivered on October 6, 2020. *See Energy Development and Transition Committee Meeting Minutes* (Oct 6, 2020). The presentation will be referred to herein according to the date the presentation was given.



*Energy Development and Transition Committee Meeting Minutes* (Oct 6, 2020), at app. D, slide 6.

The photo below depicts a version of Alkane's Flare Gas Management systems installed at a site in Tioga, ND.  As shown in this photo, the system includes one or more generators (red arrow) that are used to generate electrical power, which is in turn used to power a distributed computing system located within the pictured shipping container (red box). Alkane's Vice-President Mr. Edward Woods confirmed that the shipping container is a "data center" that encloses the distributed computing units. ECF 36 at ¶ 27.

Google Maps, June 2020 (last visited: Aug. 16, 2022), Alkane Midstream Seminole, TX (placed by owner), available at: https://bit.ly/3LLwmuY[2]

| | | |
|---|---|---|
| | 1(b): "a power generation module adapted to:" | Alkane's system includes *a power generation module*.  Specifically, as explained above with respect to element 1(a), Alkane's system includes multiple generators that are used to convert natural gas into electrical power. |
| | 1(c): "receive a fuel gas stream comprising a fuel gas associated with a gas profile, the fuel gas having a heat value | Each of the generators in Alkane's system *receives a fuel gas stream comprising a fuel gas associated with a gas profile, the fuel gas having a heat value of at least about 1,000 Btu/scf.*<br><br>A person of ordinary skill in the art would understand the term *gas profile* to refer to the physical and chemical characteristics of the gas.  Such characteristics would include, for example, the composition and the heat-value of the gas, among other things.  Accordingly, a person of ordinary skill in the art |

---

[2] Although Google Maps indicates this photo is from a site in Seminole, Texas, Alkane asserted in its filings in this case that these photos are of a site in Tioga, North Dakota.

| of at least about 1,000 Btu/scf; and" | would understand that any fuel gas has an associated gas profile. Indeed, the profile of a fuel gas is an inherent property of the gas mixture.<br><br>As shown in the three figures below, natural gas with a heat value of at least 1,000 BTU/scf flows into the Power Generation sub-system, which—as explained above with respect to elements 1(a) and 1(b)—includes *a power generation module*.  The first two figures included below illustrate that fuel gas with a heat value of "1,200+ BTU" flows into the Power Generation sub-system.  Similarly, the third figure illustrates that fuel gas flowing into the Power Generation sub-system has a heat value of 1,180 BTU.<br><br><br><br>*Energy Development and Transition Committee Meeting Minutes* (Oct 6, 2020), at app. D, slide 6. |



*Energy Development and Transition Committee Meeting Minutes* (Oct 6, 2020), at app. D, slide 7.



*Energy Development and Transition Committee Meeting Minutes* (Oct 6, 2020), at app. D, slide 8.

The photo included below depicts a version of Alkane's Flare Gas Management systems installed at a site in Tioga, ND.  As shown in the photo, the system includes a fuel gas stream in the form of liquid natural gas or compressed natural gas (identified by the red arrow) that flows to one or more generators (identified by the red box).

**Crusoe Energy Systems Inc.: US10862309** – INFRINGEMENT CHART                    PAGE 6 OF 23



*Google Maps*, June 2020 (last visited: Aug. 16, 2022), Alkane Midstream Seminole, TX (placed by owner), available at: https://bit.ly/3LLwmuY[3]

| | | |
|---|---|---|
| | 1(d): "consume the fuel gas stream to | Alkane's system uses generators that *consume the fuel gas **stream** to generate a high-voltage electrical output associated with a first voltage*. |

---

[3] Although Google Maps indicates this photo is from a site in Seminole, Texas, Alkane asserted in its filings in this case that these photos are of a site in Tioga, North Dakota.

| generate a high-voltage electrical output associated with a first voltage; and" | As explained above with respect to elements 1(a) and 1(b), the Power Generation sub-system of Alkane's system includes one or more generators that convert fuel gas into electrical power, which is in turn used to power a distributed computing system. This is illustrated in the figure included below, which depicts (a) a fuel gas stream flowing into the Power Generation sub-system, and (b) electrical power being transmitted from the Power Generation sub-system to the distributed computing sub-system . A person of ordinary skill in the art would understand from this figure that the Power Generation sub-system *consumes the fuel gas stream to generate* electrical power.  *Energy Development and Transition Committee Meeting Minutes* (Oct 6, 2020), at app. D, slide 6. The photo included below, which illustrates a version of Alkane's system installed at a site in **Tioga, ND**, depicts multiple Taylor Power Systems® gas generators. According to the specification for these generators, they are capable of generating an electrical output across a range of voltages, though the specific output voltage depends on the configuration in which the generators are being operated. One of Alkane's marketing documents—an excerpt of which is also included below—indicates the generators are configured to generate an electrical output with a voltage of "480 VAC." Alkane's Vice-President Mr. Edward Woods has indicated, however, that at least some of Alkane's generators are configured to generate an electrical output at 415 VAC. ECF 36 at ¶ 22. A person of ordinary skill in the art would understand the electrical output of the generators used by Alkane—whether configured to generate an |

electrical output with a voltage of 480 VAC or 415 VAC—to be *a high-voltage electrical output associated with a first voltage*.



*Google Maps*, June 2020 (last visited: Aug. 16, 2022), Alkane Midstream Seminole, TX (placed by owner), available at: https://bit.ly/3LLwmuY[4]

---

[4] Although Google Maps indicates this photo is from a site in Seminole, Texas, Alkane asserted in its filings in this case that these photos are of a site in Tioga, North Dakota.

| | | |
|---|---|---|
| | 

Alkane Midstream, Leaflet, *Power Profile Pad Power with Flare Gas*. | |
| 1(e): "an electrical transformation module in electrical communication with the power generation module, the electrical transformation module adapted to: receive the high-voltage electrical output generated by the power generation module; and | Alkane's system includes *an electrical transformation module in electrical communication the power generation module*. Alkane's electrical transformation module is *adapted to receive the high-voltage electrical output and transform the combined high-voltage electrical output into a low-voltage electrical output associated with a second voltage that is lower than the first voltage*.

As explained above with respect to element 1(a)-(d), Alkane's system includes a *power generation module*, which is labeled as the Power Generation sub-system in the figures from Alkane's October 6, 2020 presentation.

As explained above with respect to element 1(d), Alkane contends that its generators are configured to generate a three-phase electrical output at 415 VAC. *See* ECF 36 at ¶ 22; ECF 51 at 3.  A person of ordinary skill in the art would understand that passing the three-phase 415 VAC output directly to | |

| | | |
|---|---|---|
| | transform the high-voltage electrical output into a low-voltage electrical output associated with a second voltage that is lower than the first voltage;" | distributed computing units would cause damage to the computing units.  Thus, a person of ordinary skill in the art would understand that an electrical transformation module would be required to "convert" the three-phase 415 VAC electrical output "into an electrical flow that is suitable for consumption by computing equipment." '309 Patent at 17:57-63.  Specifically, a person of ordinary skill in the art would understand that the three-phase 415 VAC output would either need to be stepped-down to a voltage suitable for the distributed computing units or converted into individual phase circuits.  Alkane itself contends that its system does the latter. Alkane acknowledges that the three-phase 415 VAC output is not passed directly to the distributed computing units; rather, those units are powered "with 240 V single-phase."  ECF 51 at 3. |
| | 1(f): "a distributed computing system powered by the electrical power generation system, the distributed computing system comprising:" | Alkane's system includes *a distributed computing system powered by the electrical power generation system*.<br><br>As explained above with respect to elements 1(a)-(d), Alkane's system includes a Power Generation sub-system that generates electrical power that is used to power a distributed computing system.  The figures included below, which are excerpted from Alkane's October 6, 2020 presentation, illustrate the Power Generation sub-system and the distributed computing system that it powers, which (in these figures) is used for computing operations relating to "Financial Transactions" and "Cloud Computing."<br><br> |

*Energy Development and Transition Committee Meeting Minutes* (Oct 6, 2020), at app. D, slide 7.



*Energy Development and Transition Committee Meeting Minutes* (Oct 6, 2020), at app. D, slide 6.

The photo below, which illustrates a version of Alkane's system installed at a site in Tioga, ND, shows the data center that houses the distributed computing system(identified by a red arrow) in electrical connection with the Power Generation sub-system (identified by the red box). Indeed, there is no other observable mechanism or sub-system in this installation that could supply power to the distributed computing system.



*Google Maps*, June 2020 (last visited: Aug. 16, 2022), Alkane Midstream Seminole, TX (placed by owner), available at: https://bit.ly/3LLwmuY[5]

| 1(g): "a communications system comprising one or more data satellite antennas, the communications system adapted to provide a network; and" | The distributed computing system in Alkane's system includes *a communications system comprising one or more data satellite antennas adapted to provide a network*.<br><br>The figures included below from Alkane's October 6, 2020 presentation indicate that the distributed computing system included in Alkane's Flare Gas Management system is used to perform computing operations related to "Financial Transactions" and/or "Cloud Computing." |

---

[5] Although Google Maps indicates this photo is from a site in Seminole, Texas, Alkane asserted in its filings in this case that these photos are of a site in Tioga, North Dakota.



*Energy Development and Transition Committee Meeting Minutes* (Oct 6, 2020), at app. D, slide 7.



*Energy Development and Transition Committee Meeting Minutes* (Oct 6, 2020), at app. D, slide 6.

In order to perform such computing operations, the distributed computing system must necessarily include a communications system that connects the distributed computing system to a communications network.[6]

The photo below, which illustrates a version of Alkane's system installed at a site in Tioga, ND, shows data satellite antennas or their equivalent (indicated by the red arrow).



*Google Maps*, June 2020 (last visited: Aug. 16, 2022), Alkane Midstream Seminole, TX (placed by owner), available at: https://bit.ly/3LLwmuY[7]

Mr. Woods has indicated, however, that at least some of Alkane's systems (including the system pictured above) use a fiber optic network connection rather than a data satellite antenna. ECF 36 at ¶ 28. A person having ordinary skill in the art would understand that a fiber optic network connection is an

---

[6] The figures illustrating Alkane's system link the "Financial Transactions" performed by the distributed computing system to Bitcoin mining because the Bitcoin logo is depicted around "Financial Transactions." The following two references state that Bitcoin mining operations require a network connection. *See* Satoshi Nakamoto, *Bitcoin: A Peer-to-Peer Electronic Cash System*, 2–4 (2008); Arvind Narayanan et al., *Bitcoin and Cryptocurrency Technologies*, Princeton University Press (forthcoming 2016) (manuscript at 8).

[7] Although Google Maps indicates this photo is from a site in Seminole, Texas, Alkane asserted in its filings in this case that these photos are of a site in Tioga, North Dakota.

| | | equivalent to a data satellite antenna in that both provide access to a communications network. Any differences between the fiber optic network and the data satellite antenna are insubstantial as substituting a fiber optic network connection for a data satellite antenna would be a trivial alteration to a person of ordinary skill. Thus a fiber optic network connection falls within the scope of infringement claims under the Doctrine of Equivalents. |
| --- | --- | --- |
| | 1(h): "a first mobile data center comprising: an enclosure defining an interior space; a plurality of distributed computing units located within the interior space of the enclosure, each of the plurality of distributed computing units in communication with the network; and" | The distributed computing system of Alkane's system includes *a first mobile data center comprising: an enclosure defining an interior space* and *a plurality of distributed computing units located within the interior space of the enclosure, each of the plurality of distributed computing units in communication with the network.*<br><br>As shown in the photo below, which illustrates a version of Alkane's system installed at a site in Tioga, ND, the data centers in Alkane's systems are housed in shipping containers (identified by the red arrow). These containers are enclosures that define an interior space.<br><br><br><br>*Google Maps*, June 2020 (last visited: Aug. 16, 2022), Alkane Midstream Seminole, TX (placed by owner), available at: https://bit.ly/3LLwmuY[8] |

---

[8] Although Google Maps indicates this photo is from a site in Seminole, Texas, Alkane asserted in its filings in this case that these photos are of a site in Tioga, North Dakota.

| | | As explained above with respect to elements 1(f)-(g), materials relating to Alkane's Flare Gas Management system indicate that the distributed computing system is used to perform computing operations related to Financial Transactions (such as Bitcoin mining) and Cloud Computing. Such operations would not be profitably performed with a single distributed computing unit, nor with a computing unit that has no network connection. Thus, the distributed computing system must necessarily include *a plurality of distributed computing units in communication with the network*. |
|---|---|---|
| | 1(i): "a power system located at least partially within the interior space of the enclosure, the power system in electrical communication with the electrical transformation module and the plurality of distributed computing units such that the power system receives the low-voltage electrical output and powers each of the plurality of distributed computing units; and" | The first mobile data center of Alkane's system includes *a power system located at least partially within the interior space of the enclosure.* Further, the power system is (a) *in electrical communication with the electrical transformation module and the plurality of distributed computing units*, and (b) *receives the low-voltage electrical output and powers each of the plurality of distributed computing units*. <br><br> As explained above with respect to element 1(e), Alkane's system includes a transformation module that converts the high-voltage electrical output from a first voltage to a second, lower voltage that can be used to power the distributed computing system. In order to power the distributed computing units within the mobile data center, that transformation module must necessarily be in electrical communication with a power system within the mobile data center such that the power system receives the output from the transformation module. The power system in the mobile data center must in turn be in electrical communication with the distributed computing units such that it powers each of the distributing computing units using the electrical output from the transformation module. If these components of the system are not in electrical communication with one another, the system would not function. |
| | 1(j): "a monitoring and control system in communication with | Alkane's system includes *a monitoring and control system in communication with the electrical power generation system and the distributed computing system via the network.* |

| | |
|---|---|
| the electrical power generation system and the distributed computing system via the network, the monitoring and control system adapted to:" | Alkane's marketing documents(excerpted below) demonstrates that Alkane's system includes remote monitoring and control capabilities. Alkane's Vice President Mr. Edward Woods stated in a declaration submitted in this case that "Alkane's power generation modules have monitoring capability incorporated into their operations from Power Systems International—the manufacturer of the generators."  ECF 36 at ¶ 30. To enable **remote** monitoring and control, the monitoring and control system must be connected to a communications network, such as the one provided by the communications sub-system discussed above with respect to element 1(g). |

**FLARE GAS POWER GENERATION DETAILS**

| | |
|---|---|
| Well Pad | ○ Bakken flare gas |
| | ○ 2mmcf/d flare |
| | ○ Grid power not available |
| | ○ 6,500 BBL/d production |
| | ○ 4,500kW load for 7xESP pumps |
| | ○ 500kW Ancillary loads |
| Gas Distribution | ○ Liquid knock-out tank |
| | ○ Heat-traced / Insulated |
| | ○ 2" Gas distribution manifold |
| Flare Gas-fueled Generator Sets | ○ 13x400kW (Rated) trailer-mounted generator sets |
| | ○ 480VAC, 60Hz Output |
| | ○ N+1 Configuration |
| Power Distribution | ○ Paralleled generator sets |
| | ○ 3x Power distribution panels |
| Safety / Telemetry | ○ Remote monitor and control |
| | ○ Automatic alarm and dispatch |
| | ○ Automatic LPG switchover |
| | ○ Customer dashboard available |

**ALKANE POWER - SUPPORT**

| | |
|---|---|
| Support | ○ Dickinson and Tioga dispatch |
| | ○ Central remote monitoring |
| Support Team | ○ 15 Local Power Technicians |
| | ○ Full Genset O/H Capability |
| | ○ 24/7 Remote Monitoring Team |

*Alkane Midstream, Leaflet, Power Profile Pad Power with Flare Gas.*



*Alkane Midstream, Leaflet, Power Profile Pad Power with Flare Gas.*

<table>
<tr>
<td></td>
<td></td>
<td>



*Energy Development and Transition Committee Meeting Minutes (Oct 6, 2020), at app. D, slide 17.*

</td>
</tr>
<tr>
<td></td>
<td>

1(k). "monitor the gas profile of the fuel gas received by the electrical power generation system; and upon determining a change in the gas profile, automatically modulate an electrical load of the distributed computing system."

</td>
<td>

The monitoring and control system is *adapted to: monitor the gas profile of the fuel gas received by the electrical power generation system, and upon determining a change in the gas profile automatically modulates an electrical load of the distributed computing system.*

As explained above with respect to element 1(j), Alkane's system includes a monitoring and control system in communication with the electrical power generation system. And as explained above with respect to element 1(c), a person of ordinary skill in the art would understand the term *gas profile* to refer to the physical and chemical characteristics of the gas, including but not limited to the composition of the gas.

A person having ordinary skill in the art would understand that it is necessary to monitor the gas profile of the flare gas stream, and in particular its composition, given that a flare gas stream's composition varies over time. A person of ordinary skill in the art would further understand that changes in the composition of the flare gas stream would require that the ability to control the Power Generation sub-system based on changes in the gas composition. This is so because changes in the gas profile will impact the electrical output from the Power Generation sub-system, and thus the amount of power available to the distributed computing units. As such, it would be necessary to modulate the electrical

</td>
</tr>
</table>

|  |  | load of the distributed computing units up or down in response thereto. Moreover, Alkane's documentation indicates that monitoring and triggering of alarms is automatic.<br><br>In light of Alkane's disclosures (shown below)that its systems include "remote monitor and control" and "automatic alarm and dispatch" capabilities, and Alkane's marketing of its systems as "turn-key fuel, power and stranded gas solutions" it is likely that modulating an electrical load of the distributed computing system in response to changes in the gas profile would be automated.<br><br>Alkane Midstream provides virtual pipeline solutions for natural gas in the Williston Basin. We provide turn-key fuel, power and stranded gas solutions, helping customers save money and increase production while reducing their environmental impact.<br><br>Alkane Midstream, Leaflet, *Power Profile Pad Power with Flare Gas*. |

| | | |
|---|---|---|
| | | <br>Alkane Midstream, Leaflet, *Power Profile Pad Power with Flare Gas.* |
| 14. | " A system according to claim 1, wherein the plurality of distributed computing units are adapted to mine a cryptocurrency." | The distributed computing units of Alkane's system *are adapted to mine a cryptocurrency*.<br><br>The figures included below from Alkane's October 6, 2020 presentation illustrate that the distributed computing units of Alkane's system are used to perform computing operations relating to "Financial Transactions."  Further, the inclusion of the Bitcoin logo in and around the illustration of the computing equipment used for "Financial Transactions" indicates that the operations performed by those distributed computing units involve cryptocurrency mining. |



*Energy Development and Transition Committee Meeting Minutes* (Oct 6, 2020), at app. D, slide 6.



*Energy Development and Transition Committee Meeting Minutes* (Oct 6, 2020), at app. D, slide 7.

|  |  | In addition, a LinkedIn user posted in August 2022 about a conversation she had with an Alkane representative about Alkane's cryptocurrency mining capabilities.<br><br><br><br>Alkane Midstream, LinkedIn (last visited: Aug 3, 2022), available at: https://www.linkedin.com/company/alkane.<br><br>In addition, Ryan Blazei, President of Alkane, was recently quoted, in BussinesDen, as stating:<br><br>"We power customers who mine Bitcoin."<br><br>Justin Wingerter, *Bitcoin mining power pioneer Crusoe Energy sues rival, alleges patent theft*, BusinessDen, (Aug. 26, 2022) available at: https://businessden.com/2022/08/26/bitcoin-mining-power-pioneer-crusoe-energy-sues-rival-alleges-patent-theft/ |

# Exhibit 9E

Infringement Claim Chart of U.S. Pat. No. 11,437,821

**Crusoe Energy Systems Inc.: US11437821– INFRINGEMENT CHART**

| Claim | Claim Elements | Accused Product(s) |
|---|---|---|
| 1. | 1(a). "A flare mitigation system comprising: an electrical power generation system comprising:" | Alkane has committed and continues to commit acts of infringement under 35 U.S.C. § 271 by making, using, selling, and offering to sell *a flare mitigation system*—which it refers to as a "Flare Gas Management" system—that includes *an electrical power generation system* that is comprised of one or more generators used to convert natural gas into electrical power, which is in turn used to power a distributed computing system.<br><br>The below image is from the title slide of a presentation given by Alkane on October 6, 2020[1], in which Alkane described its Flare Gas Management system.<br><br><br>*Energy Development and Transition Committee Meeting Minutes* (Oct 6, 2020), at app. D, slide 1.<br><br>The image below is a figure from Alkane's October 6, 2020 presentation that depicts Alkane's Flare Gas Management system at a high-level.  The figure illustrates flare gas flowing from the wellhead into Alkane's Flare Gas Management system which includes a "Power Generation" sub-system depicted by a lightbulb icon.  The figure also illustrates that electrical power generated by the Power Generation sub-system is transmitted to and used to power a distributed computing system used to conduct computing operations relating to "Financial Transactions" or "Cloud Computing."  A person of ordinary skill in the art would understand from this figure that the Power Generation sub-system in Alkane's Flare Gas Mitigation system includes one or more generators that convert the flare gas flowing from the wellhead into electrical power. |

[1] The title slide of Alkane's "Flare Gas Management and LNG Distribution" presentation is dated October 5, 2020. As per the Energy Development and Transition Committee meeting minutes, the presentation was delivered on October 6, 2020. *See Energy Development and Transition Committee Meeting Minutes* (Oct 6, 2020). The presentation will be referred to herein according to the date the presentation was given.



*Energy Development and Transition Committee Meeting Minutes* (Oct 6, 2020), at app. D, slide 6.

The photo below depicts a version of Alkane's Flare Gas Management systems installed at a site in Tioga, ND.  As shown in this photo, the system includes one or more generators (red arrow) that are used to generate electrical power, which is in turn used to power a distributed computing system located within the pictured shipping container (red box). Alkane's Vice-President Mr. Edward Woods confirmed that the shipping container is a "data center" that encloses the distributed computing units.  ECF 36 at ¶ 27.

**Crusoe Energy Systems Inc.: US11437821– INFRINGEMENT CHART**                    PAGE 3 OF 27



*Google Maps*, June 2020 (last visited: Aug. 16, 2022), Alkane Midstream Seminole, TX (placed by owner), available at: https://bit.ly/3LLwmuY[2]

| | | |
|---|---|---|
| | 1(b). "a plurality of power generation modules, each adapted to:" | Alkane's system includes *a plurality of power generation modules*.  Specifically, as explained above with respect to element 1(a), Alkane's system includes one or more generators that are used to convert natural gas into electrical power. |
| | 1(c). "receive a fuel gas stream comprising a fuel gas associated with a heat value of at | Each of the generators in Alkane's system *receives a fuel gas stream comprising a fuel gas associated with a heat value of at least about 1,000 Btu/scf.*<br><br>As shown in the three figures below, natural gas with a heat value of at least 1,000 BTU/scf flows into the Power Generation sub-system, which—as explained above with respect to elements 1(a) and 1(b)—includes *a plurality of power generation modules*.  The first two figures included below illustrate that fuel |

---

[2] Although Google Maps indicates this photo is from a site in Seminole, Texas, Alkane asserted in its filings in this case that these photos are of a site in Tioga, North Dakota.

| least about 1,000 Btu/scf; and" | gas with a heat value of "1,200+ BTU" flows into the Power Generation sub-system.  Similarly, the third figure illustrates that fuel gas flowing into the Power Generation sub-system has a heat value of 1,180 BTU.<br><br><br>*Energy Development and Transition Committee Meeting Minutes* (Oct 6, 2020), at app. D, slide 6.<br><br><br>*Energy Development and Transition Committee Meeting Minutes* (Oct 6, 2020), at app. D, slide 7. |



*Energy Development and Transition Committee Meeting Minutes* (Oct 6, 2020), at app. D, slide 8.

The photo included below depicts a version of Alkane's Flare Gas Management systems installed at a site in Tioga, ND.  As shown in the photo, the system includes a fuel gas stream in the form of liquid natural gas or compressed natural gas (identified by the red arrow) that flows to one or more generators (identified by the red box).



*Google Maps*, June 2020 (last visited: Aug. 16, 2022), Alkane Midstream Seminole, TX (placed by owner), available at: https://bit.ly/3LLwmuY[3]

| | | |
|---|---|---|
| | 1(d). "consume the fuel gas to generate a high-voltage electrical output associated with a | Alkane's system uses generators that *consume the fuel gas to generate a high-voltage electrical output associated with a first voltage*.<br><br>As explained above with respect to elements 1(a) and 1(b), the Power Generation sub-system of Alkane's system includes a plurality of power generators that convert fuel gas into electrical power, which is in turn used to power a distributed computing system. This is illustrated in the figure included below, which depicts (a) a fuel gas stream flowing into the Power Generation sub-system, and (b) electrical power |

---

[3] Although Google Maps indicates this photo is from a site in Seminole, Texas, Alkane asserted in its filings in this case that these photos are of a site in Tioga, North Dakota.

| | | being transmitted from the Power Generation sub-system to the distributed computing sub-system.  A person of ordinary skill in the art would understand from this figure that the Power Generation sub-system *consumes the fuel gas to generate* electrical power. |
| --- | --- | --- |
| first voltage; and" | | 
*Energy Development and Transition Committee Meeting Minutes* (Oct 6, 2020), at app. D, slide 6.

The photo included below, which illustrates a version of Alkane's system installed at a site in Tioga, ND, depicts multiple Taylor Power Systems® gas generators.  According to the specification for these generators, they are capable of  generating an electrical output across a range of voltages, though the specific output voltage depends on the configuration in which the generators are being operated.  One of Alkane's marketing documents—an excerpt of which is also included below—indicates the generators are configured to generate an electrical output with a voltage of "480 VAC."  This is consistent with what the specification of the '821 Patent describes as *a high-voltage electrical output associated with a first voltage.* Alkane's Vice-President Mr. Edward Woods has indicated, however, that at least some of Alkane's generators are configured to generate an electrical output at 415 VAC.  ECF 36 at ¶ 22.  A person of ordinary skill in the art would understand the electrical output of the generators used by Alkane—whether configured to generate an electrical output with a voltage of 480 VAC or 415 VAC—to be *a high-voltage electrical output associated with a first voltage.* |

**Crusoe Energy Systems Inc.: US11437821– INFRINGEMENT CHART**          PAGE 8 OF 27



*Google Maps*, June 2020 (last visited: Aug. 16, 2022), Alkane Midstream Seminole, TX (placed by owner), available at: https://bit.ly/3LLwmuY[4]

---

[4] Although Google Maps indicates this photo is from a site in Seminole, Texas, Alkane asserted in its filings in this case that these photos are of a site in Tioga, North Dakota.

| FLARE GAS POWER GENERATION DETAILS | |
|---|---|
| Well Pad | ○ Bakken flare gas |
| | ○ 2mmcf/d flare |
| | ○ Grid power not available |
| | ○ 6,500 BBL/d production |
| | ○ 4,500kW load for 7xESP pumps |
| | ○ 500kW Ancillary loads |
| Gas Distribution | ○ Liquid knock-out tank |
| | ○ Heat-traced / Insulated |
| | ○ 2" Gas distribution manifold |
| Flare Gas-fueled Generator Sets | ○ 13x400kW (Rated) trailer-mounted generator sets |
| | ○ 480VAC, 60Hz Output |
| | ○ N+1 Configuration |
| Power Distribution | ○ Paralleled generator sets |
| | ○ 3x Power distribution panels |
| Safety / Telemetry | ○ Remote monitor and control |
| | ○ Automatic alarm and dispatch |
| | ○ Automatic LPG switchover |
| | ○ Customer dashboard available |
| ALKANE POWER - SUPPORT | |
| Support | ○ Dickinson and Tioga dispatch |
| | ○ Central remote monitoring |
| Support Team | ○ 15 Local Power Technicians |
| | ○ Full Genset O/H Capability |
| | ○ 24/7 Remote Monitoring Team |

Alkane Midstream, Leaflet, *Power Profile Pad Power with Flare Gas*.

| | |
|---|---|
| 1(e). "a parallel panel in electrical communication with each of the power generation modules, the parallel panel adapted to: receive the high-voltage | Alkane's system includes *a parallel panel in electrical communication with each of the power generation modules, the parallel panel adapted to receive the high-voltage electrical output from each of the power generation modules; and combine and synchronize said high-voltage electrical outputs into a combined high-voltage electrical output.*<br><br>As explained above with respect to element 1(d), Alkane's system includes a Power Generation sub-system that includes one or more generators that generate a high-voltage electrical output  that is associated with a first voltage of about 480 VAC or 415 VAC.  Alkane's documentation indicates that those plurality of generators are used in parallel sets. |

| | | |
|---|---|---|
| | electrical output from each of the power generation modules; and combine and synchronize said high-voltage electrical outputs into a combined high-voltage electrical output; and" | Power Distribution  o  Paralleled generator sets  o  3x Power distribution panels<br><br>Alkane Midstream, Leaflet, *Power Profile Pad Power with Flare Gas*.<br><br>Because Alkane's Power Generation sub-system uses parallel sets of generators, in order to have a single power source to power a distributed computing system, it must alsoinclude a parallel panel (or equivalent component ) that receives the separate three-phase outputs from those generators, and combines and phase-synchronizes them into a synchronous three-phase high-voltage electrical output. This is so because the separate, un-synchronized three-phase outputs from the parallel generators could not be used to power the distributed computing system.<br><br>The photo below, which illustrates a version of Alkane's system installed at a site in Tioga, ND, shows a parallel panel (identified by the upward red arrow) disposed between and connected to the parallel sets of generators (identified by red box) and the data center that houses the distributed computing system (identified by downward arrow). A person of ordinary skill in the art would understand, based on this photo, that the parallel panel receives the separate three-phase electrical outputs from each of the generators. In order for those electrical outputs to be used to power the distributed computing system, the parallel panel must necessarily combine and phase-synchronize them into a synchronous three-phase high-voltage electrical output. |



*Google Maps*, June 2020 (last visited: Aug. 16, 2022), Alkane Midstream Seminole, TX (placed by owner), available at: https://bit.ly/3LLwmuY[5]

| 1(f). "an electrical transformation module in electrical communication with the parallel panel, the electrical transformation module adapted to: receive the | Alkane's system includes *an electrical transformation module in electrical communication with the parallel panel*. The electrical transformation module is *adapted to receive the combined high-voltage electrical output and transform the combined high-voltage electrical output into a low-voltage electrical output associated with a second voltage that is lower than the first voltage*.<br><br>As explained above with respect to element 1(a)-(d), Alkane's system includes a *plurality of power generation modules*, which are labeled as the Power Generation sub-system in the figures from Alkane's October 6, 2020 presentation.<br>As explained above with respect to element 1(d), Alkane contends that its generators are configured to generate a three-phase electrical output at 415 VAC. *See* ECF 36 at ¶ 22; ECF 51 at 3.  As explained above with respect to element 1(e), the parallel panel receives the three-phase output from each of the generators, and combines and phase-synchronizes them into a synchronous three-phase high-voltage |

[5] Although Google Maps indicates this photo is from a site in Seminole, Texas, Alkane asserted in its filings in this case that these photos are of a site in Tioga, North Dakota.

| | | |
|---|---|---|
| | combined high-voltage electrical output; and transform the combined high-voltage electrical output into a low-voltage electrical output associated with a second voltage that is lower than the first voltage; and" | electrical output, the voltage of which remains unchanged.  A person of ordinary skill in the art would understand that passing the three-phase 415 VAC output directly to distributed computing units would cause damage to the computing units.  Thus, a person of ordinary skill in the art would understand that an electrical transformation module would be required to "convert" the three-phase 415 VAC electrical output "into an electrical flow that is suitable for consumption by computing equipment."  '821 Patent at 17:64-18:3.  Specifically, a person of ordinary skill in the art would understand that the three-phase 415 VAC output would either need to be stepped-down to a voltage suitable for the distributed computing units or converted into individual phase circuits.  Alkane itself contends that its system does the latter.  Alkane acknowledges that the three-phase 415 VAC output is not passed directly to the distributed computing units; rather, those units are powered "with 240 V single-phase."  ECF 51 at 3. |
| | 1(g). "a distributed computing system powered by the electrical power generation system, the distributed computing system comprising:" | Alkane's system includes *a distributed computing system powered by the electrical power generation system*.

As explained above with respect to elements 1(a)-(d), Alkane's system includes a Power Generation sub-system that generates electrical power that is used to power a distributed computing system.  The figures included below, which are excerpted from Alkane's October 6, 2020 presentation, illustrate the Power Generation sub-system and the distributed computing system that it powers, which (in these figures) is used for computing operations relating to "Financial Transactions" and "Cloud Computing." |



*Energy Development and Transition Committee Meeting Minutes* (Oct 6, 2020), at app. D, slide 7.



*Energy Development and Transition Committee Meeting Minutes* (Oct 6, 2020), at app. D, slide 6.

The photo below, which illustrates a version of Alkane's system installed at a site in Tioga, ND, shows the data center that houses the distributed computing system (identified by a red arrow) in electrical

|  |  | connection with the Power Generation sub-system (identified by the red box). Indeed, there is no other observable mechanism or sub-system in this installation that could supply power to the distributed computing system.<br><br><br>*Google Maps*, June 2020 (last visited: Aug. 16, 2022), Alkane Midstream Seminole, TX (placed by owner), available at: https://bit.ly/3LLwmuY[6] |
|  | 1(h). "a plurality of distributed computing units; and a power system in | The distributed computing system of Alkane's system also includes a *plurality of distributed computing units* and *a power system.* Further, the power system is (a) *in electrical communication with the electrical transformation module and the plurality of distributed computing units*, and (b) *receives the low-voltage electrical output and powers each of the plurality of distributed computing units*. |

---

[6] Although Google Maps indicates this photo is from a site in Seminole, Texas, Alkane asserted in its filings in this case that these photos are of a site in Tioga, North Dakota.

| | | |
|---|---|---|
| | electrical communication with the electrical transformation module and the plurality of distributed computing units such that the power system receives the low-voltage electrical output and powers each of the plurality of distributed computing units." | As explained above with respect to element 1(e)-(f), Alkane's system includes an electrical transformation module that converts the the high-voltage electrical output from a first voltage to a second, lower voltage that can be used to power the distributed computing system. In order to power the distributed computing units, the electrical transformation module must necessarily be in electrical communication with a power system such that the power system receives the output from the transformation module. The power system must in turn be in electrical communication with the distributed computing units such that it powers each of the distributing computing units using the electrical output from the transformation module. If these components of the system are not in electrical communication with one another, the system would not function. |
| 2. | "A system according to claim 1, wherein the plurality of distributed computing units are located within an interior space of a mobile data center." | The *plurality of distributed computing units* of Alkane's system *are located within an interior space of a mobile data center.*<br><br>As shown in the photo below, which illustrates a version of Alkane's system installed at a site in Tioga, ND, the plurality of distributed computing units in Alkane's systems are housed in shipping containers (identified by the red arrow). These containers are enclosures that define an interior space. |

*Google Maps*, June 2020 (last visited: Aug. 16, 2022), Alkane Midstream Seminole, TX (placed by owner), available at: https://bit.ly/3LLwmuY[7]

As explained above with respect to claim 1, materials relating to Alkane's Flare Gas Management system indicate that the distributed computing system is used to perform computing operations related to Financial Transactions (such as Bitcoin mining) and Cloud Computing. Such operations would not be profitably performed with a single distributed computing unit. Thus, the distributed computing system must necessarily include *a plurality of distributed computing units*.

| 3. | "A system according to claim 2, wherein the power system is located at least partially within the interior space of the | The power system *is located at least partially within the interior space of the mobile data center*. *See* element 1(h) and claim 2. |
|---|---|---|

---

[7] Although Google Maps indicates this photo is from a site in Seminole, Texas, Alkane asserted in its filings in this case that these photos are of a site in Tioga, North Dakota.

|   |   |   |
|---|---|---|
|   | mobile data center." |   |
| 5. | "A system according to claim 1, wherein: the distributed computing system further comprises a communications system adapted to provide a network; and each of the plurality of distributed computing units is in communication with the network." | The distributed computing system in Alkane's system includes *a communications system adapted to provide a network* and *each of the plurality of distributed computing units is in communication with the network.*<br><br>The figures included below from Alkane's October 6, 2020 presentation indicate that the distributed computing system included in Alkane's Flare Gas Management system is used to perform computing operations related to "Financial Transactions" and/or "Cloud Computing."<br><br><br><br>*Energy Development and Transition Committee Meeting Minutes* (Oct 6, 2020), at app. D, slide 7. |



*Energy Development and Transition Committee Meeting Minutes* (Oct 6, 2020), at app. D, slide 6.

In order to perform such computing operations, the distributed computing system must necessarily include a communications system that connects the distributed computing system to a communications network.[8]

The photo below, which illustrates a version of Alkane's system installed at a site in Tioga, ND, shows the communications system or its equivalent (indicated by the red arrow).

---

[8] The figures illustrating Alkane's system link the "Financial Transactions" performed by the distributed computing system to Bitcoin mining because the Bitcoin logo is depicted around "Financial Transactions."  The following two references state that Bitcoin mining operations require a network connection.  *See* Satoshi Nakamoto, Bitcoin: *A Peer-to-Peer Electronic Cash System*, 2–4 (2008); Arvind Narayanan et al., *Bitcoin and Cryptocurrency Technologies*, Princeton University Press (forthcoming 2016) (manuscript at 8).

Crusoe Energy Systems Inc.: US11437821– INFRINGEMENT CHART                    PAGE 19 OF 27

<table>
<tr><td></td><td></td><td>



*Google Maps*, June 2020 (last visited: Aug. 16, 2022), Alkane Midstream Seminole, TX (placed by owner), available at: https://bit.ly/3LLwmuY[9]

Mr. Woods has indicated, however, that at least some of Alkane's systems (including the system pictured above) use a fiber optic network connection rather than a data satellite antenna. ECF 36 at ¶ 28. A person having ordinary skill in the art would understand that a fiber optic network connection is an equivalent to a data satellite antenna in that both provide access to a communications network. Any differences between the fiber optic network connection and the data satellite antenna are insubstantial as substituting a fiber optic network for a data satellite antenna would be a trivial alteration to a person of ordinary skill. Thus a fiber optic network connection falls within the scope of infringement claims under the Doctrine of Equivalents.</td></tr>
<tr><td>6.</td><td>"A system according to claim 5, further comprising a</td><td>Alkane's system includes *a monitoring and control system in communication with the distributed computing system via the network.*

Alkane's marketing documents (excerpted below) demonstrates that Alkane's system includes remote monitoring and control capabilities.  To enable **remote** monitoring and control, the monitoring and</td></tr>
</table>

[9] Although Google Maps indicates this photo is from a site in Seminole, Texas, Alkane asserted in its filings in this case that these photos are of a site in Tioga, North Dakota.

| monitoring and control system in communication with the distributed computing system via the network." | control system must be connected to a communications network, such as the one provided by the communications sub-system discussed above with respect to claim 5. |
|---|---|

<table>
<tr><td colspan="2"><strong>FLARE GAS POWER GENERATION DETAILS</strong></td></tr>
<tr><td>Well Pad</td><td>
○ Bakken flare gas<br>
○ 2mmcf/d flare<br>
○ Grid power not available<br>
○ 6,500 BBL/d production<br>
○ 4,500kW load for 7xESP pumps<br>
○ 500kW Ancillary loads</td></tr>
<tr><td>Gas Distribution</td><td>
○ Liquid knock-out tank<br>
○ Heat-traced / Insulated<br>
○ 2" Gas distribution manifold</td></tr>
<tr><td>Flare Gas-fueled Generator Sets</td><td>
○ 13x400kW (Rated) trailer-mounted generator sets<br>
○ 480VAC, 60Hz Output<br>
○ N+1 Configuration</td></tr>
<tr><td>Power Distribution</td><td>
○ Paralleled generator sets<br>
○ 3x Power distribution panels</td></tr>
<tr><td>Safety / Telemetry</td><td>
○ Remote monitor and control<br>
○ Automatic alarm and dispatch<br>
○ Automatic LPG switchover<br>
○ Customer dashboard available</td></tr>
<tr><td colspan="2"><strong>ALKANE POWER - SUPPORT</strong></td></tr>
<tr><td>Support</td><td>
○ Dickinson and Tioga dispatch<br>
○ Central remote monitoring</td></tr>
<tr><td>Support Team</td><td>
○ 15 Local Power Technicians<br>
○ Full Genset O/H Capability<br>
○ 24/7 Remote Monitoring Team</td></tr>
</table>

Alkane Midstream, Leaflet, *Power Profile Pad Power with Flare Gas*.

**Crusoe Energy Systems Inc.: US11437821– INFRINGEMENT CHART**



Alkane Midstream, Leaflet, *Power Profile Pad Power with Flare Gas*.

| | | |
|---|---|---|
| | |  *Energy Development and Transition Committee Meeting Minutes* (Oct 6, 2020), at app. D, slide 17. |
| 7. | "A system according to claim 1, wherein at least one of the power generation modules comprises an engine-type generator." | As explained above with respect to claim 1, Alkane's system includes a plurality of power generation modules (*i.e.*, generators). One or more of those generators is *an engine-type generator*.<br><br>The photo below, which illustrates a version of Alkane's system installed at a site in Tioga, ND, depicts Taylor Power Systems® gas generators, which are engine-type generators. |

**Crusoe Energy Systems Inc.: US11437821– INFRINGEMENT CHART**                    PAGE 23 OF 27



*Google Maps*, June 2020 (last visited: Aug. 16, 2022), Alkane Midstream Seminole, TX (placed by owner), available at: https://bit.ly/3LLwmuY[10]

Similarly, the figure below from Alkane's October 6, 2020 presentation indicates that the Taylor generators used in Alkane's system are engine-type generators. Specifically, the figure includes a green line running through the middle and a notation indicating that the generators below the line—such as the Taylor generators—are "reciprocating engine" generators, while those above the line are "combustion turbine" generators.

---

[10] Although Google Maps indicates this photo is from a site in Seminole, Texas, Alkane asserted in its filings in this case that these photos are of a site in Tioga, North Dakota.

Crusoe Energy Systems Inc.: US11437821– INFRINGEMENT CHART                    PAGE 24 OF 27

<table>
<tr>
<td></td>
<td></td>
<td>



*Energy Development and Transition Committee Meeting Minutes* (Oct 6, 2020), at app. D, slide 9.

</td>
</tr>
<tr>
<td>8.</td>
<td>"A system according to claim 7, wherein the high-voltage electrical output generated by the engine-type generator is from about 70 kW to about 2 MW."</td>
<td>

The *high-voltage electrical output generated by the engine-type generator* of Alkane's system *is from about 70kW to about 2MW*.

As explained above with respect to element 1(d), the generators used in Alkane's system generate an electrical output *from about 70 kW to about 2 MW*.

</td>
</tr>
<tr>
<td>15.</td>
<td>"A system according to claim 1, wherein the plurality of distributed</td>
<td>

The distributed computing units of Alkane's system *are adapted to mine a cryptocurrency*.

The figures included below from Alkane's October 6, 2020 presentation illustrate that the distributed computing units of Alkane's system are used to perform computing operations relating to "Financial Transactions." Further, the inclusion of the Bitcoin logo in and around the illustration of the computing

</td>
</tr>
</table>

| computing units are adapted to mine a cryptocurrency." | equipment used for "Financial Transactions" indicates that the operations performed by those distributed computing units involve cryptocurrency mining.<br><br><br><br>*Energy Development and Transition Committee Meeting Minutes* (Oct 6, 2020), at app. D, slide 6. |
| --- | --- |

**Crusoe Energy Systems Inc.: US11437821– INFRINGEMENT CHART**          PAGE 26 OF 27



*Energy Development and Transition Committee Meeting Minutes* (Oct 6, 2020), at app. D, slide 7.

In addition, a LinkedIn user posted in August 2022 about a conversation she had with an Alkane representative about Alkane's cryptocurrency mining capabilities.



| | | |
|---|---|---|
| | | Alkane Midstream, LinkedIn (last visited: Aug 3, 2022), available at: https://www.linkedin.com/company/alkane.<br><br>In addition, Ryan Blazei, President of Alkane, was recently quoted, in BussinesDen, as stating:<br><br>"We power customers who mine Bitcoin."<br><br>Justin Wingerter*, Bitcoin mining power pioneer Crusoe Energy sues rival, alleges patent theft*, BusinessDen, (Aug. 26, 2022) available at: https://businessden.com/2022/08/26/bitcoin-mining-power-pioneer-crusoe-energy-sues-rival-alleges-patent-theft/ |

# Exhibit 9F

Infringement Claim Chart of U.S. Pat. No. 11,451,059

**Crusoe Energy Systems Inc.: US11451059– INFRINGEMENT CHART**                PAGE 1 OF 25

| Claim | Claim Elements | Accused Product |
|-------|----------------|-----------------|
| 1. | 1(a). "A method comprising: receiving, by a power generation system, a fuel gas stream comprising a fuel gas having a heat value of at least about 1,000 Btu/scf;" | Alkane has committed and continues to commit acts of infringement under 35 U.S.C. § 271 by performing and/or inducing others to perform each and every step of the claimed method through use of Alkane's "Flare Gas Management" system and associated equipment.  Alkane's "Flare Gas Management" system includes *a power generation system* that performs the step of *receiving a fuel gas stream comprising a fuel gas having a heat value of at least about 1,000 Btu/scf.*<br><br>The below image is from the title slide of a presentation given by Alkane on October 6, 2020[1], in which Alkane described its Flare Gas Management system.<br><br><br><br>*Energy Development and Transition Committee Meeting Minutes* (Oct 6, 2020), at app. D, slide 1.<br><br>The images below are figures from Alkane's October 6, 2020 presentation that depicts Alkane's Flare Gas Management system at a high-level.  The figures illustrate flare gas flowing from the wellhead into Alkane's Flare Gas Management system, which includes a "Power Generation" sub-system depicted by a lightbulb icon.  The figures also illustrate that electrical power generated by the Power Generation sub-system is transmitted to and used to power a distributed computing system used to conduct computing operations relating to "Financial Transactions" or "Cloud Computing."  The first and second figures illustrate that the fuel gas flowing into Alkane's Power Generation sub-system has a heat value of "1,200+ BTU."  Similarly, the third figure illustrates that that fuel gas flowing into the Power Generation sub-system has a heat value of 1,180 BT. |

[1] The title slide of Alkane's "Flare Gas Management and LNG Distribution" presentation is dated October 5, 2020. As per the Energy Development and Transition Committee meeting minutes, the presentation was delivered on October 6, 2020. *See Energy Development and Transition Committee Meeting Minutes* (Oct 6, 2020). The presentation will be referred to herein according to the date the presentation was given.



*Energy Development and Transition Committee Meeting Minutes* (Oct 6, 2020), at app. D, slide 6.



*Energy Development and Transition Committee Meeting Minutes* (Oct 6, 2020), at app. D, slide 7.



*Energy Development and Transition Committee Meeting Minutes* (Oct 6, 2020), at app. D, slide 8.

The photo below depicts a version of Alkane's Flare Gas Management systems installed at a site in Tioga, ND.  As shown in this photo, the system includes one or more generators (red arrow) that are used to generate electrical power, which is in turn used to power a distributed computing system located within the pictured shipping container (red box). Alkane's Vice-President Mr. Edward Woods confirmed that the shipping container is a "data center" that encloses the distributed computing units.  ECF 36 at ¶ 27.

**Crusoe Energy Systems Inc.: US11451059– INFRINGEMENT CHART**                     PAGE 4 OF 25

|  |  |  |
|---|---|---|
|  |  |  Google Maps, June 2020 (last visited: Aug. 16, 2022), Alkane Midstream Seminole, TX (placed by owner), available at: https://bit.ly/3LLwmuY[2] |
|  | 1(b). "generating, by the power generation system, from the fuel gas, a high-voltage electrical output associated with a first voltage, wherein said generating is performed by a power generation module of the power generation system, the power | Alkane's Power Generation sub-system performs the step of *generating . . . from the fuel gas, a high-voltage electrical output associated with a first voltage, wherein said generating is performed by a power generation module of the power generation system.* Further, Alkane's *power generation module* includes *a generator component adapted to convert the fuel gas into electrical energy*.<br><br>As explained above with respect to element 1(a), the Power Generation sub-system of Alkane's system converts fuel gas into electrical power, which is in turn used to power a distributed computing system. This is illustrated in the figure below, which depicts (a) a fuel gas stream flowing into the Power Generation sub-system, and (b) electrical power being transmitted from the Power Generation sub-system to the distributed computing sub-system. A person of ordinary skill in the art would understand from this figure and other documentation relating to Alkane's systems |

---

[2] Although Google Maps indicates this photo is from a site in Seminole, Texas, Alkane asserted in its filings in this case that these photos are of a site in Tioga, North Dakota.

| generation module including a generator component adapted to convert the fuel gas into electrical energy," | that the Power Generation sub-system includes one or more generators that convert the fuel gas into electrical power. <br><br>  <br> *Energy Development and Transition Committee Meeting Minutes* (Oct 6, 2020), at app. D, slide 6. <br><br> The photo included below, which illustrates a version of Alkane's system installed at a site in Tioga, ND, depicts multiple Taylor Power Systems® gas generators that include the "generator components" of Alkane's Power Generation sub-system.  According to the specification for these generators, they are capable of providing an electrical output across a range of voltages, though the specific output voltage depends on the configuration in which the generators are operated.  One of Alkane's marketing documents—an excerpt of which is also included below—indicates the generators are configured to provide an electrical output with a volage of "480 VAC."  Alkane's Vice-President Mr. Edward Woods has indicated, however, that at least some of Alkane's generators are configured to provide an electrical output at 415 VAC. ECF 36 at ¶ 22. A person of ordinary skill in the art would understand the electrical output of the generators used by Alkane—whether provided at a voltage of 480 VAC or 415 VAC—to be *a high-voltage electrical output associated with a first voltage.* |

**Crusoe Energy Systems Inc.: US11451059– INFRINGEMENT CHART**    PAGE 6 OF 25

| | | |
|---|---|---|
| | | *Google Maps*, June 2020 (last visited: Aug. 16, 2022), Alkane Midstream Seminole, TX (placed by owner), available at: https://bit.ly/3LLwmuY[3] |

---

[3] Although Google Maps indicates this photo is from a site in Seminole, Texas, Alkane asserted in its filings in this case that these photos are of a site in Tioga, North Dakota.

**Crusoe Energy Systems Inc.: US11451059– INFRINGEMENT CHART**

|  |  |  |
|---|---|---|
|  |  | **FLARE GAS POWER GENERATION DETAILS**<br><br>Well Pad — Bakken flare gas / 2mmcf/d flare / Grid power not available / 6,500 BBL/d production / 4,500kW load for 7xESP pumps / 500kW Ancillary loads<br><br>Gas Distribution — Liquid knock-out tank / Heat-traced / Insulated / 2" Gas distribution manifold<br><br>Flare Gas-fueled Generator Sets — 13x400kW (Rated) trailer-mounted generator sets / 480VAC, 60Hz Output / N+1 Configuration<br><br>Power Distribution — Paralleled generator sets / 3x Power distribution panels<br><br>Safety / Telemetry — Remote monitor and control / Automatic alarm and dispatch / Automatic LPG switchover / Customer dashboard available<br><br>**ALKANE POWER - SUPPORT**<br><br>Support — Dickinson and Tioga dispatch / Central remote monitoring<br><br>Support Team — 15 Local Power Technicians / Full Genset O/H Capability / 24/7 Remote Monitoring Team<br><br>Alkane Midstream, Leaflet, *Power Profile Pad Power with Flare Gas*. |
|  | 1(c). "the power generation module further including monitoring and control equipment, the monitoring and control equipment of the power generation module being in direct communication with the generator component and in remote communication | Alkane's *power generation module further includes monitoring and control equipment* that is *in direct communication with the generator component and in remote communication with a monitoring and control system*.<br><br>Specifically, Alkane's product literature (excerpted below) demonstrates that Alkane's system includes remote monitoring and control capabilities. Alkane's Vice President Mr. Edward Woods stated in a declaration submitted in this case that "Alkane's power generation modules have monitoring capability incorporated into their operations from Power Systems International—the manufacturer of the generators." ECF 36 at ¶ 30.  Thus, Alkane's monitoring and control equipment is in direct communication with Alkane's Power Generation sub-system (*i.e.*, its power generation module). |

| with a monitoring and control system," | To enable **remote** monitoring and control by a user, the monitoring and control equipment must necessarily be in remote communication (via a communication network) with a monitoring and control system that allows the user to access information concerning monitored parameters and control at least some functions of the Power Generation sub-system.<br><br>Alkane Midstream, *Leaflet, Power Profile Pad Power with Flare Gas.*<br><br><br><br>*Energy Development and Transition Committee Meeting Minutes (Oct 6, 2020), at app. D, slide 17.* |
| --- | --- |

Alkane Midstream*, Leaflet, Power Profile Pad Power with Flare Gas*.

| 1(d). "transforming, by the power generation system, the high-voltage electrical output into a low-voltage electrical output associated with a second voltage that is lower than the first voltage;" | Alkane's system performs the step *of transforming, by the power generation system, the high-voltage electrical output into a low-voltage electrical output associated with a second voltage that is lower than the first voltage.*<br><br>As explained above with respect to element 1(a)-(c), Alkane's system includes a power generation module, which is labeled as the Power Generation sub-system in the figures from Alkane's October 6, 2020 presentation. |

| | | |
|---|---|---|
| | | As explained above with respect to element 1(b), Alkane contends that its generators are configured to generate a three-phase electrical output at 415 VAC. *See* ECF 36 at ¶ 22; ECF 51 at 3. A person of ordinary skill in the art would understand that passing the three-phase 415 VAC output directly to distributed computing units would cause damage to the computing units. Thus, a person of ordinary skill in the art would understand that an electrical transformation module would be required to "convert" the three-phase electrical output "into an electrical flow that is suitable for consumption by computing equipment." '059 Patent at 17:64-18:3. Specifically, a person of ordinary skill in the art would understand that the three-phase 415 VAC output would either need to be stepped-down to a voltage suitable for the distributed computing units or converted into individual phase circuits. Alkane itself contends that its system does the latter. Alkane acknowledges that the three-phase 415 VAC output is not passed directly to the distributed computing units; rather, those units are powered "with 240 V single-phase." ECF 51 at 3. |
| | 1(e). "powering, by the power generation system, via the low-voltage electrical output, a plurality of distributed computing units;" | Alkane's method includes *powering, by the power generation system, via the low-voltage electrical output, a plurality of distributed computing units*.<br><br>As explained above with respect to elements 1(a)-(d), Alkane's system includes a Power Generation sub-system that generates a high-voltage electrical output that is transformed into a suitable electrical output and thereafter used to power a distributed computing system. The figures included below, which are excerpted from Alkane's October 6, 2020 presentation, illustrate both the Power Generation sub-system and the distributed computing system that it powers, which these figures indicate is used to conduct computing operations relating to "Financial Transactions" and "Cloud Computing." |

**Crusoe Energy Systems Inc.: US11451059– INFRINGEMENT CHART**



*Energy Development and Transition Committee Meeting Minutes* (Oct 6, 2020), at app. D, slide 7.



**Crusoe Energy Systems Inc.: US11451059– INFRINGEMENT CHART**                    PAGE 12 OF 25

---

*Energy Development and Transition Committee Meeting Minutes* (Oct 6, 2020), at app. D, slide 6.

The photo below, which illustrates a version of Alkane's system installed at a site in Tioga, ND, shows the data center that houses the distributed computing units(identified by a red arrow).  The figure further illustrates that the distributed computing units are in electrical connection with the Power Generation sub-system (identified by the red box).  Moreover, there is no other observable mechanism or sub-system in this installation that could supply power to the distributed computing system.



*Google Maps*, June 2020 (last visited: Aug. 16, 2022), Alkane Midstream Seminole, TX (placed by owner), available at: https://bit.ly/3LLwmuY[4]

---

[4] Although Google Maps indicates this photo is from a site in Seminole, Texas, Alkane asserted in its filings in this case that these photos are of a site in Tioga, North Dakota.

**Crusoe Energy Systems Inc.: US11451059– INFRINGEMENT CHART**                    PAGE 13 OF 25

| | |
|---|---|
| 1(f). "automatically monitoring, by the monitoring and control equipment of the power generation module, one or more operational parameters of the power generation module and controlling the generator component; and upon determining a change in the one or more operational parameters of the power generation module, modulating an electrical load of the plurality of distributed computing units by the monitoring and control system." | Alkane's system performs the step of *automatically monitoring, by the monitoring and control equipment of the power generation module, one or more operational parameters of the power generation module and controlling the generator component.*<br><br>As explained above with respect to element 1(c), Alkane's system includes a monitoring and control equipment in direct communication with the Power Generation sub-system.  Alkane's documentation indicates that the monitoring and control equipment monitor's numerous operational parameters of the Power Generation sub-system, including flow rate of the fuel gas and RPMs of the generator components.<br><br><br><br>Alkane Midstream, *Leaflet, Power Profile Pad Power with Flare Gas.* |

A person having ordinary skill in the art would understand that the "remote monitoring **and control**" capabilities of Alkane's system would necessarily include the ability to control the Power Generation sub-system.  A person of ordinary skill in the art would further understand that Alkane's monitoring is automated and that control is also automated to at least some extent. Specifically, Alkane's documentation indicates that monitoring and triggering of alarms is automatic.

| FLARE GAS POWER GENERATION DETAILS | |
|---|---|
| Well Pad | ○ Bakken flare gas |
| | ○ 2mmcf/d flare |
| | ○ Grid power not available |
| | ○ 6,500 BBL/d production |
| | ○ 4,500kW load for 7xESP pumps |
| | ○ 500kW Ancillary loads |
| Gas Distribution | ○ Liquid knock-out tank |
| | ○ Heat-traced / Insulated |
| | ○ 2" Gas distribution manifold |
| Flare Gas-fueled Generator Sets | ○ 13x400kW (Rated) trailer-mounted generator sets |
| | ○ 480VAC, 60Hz Output |
| | ○ N+1 Configuration |
| Power Distribution | ○ Paralleled generator sets |
| | ○ 3x Power distribution panels |
| Safety / Telemetry | ○ Remote monitor and control |
| | ○ Automatic alarm and dispatch |
| | ○ Automatic LPG switchover |
| | ○ Customer dashboard available |
| ALKANE POWER - SUPPORT | |
| Support | ○ Dickinson and Tioga dispatch |
| | ○ Central remote monitoring |
| Support Team | ○ 15 Local Power Technicians |
| | ○ Full Genset O/H Capability |
| | ○ 24/7 Remote Monitoring Team |

*Alkane Midstream, Leaflet, Power Profile Pad Power with Flare Gas.*

| | | Alkane's system also performs the step of, *upon determining a change in the one or more operational parameters of the power generation module, modulating an electrical load of the plurality of distributed computing units by the monitoring and control system.* |
|---|---|---|
| | | A person of ordinary skill in the art would understand that changes in the operational parameters of the Power Generation sub-system would require the ability to modulate the electrical load of the distributed computing units.  This is so because changes in certain operational parameters of the Power Generation sub-system will impact the electrical output from the Power Generation sub-system, and thus the amount of power available to the distributed computing units.  As such, it would be necessary to modulate the electrical load of the distributed computing units up or down in response thereto. |
| | | In light of Alkane's disclosure that its systems include "remote monitor and control" capabilities, and Alkane's marketing of its systems as "turn-key fuel, power and stranded gas solutions" (excerpted below) it is likely that modulating an electrical load of the distributed computing system in response to changes operating parameters of the Power Generation sub-system would be automated. |
| | | Alkane Midstream provides virtual pipeline solutions for natural gas in the Williston Basin. We provide turn-key fuel, power and stranded gas solutions, helping customers save money and increase production while reducing their environmental impact.<br><br>Alkane Midstream, Leaflet, *Power Profile Pad Power with Flare Gas*. |



*Energy Development and Transition Committee Meeting Minutes (Oct 6, 2020), at app. D, slide 17.*

| 3. | "A method according to claim 1, wherein the plurality of distributed computing units are adapted to mine a cryptocurrency" | The *distributed computing units* of Alkane's system *are adapted to mine a cryptocurrency*.<br><br>The figures included below from Alkane's October 6, 2020 presentation illustrate that the distributed computing units are used to perform computing operations relating to "Financial Transactions."  Further, the inclusion of the Bitcoin logo in and around the illustration of the computing equipment used for "Financial Transactions" indicates that the operations performed by those distributed computing units involve cryptocurrency mining. |



*Energy Development and Transition Committee Meeting Minutes* (Oct 6, 2020), at app. D, slide 6.



*Energy Development and Transition Committee Meeting Minutes* (Oct 6, 2020), at app. D, slide 7.

**Crusoe Energy Systems Inc.: US11451059– INFRINGEMENT CHART**

| | | |
|---|---|---|
| | | In addition, a LinkedIn user posted in August 2022 about a conversation she had with an Alkane representative about Alkane's cryptocurrency mining capabilities.<br><br><br><br>Alkane Midstream, LinkedIn (last visited: Aug 3, 2022), available at: https://www.linkedin.com/company/alkane.<br><br>In addition, Ryan Blazei, President of Alkane, was recently quoted, in BussinesDen, as stating:<br><br>"We power customers who mine Bitcoin."<br><br>Justin Wingerter, *Bitcoin mining power pioneer Crusoe Energy sues rival, alleges patent theft*, BusinessDen, (Aug. 26, 2022) available at: https://businessden.com/2022/08/26/bitcoin-mining-power-pioneer-crusoe-energy-sues-rival-alleges-patent-theft/ |
| 4. | "A method according to claim 3, wherein the plurality of distributed computing units are disposed within one or more mobile data centers." | Alkane's system includes a *plurality of distributed computing units* that are *disposed within one or more mobile data centers*.<br><br>As explained above with respect to claim 1, Alkane's system includes a plurality of distributed computing units that are housed in the shipping container shown in the photo below (identified by the red arrow). |

**Crusoe Energy Systems Inc.: US11451059– INFRINGEMENT CHART**                     PAGE 19 OF 25

<table>
<tr>
<td></td>
<td></td>
<td>



*Google Maps*, June 2020 (last visited: Aug. 16, 2022), Alkane Midstream Seminole, TX (placed by owner), available at: https://bit.ly/3LLwmuY[5]

</td>
</tr>
<tr>
<td>6.</td>
<td>"A method according to claim l, wherein the fuel gas stream is received from a natural gas processing system."</td>
<td>

Alkane's method includes *the fuel gas stream* being *received from a natural gas processing system*.

The figures below from Alkane's October 6, 2020 presentation illustrate a "Gas Processing" sub-system (outlined in red) that is connected to the "Power Generation" sub-system.  The figure illustrates that an incoming stream of raw natural gas flows through the Gas Processing sub-system and the output of the Gas Processing sub-system flows to the Power Generation sub-system.  A person of ordinary skill in the art would understand that the output of the Gas Processing sub-system is a fuel gas stream, and thus that the Gas Processing sub-system processes raw natural gas into fuel gas that is delivered to the Power Generation sub-system.

</td>
</tr>
</table>

---

[5] Although Google Maps indicates this photo is from a site in Seminole, Texas, Alkane asserted in its filings in this case that these photos are of a site in Tioga, North Dakota.



*Energy Development and Transition Committee Meeting Minutes* (Oct 6, 2020), at app. D, slide 7.



*Energy Development and Transition Committee Meeting Minutes* (Oct 6, 2020), at app. D, slide 6.

| 10. | "A method according to claim l, wherein the one or more operational parameters of the power generation module include a composition of the fuel gas." | *One or more operational parameters of the power generation module* that Alkane's method monitors is *composition of the fuel gas.*<br><br>A person having ordinary skill in the art would understand that it is necessary to monitor the composition of the fuel gas because the composition of a fuel gas stream will likely vary over time and changes in the composition can impact the operation of the system. |
|---|---|---|
| 12. | "A method according to claim 1, wherein the one or more operational parameters of the power generation module include a fuel gas flow rate." | *One or more operational parameters of the power generation module* that Alkane's method monitors is *fuel gas flow rate.*<br><br>A person having ordinary skill in the art would understand that it is necessary to monitor the fuel gas flow rate because the fuel gas flow rate will likely vary over time and changes in the flow rate can impact the operation of the system.  Documentation associated with Alkane's system indicates that one of the operational parameters of the Power Generation sub-system that is monitored is the flow rate of the fuel gas.<br><br><br><br>*Energy Development and Transition Committee Meeting Minutes (Oct 6, 2020), at app. D, slide 17.* |

| | | |
|---|---|---|
| 15. | "A method according to claim 1, wherein the monitoring and control equipment include sensors at the power generation system." | Alkane's *monitoring and control equipment includes sensors at the power generation system.*<br><br>As explained above with respect to element 1(c)-(f), Alkane's monitoring and control equipment provides remote monitoring and control of the Power Generation sub-system.  A person of ordinary skill in the art would understand that to effectivity monitor the Power Generation sub-system remotely, sensors would necessarily need to be used. |
| 16. | 16(a). "A method comprising: receiving, by a power generation system, a fuel gas stream comprising a fuel gas having a heat value of at least about 1,000 Btu/scf;" | *See* element 1(a). |
| | 16(b). "generating, by a power generation module of the power generation system, from the fuel gas, a high-voltage electrical output associated with a first voltage; and" | *See* elements 1(a)-(b). |
| | 16(c). "transforming, by the power generation system, the high-voltage electrical output into a low-voltage electrical output associated with a second voltage that is | *See* element 1(d). |

| | |
|---|---|
| lower than the first voltage;" | |
| 16(d). "powering, by the power generation system, via the low-voltage electrical output, a plurality of distributed computing units;' | *See* element 1(e). |
| 16(e). "monitoring, by monitoring and control equipment, operational parameters of the power generation module, the monitoring and control equipment being in direct communication with the power generation module and in remote communication with a monitoring and control system; and automatically modulating, by the monitoring and control system, based on the monitored operational parameters, an electrical load of the | *See* element 1(f). |

Crusoe Energy Systems Inc.: US11451059– INFRINGEMENT CHART

|  | plurality of distributed computing units." | |
|---|---|---|
| 17. | "A method according to claim 16, wherein the operational parameters comprise a composition of the fuel gas." | *See* claim 10. |
| 19. | "A method according to claim 16, wherein the plurality of distributed computing units are adapted to mine a cryptocurrency." | *See* claim 3. |
| 20. | "A method according to claim 19, wherein the plurality of distributed computing units are disposed within one or more mobile data centers." | *See* claim 4. |
| 22. | "A method according to claim 16, wherein the fuel gas stream is received from a natural gas processing system." | *See* claim 6. |

**Crusoe Energy Systems Inc.: US11451059– INFRINGEMENT CHART**                    PAGE 25 OF 25

| 24. | "A method according to claim 16, wherein the operational parameters comprise a fuel gas flow rate." | *See* claim 12. |
|---|---|---|
| 27. | "A method according to claim 20, wherein the monitoring and control equipment include sensors at the power generation system." | *See* claim 15. |