# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# DENVER DIVISION

| | |
|---|---|
| **CRUSOE ENERGY SYSTEMS LLC,** § § | |
| *Plaintiff*, § § | |
| v. § | **Civil Action No. 1:22-cv-2142-NYW-STV** |
| § § | |
| **ALKANE MIDSTREAM LLC,** § § | |
| § | **HONORABLE** |
| § | **JUDGE NINA Y. WANG** |
| *Defendant.* § § | |
| § | **HONORABLE** |
| § | **JUDGE SCOTT T. VARHOLAK** |
| § | |

## PLAINTIFF CRUSOE ENERGY SYSTEMS LLC'S NOTICE
## OF SECOND AMENDED COMPLAINT

Plaintiff Crusoe Energy Systems LLC ("Crusoe") files this Notice of Second Amended Complaint in compliance with D.C.COLO.LCivR 15.1(a).

On October 10, 2022, Crusoe filed its Motion for Leave to File its Second Amended Complaint. ECF 59. On October 24, 2022, Alkane Midstream LLC filed a notice stating it did not oppose Crusoe's Motion for Leave. ECF 64. Thereafter, Judge Wang Ordered Crusoe to file its Second Amended Complaint, pursuant to D.C.COLO.LCivR 15.1(a), on or before October 27, 2022. ECF 65.

Accordingly, Crusoe hereby submits Exhibit A in conformity with D.C.COLO.LCivR 15.1(a).  *See* Ex. A.

Dated: October 26, 2022                Respectfully submitted,

/s/ Brett C. Govett
Brett C. Govett

NORTON ROSE FULBRIGHT US LLP

Brett C. Govett
brett.govett@nortonrosefulbright.com
Taylor Shields
taylor.shields@nortonrosefulbright.com
NORTON ROSE FULBRIGHT US LLP
2200 Ross Avenue, Suite 3600
Dallas, TX  75201-7932
Telephone:     (214) 855-8120
Facsimile:      (214) 855-8200

Stephanie DeBrow
stephanie.debrow@nortonrosefulbright.com
Daniel Shuminer
Colorado State Bar No. 53994
daniel.shumniner@nortonrosefulbright.com
NORTON ROSE FULBRIGHT US LLP
98 San Jacinto Boulevard, Suite 1100
Austin, Texas 78701
Telephone:     (512) 563-3094
Facsimile:      (512) 536-4598
*Attorneys for Plaintiff Crusoe Energy Systems LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 26, 2022 all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.  Any other counsel of record will be served in accordance with the Federal Rules of Civil Procedure.

/s/ Brett C. Govett
Brett C. Govett