AO 120 (Rev. 08/10)

| TO: **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ___for the District of Colorado, Denver Division___ on the following ☐ Trademarks or ☑ Patents.    ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO. 1:22-cv-2142 | DATE FILED 9/6/2022 | U.S. DISTRICT COURT for the District of Colorado, Denver Division |
|---|---|---|
| PLAINTIFF<br>CRUSOE ENERGY SYSTEMS LLC, | | DEFENDANT<br>ALKANE MIDSTREAM LLC, |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 10,862,307 | 12/8/2020 | Crusoe Energy Systems LLC, Denver, CO (US) |
| 2 | 10,862,309 | 12/8/2020 | Crusoe Energy Systems LLC, Denver, CO (US) |
| 3 | 11,437,821 | 9/6/2022 | Crusoe Energy Systems LLC, Denver, CO (US) |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED 10/26/2022 | INCLUDED BY<br>☑ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | |
|---|---|---|
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 11,451,059 | 9/20/2022 | Crusoe Energy Systems LLC, Denver, CO (US) |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

**Copy 1—Upon initiation of action, mail this copy to Director     Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director     Copy 4—Case file copy**