# EXHIBIT 1

**Claim 1 of U.S. Patent No. 10,862,307:**
1. A flare mitigation system comprising:
**an electrical power generation system** comprising:
**one or more power generation modules, each adapted to**:
 receive a fuel gas stream comprising a fuel gas associated with a heat value of at least about 1,000 Btu/scf; and **consume the fuel gas stream to generate a high-voltage electrical output** associated with a first voltage; and
**a parallel panel** in electrical communication with each of the power generation modules, the parallel panel **adapted to**:
 receive the high-voltage electrical output from each of the power generation modules; and combine and synchronize said high-voltage electrical outputs into a combined high-voltage electrical output; and
**an electrical transformation module** in electrical communication with the parallel panel, the electrical transformation module **adapted to**:
 receive the combined high-voltage electrical output; and transform the combined high-voltage electrical output into a low-voltage electrical output associated with a second voltage that is lower than the first voltage; and
**a distributed computing system powered by the electrical power generation system**, the distributed computing system comprising:
 a communications system comprising one or more data satellite antennas, the **communications system adapted to** provide a network; and a first mobile data center comprising: an enclosure defining an interior space; a plurality of distributed computing units located within the interior space of the enclosure, each of the plurality of distributed computing units in communication with the network; and a power system located at least partially within the interior space of the enclosure, **the power system in electrical communication** with the electrical transformation module and the plurality of distributed computing units **such that** the power system **receives the low-voltage electrical output and powers each of the plurality of distributed computing units**.

'307 Patent, 28:1-49 (emphasis added).

**Claim 1 of U.S. Patent No. 10,862,309:**
A flare mitigation system comprising:
**an electrical power generation system** comprising:
**a power generation module adapted to**:
 receive a fuel gas stream comprising a fuel gas associated with a gas profile, the fuel gas having a heat value of at least about 1,000 Btu/scf; and **consume the fuel gas stream to generate a high-voltage electrical output** associated with a first voltage; and
**an electrical transformation module** in electrical communication with the power generation module, the electrical transformation module **adapted to**:
 receive the high-voltage electrical output generated by the power generation module; and transform the high-voltage electrical output into a low-voltage electrical output associated with a second voltage that is lower than the first voltage;
**a distributed computing system powered by the electrical power generation system,** the distributed computing system comprising:
 a communications system comprising one or more data satellite antennas, the **communications system adapted to** provide a network; and a first mobile data center comprising: an enclosure defining an interior space; a plurality of distributed computing units located within the interior space of the enclosure, each of the plurality of distributed computing units in communication with the network; and a power system located at least partially within the interior space of the enclosure, **the power system in electrical communication** with the electrical transformation module and the plurality of distributed computing units **such that** the power system **receives the low-voltage electrical output and powers each of the plurality of distributed computing units**; and
a monitoring and control system in communication with the electrical power generation system and the distributed computing system via the network, **the monitoring and control system adapted to**:
 monitor the gas profile of the fuel gas received by the electrical power generation system; and upon determining a change in the gas profile, automatically modulate an electrical load of the distributed computing system.

'309 Patent, 28:1-49 (emphasis added).

**Claim 1 of U.S. Patent No. 11,437,821:**

1. A flare mitigation system comprising:
**an electrical power generation system** comprising:
a **plurality of power generation modules**, each **adapted to**:

receive a fuel gas stream comprising a fuel gas associated with a heat value of at least about 1,000 Btu/scf; and **consume the fuel gas to generate a high-voltage electrical output** associated with a first voltage;

**a parallel panel** in electrical communication with each of the power generation modules, the parallel panel **adapted to**:

receive the high-voltage electrical output from each of the power generation modules; and combine and synchronize said high-voltage electrical outputs into a combined high-voltage electrical output; and an electrical transformation module in electrical communication with the parallel panel, **the electrical transformation module adapted to**: receive the combined high-voltage electrical output; and transform the combined high-voltage electrical output into a low-voltage electrical output associated with a second voltage that is lower than the first voltage; and

**a distributed computing system powered by the electrical power generation system**, the distributed computing system comprising:

a plurality of distributed computing units; and a **power system in electrical communication** with the electrical transformation module and the plurality of distributed computing units **such that** the power system **receives the low-voltage electrical output and powers each of the plurality of distributed computing units**.

'821 Patent, 28:8-43 (emphasis added).

**Claim 1 of U.S. Patent No. 11,451,059:**

1. A method comprising:
receiving, by a power generation system, a fuel gas stream comprising a fuel gas having a heat value of at least about 1,000 Btu/scf;

**generating, by the power generation system, from the fuel gas, a high-voltage electrical output** associated with a first voltage, wherein said generating is performed by a power generation module of the power generation system,

the power generation module including **a generator component adapted to convert the fuel gas into electrical energy,** the power generation module further including monitoring and control equipment, the monitoring and control equipment of the power generation module being in direct communication with the generator component and in remote communication with a monitoring and control system,

**transforming, by the power generation system**, the high-voltage electrical output into a low-voltage electrical output associated with a second voltage that is lower than the first voltage;

**powering, by the power generation system, via the low-voltage electrical output, a plurality of distributed computing units**;

automatically **monitoring, by the monitoring and control equipment of the power generation module,** one or more operational parameters of the power generation module and controlling the generator component; and

upon determining a change in the one or more operational parameters of the power generation module, modulating an electrical load of the plurality of distributed computing units by the monitoring and control system.

'059 Patent, 28:2-35 (emphasis added).