# Exhibit 1

Plaintiff's Response to Defendant's Motion to Dismiss

# EXHIBIT 1

Included below is a non-exhaustive listing of additional pertinent distinctions between claim 1 of the '307 Patent and other asserted claims, both in the '307 Patent and the other Asserted Patents:

| Patent, Claim | Claim Element |
|---|---|
| '307 Patent, claim 14 | "a monitoring and control system in communication with the distributed computing system via the network" |
| '307 Patent, claim 15 | "natural gas processing system in communication with the electrical power generation system, the natural gas processing system adapted to process raw natural gas into the fuel gas" |
| '307 Patent, claim 16 | "wherein the plurality of distributed computing units are adapted to mine a cryptocurrency" |
| '309 Patent, claim 1 | "a monitoring and control system in communication with the electrical power generation system and the distributed computing system via the network, the monitoring and control system adapted to: monitor the gas profile of the fuel gas received by the electrical power generation system; and upon determining a change in the gas profile, automatically modulate an electrical load of the distributed computing system" |
| '309 Patent, claim 14 | "wherein the plurality of distributed computing units are adapted to mine a cryptocurrency" |
| '821 Patent, claim 6 | "a monitoring and control system in communication with the distributed computing system via the network" |
| '821 Patent, claim 7 | "wherein at least one of the power-generation modules comprises an engine-type generator" |
| '821 Patent, claim 8 | "wherein the high-voltage electrical output generated by the engine-type generator is from about 70kW to about 2MW" |
| '821 Patent, claim 15 | "wherein the plurality of distributed computing units are adapted to mine a cryptocurrency" |
| '059 Patent, claim 1 | "the power generation module further including monitoring and control equipment . . . in direct communication with the generator component and in remote communication with a monitoring and control system" |

## EXHIBIT 1 (CONTINUED)

| Patent, Claim | Claim Element |
| --- | --- |
| '059 Patent, claim 1 | "automatically monitoring, by the monitoring and control equipment of the power generation module, one or more operational parameters of the power generation module and controlling the generator component; and upon determining a change in the one or more operational parameters of the power generation module, modulating an electrical load of the plurality of distributed computing units by the monitoring and control system" |
| '059 Patent, claim 3 | "wherein the plurality of distributed computing units are adapted to mine a cryptocurrency" |
| '059 Patent, claim 6 | "wherein the fuel gas stream is received from a natural gas processing system" |
| '059 Patent, claim 10 | "wherein the one or more operational parameters of the power generation module [that are monitored by the monitoring and control equipment] include a composition of the fuel gas" |
| '059 Patent, claim 12 | "wherein the one or more operational parameters of the power generation module [that are monitored by the monitoring and control equipment] include a fuel gas flow rate" |
| '059 Patent, claim 15 | "wherein the monitoring and control equipment include sensors at the power generation system" |
| '059 Patent, claim 16 | "monitoring, by monitoring and control equipment, operational parameters of the power generation module, the monitoring and control equipment being in direct communication with the power generation module and in remote communication with a monitoring and control system; and automatically modulating, by the monitoring and control system, based on the monitored operational parameters, an electrical load of the plurality of distributed computing systems" |
| '059 Patent, claim 17 | "wherein the operational parameters [monitored by the monitoring and control equipment] comprise a composition of the fuel gas" |
| '059 Patent, claim 19 | "wherein the plurality of distributed computing units are adapted to mine a cryptocurrency" |
| '059 Patent, claim 22 | "wherein the fuel gas stream is received from a natural gas processing system" |
| '059 Patent, claim 24 | "wherein the operational parameters [monitored by the monitoring and control equipment] comprise a fuel gas flow rate" |
| '059 Patent, claim 27 | "wherein the monitoring and control equipment include sensors at the power generation system" |