# Exhibit A

Plaintiff's Motion to Dismiss Defendant's Counterclaims

| | |
|---|---|
| STATE OF NORTH DAKOTA | DISTRICT COURT |
| COUNTY OF BURLEIGH | SOUTH CENTRAL JUDICIAL DISTRICT |

| | |
|---|---|
| Alkane Midstream LLC, | Civil No. 08-2021-CV-01257 |
| Plaintiff, | |
| vs. | **SUPPLEMENTAL DECLARATION OF AALOK SHARMA IN SUPPORT OF ALKANE MIDSTREAM LLC'S MOTION FOR LEAVE TO AMEND COMPLAINT** |
| Guillermo Barreto, Baker Consulting, LLC, and John Does 1-10, | |
| Defendants. | |

STATE OF MINNESOTA  )
                    ) ss.
COUNTY OF HENNEPIN  )

Aalok K. Sharma declares as follows:

    1.    I am an attorney of record for Alkane Midstream LLC ("Alkane") in this case.

    2.    A true and correct copy of selected pages from this Court's August 31, 2021 hearing are attached are **Exhibit 1**.

    3.    A true and correct copy Defendant Guillermo Barreto's ("Barreto") Answers to Alkane's First Set of Interrogatories is attached hereto as **Exhibit 2**.

    4.    A true and correct copy of an email dated June 6, 2021, obtained via a subpoena duces tecum from Tractor & Equipment Co. ("T&E"), is attached hereto as **Exhibit 3**.

    5.    A true and correct copy of a subpoena duces tecum dated October 21, 2021, served on Paycom Software, Inc. ("Paycom"), is attached hereto as **Exhibit 4**.

    6.    A true and correct of an email I sent to all counsel on January 12, 2022, is attached hereto as **Exhibit 5**.

176983257

7. A true and correct copy of documents served by Paycom in response to October 21, 2021, subpoena duces tecum, are attached hereto as **Exhibit 6**.

8. A true and correct copy of a letter I sent to Paycom on or about July 19, 2022, is attached hereto as **Exhibit 7**.

9. A true and correct copy of a subpoena to Paycom, dated September 12, 2022, is attached hereto as **Exhibit 8**.

10. A true and correct copy of an email dated September 10, 2021, obtained via a subpoena duces tecum from Flex Energy, is attached hereto as **Exhibit 9**.

11. A true and correct copy of an email dated May 25, 2021, obtained via a subpoena duces tecum from T&E is attached hereto as **Exhibit 10**.

12. A true and correct copy of an email dated April 20, 2021, obtained via a subpoena duces tecum from T&E is attached hereto as **Exhibit 11**.

13. A true and correct copy of an email dated June 23, 2021, obtained via a subpoena duces tecum from T&E is attached hereto as **Exhibit 12**.

14. A true and correct copy of an email dated May 6, 2021, obtained via a subpoena duces tecum from T&E is attached hereto as **Exhibit 13**.

I declare under penalty of perjury that everything I have stated in this document is true and correct.

Dated: September 22, 2022          */s/ Aalok K. Sharma*
                                   Aalok K. Sharma

176983257