# Exhibit B

Plaintiff's Motion to Dismiss Defendant's Counterclaims

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 22-CV-2142-NYW

**CRUSOE ENERGY SYSTEMS, LLC,**

**Plaintiff,**

**v.**

**ALKANE MIDSTREAM, LLC,**

**Defendant.**

_____

**REPORTER'S TRANSCRIPT**
**(Status Conference)**

_____

Proceedings before the HONORABLE NINA Y. WANG, Judge, United States District Court, for the District of Colorado, commencing at 10:05 a.m. on the 31st day of August, 2022, Alfred A. Arraj United States Courthouse, Denver, Colorado.

**A P P E A R A N C E S**

**FOR THE PLAINTIFF:**
BRETT C. GOVETT and TAYLOR A. SHIELDS, Norton Rose Fulbright US LLP, 2200 Ross Avenue, Suite 3600, Dallas, TX 75201

STEPHANIE NICOLE DEBROW and DANIEL S. SHUMINER, Norton Rose Fulbright US LLP, 98 San Jacinto Boulevard, Suite 1100, Austin, TX 78756

**FOR THE DEFENDANT:**
RYAN MATTHEW SUGDEN and JOHN SCHROEDER, Stinson LLP, 1144 Fifteenth Street, Suite 2400, Denver, CO 80202

1  stipulated extension by the parties.  We don't believe

2  that by filing the Complaint -- I am sorry, a Response to

3  the Complaint on October 5th, that would delay fact

4  discovery.

5        We do have issues with the schedule of the

6  expedited discovery that has been requested, but we are

7  not taking the position that it must wait until after we

8  would answer or file a Motion in Response to the

9  Complaint.

10        THE COURT:  All right.  So, hearing that,

11  Mr. Govett, any objection to entering that October 5th

12  deadline for the Response of the Complaint, knowing that

13  these issues with the Motion for Expedited Facts Discovery

14  are going to need to be adjudicated by this Court at least

15  in conjunction with some preliminary discovery?

16        MR. GOVETT:  There is no objection.  No objection,

17  Your Honor.  Thank you.

18        THE COURT:  So we will set that deadline for

19  October 5, 2022, for the Response to an Answer or Motion

20  in Response to the Complaint.

21        Now let's turn to the Motion for Expedited

22  Discovery, because my sense is that that is going to

23  influence the deadlines with respect to the completion of

24  fact discovery, any supplemental briefing with respect to

25  the Motion for Preliminary Injunction, the opposition to

1    the Preliminary Injunction, and the Motion for Preliminary
2    Injunction.
3           I will tell you that given the Court's schedule,
4    getting you all in for a preliminary injunction hearing in
5    November or early December is going to be challenging.  As
6    you all probably know, I was just recently confirmed, and
7    as part of that process, received a number of cases from
8    my colleagues, which are set for jury trial on my calendar
9    now all throughout November and early December.
10          So I am a little bit concerned with respect to
11   slating you in for a preliminary injunction hearing, but
12   that will also depend on a couple of things, and one is I
13   would like Mr. Sugden and Mr. Schroeder to address the
14   date of the anticipated deployment of the accused products
15   and/or services, because based on my reading of the
16   Complaint, it wasn't entirely clear to me when these
17   things were going to get deployed which, again, in turn
18   may influence the Court's timing with respect to a number
19   of these issues.
20          And then, two, how long you all anticipate a
21   preliminary injunction hearing lasting; whether you think
22   that it could be completed in one day or you think it will
23   take multiple days for the Court's consideration.
24          MR. SUGDEN:  Thank you, Your Honor, this is Ryan
25   Sugden, and that sounds like a very nice welcoming gift

# REPORTER'S CERTIFICATE

I, Darlene M. Martinez, Official Certified Shorthand Reporter for the United States District Court, District of Colorado, do hereby certify that the foregoing is a true and accurate transcript of the proceedings had as taken stenographically by me at the time and place aforementioned.

Dated this 7th day of September, 2022.

_____

s/Darlene M. Martinez

RMR, CRR