# Exhibit C

Plaintiff's Motion to Dismiss Defendant's Counterclaims

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 22-CV-2142-NYW

**CRUSOE ENERGY SYSTEMS, LLC,**

**Plaintiff,**

**v.**

**ALKANE MIDSTREAM, LLC,**

**Defendant.**

_____
REPORTER'S TRANSCRIPT
(Motions Hearing)
_____

Proceedings before the HONORABLE NINA Y. WANG, Judge, United States District Court, for the District of Colorado, commencing at 1:05 p.m. on the 8th day of September, 2022, Alfred A. Arraj United States Courthouse, Denver, Colorado.

### A P P E A R A N C E S

**FOR THE PLAINTIFF: (Telephonically)**
BRETT C. GOVETT, Norton Rose Fulbright US LLP, 2200 Ross Avenue, Suite 3600, Dallas, TX 75201

STEPHANIE NICOLE DEBROW and DANIEL S. SHUMINER, Norton Rose Fulbright US LLP, 98 San Jacinto Boulevard, Suite 1100, Austin, TX 78756

**FOR THE DEFENDANT: (Telephonically)**
RYAN MATTHEW SUGDEN and JOHN SCHROEDER, Stinson LLP, 1144 Fifteenth Street, Suite 2400, Denver, CO 80202

1           THE COURT:  All right.  So consistent with the
2    rulings on the record, the Court grants in part and denies
3    in part Plaintiff's Motion to Restrict, which is Docket
4    Entry No. 13.  Docket Entry Nos. 12, 12-1, 12-2, 12-3, and
5    8-2 will be unrestricted from the public record.
6           Docket Entry No. 8, Docket Entry No. 8-1 and Docket
7    Entry No. 10 will remain as Level 1 restricted.  In
8    addition, the plaintiff will file a redacted versions of
9    Docket Entry No. 8 and Docket Entry 8-1/10 no later than
10   the close of business September 9, 2022, consistent with
11   the ruling made by the Court on the record today.
12          I think that takes care of the Motion to Restrict,
13   and so then we can turn, unless anyone else has something
14   on the Motion to Restrict, to the Motion to Expedite
15   Discovery, which is Docket Entry No. 11.  Is everyone
16   prepared to turn to that?
17          MS. DEBROW:  Yes, Your Honor.
18          MR. SUGDEN:  This is Ryan Sugden.  Yes, Your Honor.
19          THE COURT:  So let's turn -- I am using the chart
20   that you all submitted as my guide here.  I have had an
21   opportunity to preliminarily look at the asserted patents,
22   which are found at Docket Entry Nos. 1-1, 1-2, and 28-1;
23   the 307, 309, and 821 patents.  I will admit to you that I
24   have not examined those in-depth, nor have I had an
25   opportunity to carefully look at the prosecution histories

1    of any of those respective patents.

2            But this proceeding is very much focused on what

3    kind of expedited discovery you all need to proceed to the

4    preliminary injunction hearing, as well as setting

5    briefing with respect to the preliminary injunction and

6    the TRO.

7            I note, as a framework before we start, that in the

8    Motion to Expedite Discovery, on page 1, the plaintiff

9    says, "At this stage, the plaintiff is not seeking broad

10   discovery on the full merits of the claims and defenses."

11           That is the framework that I am using because,

12   again, I am not attempting to try to figure out what

13   discovery may or may not be allowed in this case in

14   general.  My focus is on what good cause there is to

15   permit expedited discovery in order to have an efficient

16   and complete preliminary injunction hearing.

17           So, with that in mind, let's turn to the first

18   issue, which is the request for inspection.  So there is a

19   request for inspection:  "Inspect, survey, videotape and

20   photograph Alkane's site layout and operations at each

21   location where Alkane has at any time or is currently

22   performing bitcoin mining operations, including but not

23   limited to the Surprise 4 Pad."

24           Ms. DeBrow, are you going to be handling these

25   issues for the plaintiff?

**R E P O R T E R ' S   C E R T I F I C A T E**

    I, Darlene M. Martinez, Official Certified Shorthand Reporter for the United States District Court, District of Colorado, do hereby certify that the foregoing is a true and accurate transcript of the proceedings had as taken stenographically by me at the time and place aforementioned.

    Dated this <u>20th</u> day of <u>September</u>, 2022.

_____
s/Darlene M. Martinez
RMR, CRR