IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:22-cv-02142-NYW-STV

CRUSOE ENERGY SYSTEMS LLC, a Delaware limited liability company,

   Plaintiff,

 v.

ALKANE MIDSTREAM LLC, a Delaware limited liability company,

   Defendant.

---

### JOINT MOTION TO VACATE AND RESET SCHEDULING CONFERENCE

Plaintiff Crusoe Energy Systems LLC ("Crusoe") and Defendant Alkane Midstream LLC ("Alkane") jointly move the Court for an order to vacate and reset the Rule 16 scheduling conference set for December 22, 2022 at 10:30 a.m.

### CERTIFICATE OF CONFERRAL

Crusoe and Alkane jointly move for the relief sought in this Motion.

### MOTION

Pursuant to ECF No. 68, this request to vacate and reset the Rule 16 scheduling conference is being made due to counsel unavailability on December 22, 2022. Counsel for the parties have conferred and are available on the following dates:

- January 24, 2023
- January 25, 2023
- January 26, 2023
- January 31, 2023
- February 1, 2023
- February 2, 2023

CORE/3517695.0017/178578500.1

The parties will make additional dates available should none of the above-listed dates be sufficient.

WHEREFORE, the parties request the Court enter an order to vacate and reset the scheduling conference currently set for December 22, 2022.

Respectfully submitted this 1st day of December, 2022.

s/ *Stephanie DeBrow*

Stephanie DeBrow
Daniel Shuminer
NORTON ROSE FULBRIGHT US LLP
98 San Jacinto Boulevard, Suite 1100
Austin, Texas 78701
Phone: 512.563.3094
Fax No.: 512. 536.4598
stephanie.debrow@nortonrosefulbright.com
daniel.shuminer@nortonrosefulbright.com

Brett C. Govett
Taylor Shields
NORTON ROSE FULBRIGHT US LLP
2200 Ross Avenue, Suite 3600
Dallas, TX 75201-7932
Phone: 214.855.8120
Fax No.: 214.855.8200
Email:
brett.govett@nortonrosefulbright.com
taylor.shields@nortonrosefulbright.com

*Attorneys for Plaintiff Crusoe Energy Systems LLC*

s/ *Ryan M. Sugden*

Ryan M. Sugden
STINSON LLP
1144 Fifteenth St., Suite 2400
Denver, Colorado 80202
Phone:  303.376.8405
Fax No.: 303.578.7985
Email: ryan.sugden@stinson.com

John R. Schroeder
STINSON LLP
7700 Forsyth Boulevard, Suite 1100
St. Louis, Missouri 63105
Phone:  314.345.7023
Fax No.: 314.863.9388
Email: john.schroeder@stinson.com

*Attorneys for Defendant Alkane Midstream LLC*

2