IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
DENVER DIVISION

| | |
|---|---|
| **CRUSOE ENERGY SYSTEMS LLC,** | § |
| Plaintiff, | § |
| v. | § Civil Action No. 1:22-cv-2142-NYW-STV |
| **ALKANE MIDSTREAM LLC,** | § |
| Defendant. | § |

**JOINT MOTION TO VACATE ORDER SETTING SCHEDULING CONFERENCE**

Plaintiff Crusoe Energy Systems LLC ("Crusoe") and Defendant Alkane Midstream LLC ("Alkane") jointly move the Court to vacate the order (ECF 80) setting the Rule 16 scheduling conference for January 24, 2023 at 10:15 am before Magistrate Judge Varholak.

The parties have exchanged settlement offers, and the principals for Crusoe and Alkane are scheduled to conduct in-person settlement discussions on February 2, 2023. If the parties are able to reach an agreement in principle as a result of the February 2nd discussions, the Rule 16 settlement conference will be unnecessary. Thus, in an effort to conserve judicial and party resources, the parties jointly move the court to vacate the order (ECF 80) setting the Rule 16 scheduling conference for January 24, 2023, with the conference to be reset for a later date if necessary.

No later than seven (7) days after the February 2, 2023 settlement discussions, the parties will jointly file a status report (a) notifying the court of the outcome of the settlement discussions, and (b) if the parties are unable to reach agreement in principle, providing a list of proposed dates for the Rule 16 scheduling conference.

1

Respectfully submitted this 12th day of January, 2023.

| /s/ *Brett C. Govett* | /s/ *Ryan M. Sugden* |
|---|---|
| Brett C. Govett<br>Taylor Shields<br>NORTON ROSE FULBRIGHT US LLP<br>2200 Ross Avenue, Suite 3600<br>Dallas, Texas 75201<br>Telephone: (214) 855-8000<br>Facsimile: (214) 855-8200<br>Email:<br>brett.govett@nortonrosefulbright.com<br>taylor.shields@nortonrosefulbright.com<br><br>Stephanie N. DeBrow<br>Daniel Shuminer<br>NORTON ROSE FULBRIGHT US LLP<br>98 San Jacinto Boulevard, Suite 1100<br>Austin, Texas 78701<br>Telephone: (512) 563-3094<br>Facsimile: (512) 536-4598<br>Email:<br>stephanie.debrow@nortonrosefulbright.com<br>daniel.shuminer@nortonrosefulbright.com<br><br>*Attorneys for Plaintiff Crusoe Energy Systems LLC* | Ryan M. Sugden<br>STINSON LLP<br>1144 Fifteenth St., Suite 2400<br>Denver, Colorado 80202<br>Phone: 303.376.8405<br>Facsimile: 303.578.7985<br>Email: ryan.sugden@stinson.com<br><br>John R. Schroeder<br>STINSON LLP<br>7700 Forsyth Boulevard, Suite 1100<br>St. Louis, Missouri 63015<br>Phone: 314.345.7023<br>Facsimile: 314.863.9388<br>Email: john.schroeder@stinson.com<br><br>*Attorneys for Defendant Alkane Midstream LLC* |

## CERTIFICATE OF CONFERRAL

Pursuant to D.C.Colo.LCivR 7.1(a), the parties have conferred and jointly move for the relief sought in this Motion.

*/s/Brett C. Govett*
Brett C. Govett

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 12, 2023, the undersigned caused a copy of the foregoing document to be served on all counsel of record.

*/s/ Brett C. Govett*
Brett C. Govett