**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**DENVER DIVISION**

| | | |
|---|---|---|
| CRUSOE ENERGY SYSTEMS LLC, | § § | |
| Plaintiff, | § § | Civil Action No. 1:22-CV-2142 |
| v. | § § | Jury Trial Demanded |
| ALKANE MIDSTREAM LLC, | § § | |
| Defendant. | § § | |

**JOINT STATUS REPORT**

Pursuant to the Court's Order of January 13, 2023 (Dkt. 88), the parties respectfully submit this Joint Status Report. The principals for Plaintiff Crusoe Energy Systems LLC ("Crusoe") and Defendant Alkane Midstream LLC ("Alkane") met in person on February 2, 2023 to discuss settlement of this litigation. While the parties did not reach agreement on all terms, the parties made significant progress and continue to negotiate in good faith.

In light of this progress and in an effort to conserve judicial and party resources, the parties jointly request they be permitted to continue good faith negotiations for an additional fourteen (14) days. No later than February 23, 2023, the parties will jointly file a status report (a) notifying the court of the outcome of their continued settlement discussions, and (b) if the parties are unable to reach agreement in principle, providing a list of proposed dates for the Rule 16 scheduling conference.

Dated: February 9, 2023

| | |
|---|---|
| STINSON LLP | NORTON ROSE FULBRIGHT US LLP |
| /s/ Ryan M. Sugden<br>Ryan M. Sugden<br>STINSON LLP<br>1144 Fifteenth Street, Suite 2400<br>Denver, CO 80202<br>ryan.sugden@stinson.com<br>Telephone: (303) 376-8405<br><br>*Attorneys for Defendant Alkane Midstream LLC* | /s/ Brett C. Govett<br>Brett C. Govett<br>brett.govett@nortonrosefulbright.com<br>Taylor Shields<br>taylor.shields@nortonrosefulbright.com<br>NORTON ROSE FULBRIGHT US LLP<br>2200 Ross Avenue, Suite 3600<br>Dallas, TX 75201-7932<br>Telephone: (214) 855-8120<br>Facsimile: (214) 855-8200<br><br>Stephanie DeBrow<br>stephanie.debrow@nortonrosefulbright.com<br>Daniel Shuminer<br>Colorado State Bar No. 53994<br>daniel.shuminer@nortonrosefulbright.com<br>NORTON ROSE FULBRIGHT US LLP<br>98 San Jacinto Boulevard, Suite 1100<br>Austin, Texas 78701<br>Telephone: (512) 563-3094<br>Facsimile: (512) 536-4598<br><br>*Attorneys for Plaintiff Crusoe Energy Systems LLC* |

**CERTIFICATE OF CONFERENCE**

Pursuant to D.C.Colo.LCivR 1.7(a), the parties have conferred and jointly request the relief sought in this Status Report.

/s/ Brett C. Govett
Brett C. Govett

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 9, 2023 all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system. Any other counsel of record will be served in accordance with the Federal Rules of Civil Procedure.

/s/ Brett C. Govett
Brett C. Govett