# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# DENVER DIVISION

| | | |
|---|---|---|
| CRUSOE ENERGY SYSTEMS LLC, | § § | |
| Plaintiff, | § § | Civil Action No. 1:22-CV-2142 |
| v. | § § | Jury Trial Demanded |
| ALKANE MIDSTREAM LLC, | § § | |
| Defendant. | § § | |

**JOINT NOTICE OF SETTLEMENT AND MOTION TO STAY ALL DEADLINES**

The parties in the above-captioned action file this Joint Notice and Motion because they have reached an agreement in principle that settles all matters in controversy between them in this action. The parties require additional time, however, to finalize their agreement and thereafter to seek dismissal of the action. Accordingly, the parties respectfully request that all deadlines be stayed for thirty (30) days.

1

Dated: February 23, 2023

| | |
|---|---|
| STINSON LLP | NORTON ROSE FULBRIGHT US LLP |
| /s/ Ryan M. Sugden<br>Ryan M. Sugden<br>STINSON LLP<br>1144 Fifteenth Street, Suite 2400<br>Denver, CO 80202<br>ryan.sugden@stinson.com<br>Telephone:  (303) 376-8405<br><br>*Attorneys for Defendant Alkane Midstream LLC* | /s/ Brett C. Govett<br>Brett C. Govett<br>brett.govett@nortonrosefulbright.com<br>Taylor Shields<br>taylor.shields@nortonrosefulbright.com<br>NORTON ROSE FULBRIGHT US LLP<br>2200 Ross Avenue, Suite 3600<br>Dallas, TX  75201-7932<br>Telephone:     (214) 855-8120<br>Facsimile:      (214) 855-8200<br><br>Stephanie DeBrow<br>stephanie.debrow@nortonrosefulbright.com<br>Daniel Shuminer<br>Colorado State Bar No. 53994<br>daniel.shuminer@nortonrosefulbright.com<br>NORTON ROSE FULBRIGHT US LLP<br>98 San Jacinto Boulevard, Suite 1100<br>Austin, Texas 78701<br>Telephone:     (512) 563-3094<br>Facsimile:      (512) 536-4598<br><br>*Attorneys for Plaintiff Crusoe Energy Systems LLC* |

**CERTIFICATE OF CONFERRAL**

Pursuant to D.C.Colo.LCivR 1.7(a), the parties have conferred and jointly request the relief sought in this Motion.

/s/ Brett C. Govett
Brett C. Govett

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 23, 2023 all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system. Any other counsel of record will be served in accordance with the Federal Rules of Civil Procedure.

/s/ *Brett C. Govett*
Brett C. Govett