IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
DENVER DIVISION

| | | |
|---|---|---|
| CRUSOE ENERGY SYSTEMS LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 1:22-CV-2142 |
| v. | § | Jury Trial Demanded |
| | § | |
| ALKANE MIDSTREAM LLC, | § | |
| | § | |
| Defendant. | § | |

**JOINT MOTION TO DISMISS WITH PREJUDICE**

Plaintiff Crusoe Energy Systems LLC ("Crusoe") and Defendant Alkane Midstream LLC ("Alkane") (collectively, the "Parties") respectfully request, through their attorneys of record and pursuant to an executed settlement agreement, that this Court dismiss all claims and counterclaims between them with prejudice and with both parties bearing their own fees and costs.

Dated: March 16, 2023

| | |
|---|---|
| STINSON LLP | NORTON ROSE FULBRIGHT US LLP |
| /s/ Ryan M. Sugden<br>Ryan M. Sugden<br>STINSON LLP<br>1144 Fifteenth Street, Suite 2400<br>Denver, CO 80202<br>ryan.sugden@stinson.com<br>Telephone: (303) 376-8405<br><br>*Attorneys for Defendant Alkane Midstream LLC* | /s/ Brett C. Govett<br>Brett C. Govett<br>brett.govett@nortonrosefulbright.com<br>Taylor Shields<br>taylor.shields@nortonrosefulbright.com<br>NORTON ROSE FULBRIGHT US LLP<br>2200 Ross Avenue, Suite 3600<br>Dallas, TX 75201-7932<br>Telephone: (214) 855-8120<br>Facsimile: (214) 855-8200<br><br>Stephanie DeBrow<br>stephanie.debrow@nortonrosefulbright.com<br>Daniel Shuminer<br>Colorado State Bar No. 53994<br>daniel.shuminer@nortonrosefulbright.com<br>NORTON ROSE FULBRIGHT US LLP<br>98 San Jacinto Boulevard, Suite 1100<br>Austin, Texas 78701<br>Telephone: (512) 563-3094<br>Facsimile: (512) 536-4598<br><br>*Attorneys for Plaintiff Crusoe Energy Systems LLC* |

## CERTIFICATE OF CONFERENCE

Pursuant to D.C.Colo.LCivR 1.7(a), the parties have conferred and jointly request the relief sought in this Motion.

/s/ *Brett C. Govett*
Brett C. Govett

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 23, 2023 all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system. Any other counsel of record will be served in accordance with the Federal Rules of Civil Procedure.

/s/ *Brett C. Govett*
Brett C. Govett