AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court **for the District of Colorado, Denver Division** on the following

☐ Trademarks or   ☑ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>1:22-cv-2142 | DATE FILED<br>9/6/2022 | U.S. DISTRICT COURT<br>for the District of Colorado, Denver Division |
|---|---|---|
| PLAINTIFF<br>CRUSOE ENERGY SYSTEMS LLC, | | DEFENDANT<br>ALKANE MIDSTREAM LLC, |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 10,862,307 | 12/8/2020 | Crusoe Energy Systems LLC, Denver, CO (US) |
| 2 | 10,862,309 | 12/8/2020 | Crusoe Energy Systems LLC, Denver, CO (US) |
| 3 | 11,437,821 | 9/6/2022 | Crusoe Energy Systems LLC, Denver, CO (US) |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED<br>10/26/2022 | INCLUDED BY<br>☑ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | | |
|---|---|---|---|
| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | 11,451,059 | 9/20/2022 | Crusoe Energy Systems LLC, Denver, CO (US) |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| Parties settled and filed a Joint Motion to Dismiss with Prejudice. See attached Order. |

| CLERK<br>Jeffrey P. Colwell, Clerk of Court | (BY) DEPUTY CLERK<br>s/T. Vo, Deputy Clerk | DATE<br>3/24/2023 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director     Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director     Copy 4—Case file copy