## U.S. District Court - District of Colorado

### District of Colorado

**Notice of Electronic Filing**

The following transaction was entered on 3/16/2023 at 5:25 PM MDT and filed on 3/16/2023
**Case Name:**          Crusoe Energy Systems, LLC v. Alkane Midstream LLC
**Case Number:**        [1:22-cv-02142-NYW-STV](1:22-cv-02142-NYW-STV)
**Filer:**
**Document Number:** 96(No document attached)

**Docket Text:**
**MINUTE ORDER: This matter is before the Court on the Joint Motion to Dismiss with Prejudice ("Motion") [95]. The Court construes the Motion as self-effectuating pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), which provides that the plaintiff may dismiss an action without a court order by filing "a stipulation of dismissal signed by all parties who have appeared." Accordingly, the Clerk of Court is DIRECTED to terminate this case. By Judge Nina Y. Wang on 3/16/2023. Text Only Entry (nywlc3, )**

**1:22-cv-02142-NYW-STV Notice has been electronically mailed to:**

Ryan Matthew Sugden    ryan.sugden@stinson.com, DEN.LSSTeam@stinson.com, katy.keith@stinson.com, tayler.bradley@stinson.com

Brett C. Govett    brett.govett@nortonrosefulbright.com, ann.franklin@nortonrosefulbright.com

Stephanie Nicole DeBrow    stephanie.debrow@nortonrosefulbright.com

Daniel S. Shuminer    daniel.shuminer@nortonrosefulbright.com

Taylor A. Shields    taylor.shields@nortonrosefulbright.com

John R. Schroeder    john.schroeder@stinson.com, amanda.foley@stinson.com

**1:22-cv-02142-NYW-STV Notice has been mailed by the filer to:**